UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION

18-MD-2865 (LAK)

This document relates to: 18-cv-07824 (LAK)
                                18-cv-07827 (LAK)
                                18-cv-07828 (LAK)
                                18-cv-07829 (LAK)
                                18-cv-09565 (LAK)
                                18-cv-09570 (LAK)
                                18-cv-09587 (LAK)
                                18-cv-09588 (LAK)
                                18-cv-09589 (LAK)
                                18-cv-09590 (LAK)
                                18-cv-09650 (LAK)
                                18-cv-09665 (LAK)
                                18-cv-09666 (LAK)
                                18-cv-09668 (LAK)
                                18-cv-09669 (LAK)
                                18-cv-10028 (LAK)
                                18-cv-10030 (LAK)
                                18-cv-10031 (LAK)
                                18-cv-10032 (LAK)
                                18-cv-10035 (LAK)
                                18-cv-10036 (LAK)
                                18-cv-10039 (LAK)
                                18-cv-10049 (LAK)
                                18-cv-10060 (LAK)
                                18-cv-10061 (LAK)
                                18-cv-10062 (LAK)
                                18-cv-10063 (LAK)
                                18-cv-10064 (LAK)
                                18-cv-10065 (LAK)
                                18-cv-10066 (LAK)
                                18-cv-10067 (LAK)
                                18-cv-10069 (LAK)
                                18-cv-10070 (LAK)
                                18-cv-10071 (LAK)
                                18-cv-10073 (LAK)
                                18-cv-10074 (LAK)

ECF Case

DOC# 3153451.v1-7/11/19

|  |
|---|
| 18-cv-10076 (LAK) |
| 18-cv-10077 (LAK) |
| 18-cv-10080 (LAK) |
| 18-cv-10082 (LAK) |
| 18-cv-10083 (LAK) |
| 18-cv-10086 (LAK) |
| 18-cv-10091 (LAK) |
| 18-cv-10092 (LAK) |
| 18-cv-10093 (LAK) |
| 18-cv-10094 (LAK) |
| 18-cv-10095 (LAK) |
| 18-cv-10096 (LAK) |
| 18-cv-10098 (LAK) |
| 18-cv-10099 (LAK) |
| 18-cv-10118 (LAK) |
| 18-cv-10119 (LAK) |
| 18-cv-10122 (LAK) |
| 18-cv-10123 (LAK) |
| 18-cv-10124 (LAK) |
| 18-cv-10125 (LAK) |
| 18-cv-10126 (LAK) |
| 18-cv-10127 (LAK) |
| 18-cv-10129 (LAK) |
| 18-cv-10133 (LAK) |
| 18-cv-10134 (LAK) |
| 18-cv-10135 (LAK) |
| 18-cv-10136 (LAK) |
| 18-cv-10137 (LAK) |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the time within which Defendants in the cases enumerated in the caption may answer to the Complaints is hereby extended up to and including July 19, 2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

This is the parties' first request for extension of time to answer to the Complaints for the enumerated cases.

Dated: New York, New York

    July 11, 2019

| | |
|---|---|
| s/ Mark D. Allison | s/ Sarah L. Cave    *(e-signed with consent)* |
| Mark D. Allison<br>Zhanna A. Ziering<br>CAPLIN & DRYSDALE, CHARTERED<br>600 Lexington Ave., 21st Floor<br>New York, NY 10022<br>Tel: (212) 379-6000<br>mallison@capdale.com<br>zziering@capdale.com<br><br>*Attorneys for Defendants* | Sarah L. Cave<br>Marc A. Weinstein<br>William R. Maguire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>sarah.cave@hugheshubbard.com<br>marc.weinstein@hugheshubbard.com<br>bill.maquire@hugheshubbard.com<br>*Attorneys for Plaintiff* |

SO ORDERED:

_____
    Hon. Lewis A. Kaplan
    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, true and correct copies of the Stipulation and Proposed Order Extending Time to Respond to the Complaints were served by CM/ECF on the Plaintiff's attorneys identified below.

Sarah L. Cave
Marc A. Weinstein
William R. Maguire
John T. McGoey
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
sarah.cave@hugheshubbard.com
marc.weinstein@hugheshubbard.com
bill.maquire@hugheshubbard.com
john.mcgoey@hugheshubbard.com
*Attorneys for Plaintiff*

        s/ Mark D. Allison

        Mark D. Allison
        CAPLIN & DRYSDALE, CHARTERED
        600 Lexington Ave., 21st Floor
        New York, NY 10022
        (212) 379-6000
        mallison@capdale.com