**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 18-cv-04434-LAK
18-cv-07824-LAK
18-cv-07827-LAK
18-cv-07828-LAK
18-cv-07829-LAK
19-cv-01781-LAK
19-cv-01783-LAK
19-cv-01785-LAK
19-cv-01788-LAK
19-cv-01791-LAK
19-cv-01792-LAK
19-cv-01794-LAK
19-cv-01798-LAK
19-cv-01800-LAK
19-cv-01801-LAK
19-cv-01803-LAK
19-cv-01806-LAK
19-cv-01808-LAK
19-cv-01809-LAK
19-cv-01810-LAK
19-cv-01812-LAK
19-cv-01813-LAK
19-cv-01815-LAK
19-cv-01818-LAK
19-cv-01870-LAK
19-cv-01918-LAK
19-cv-01922-LAK
19-cv-01926-LAK
19-cv-01928-LAK
19-cv-01929-LAK
19-cv-01931-LAK

18-MD-2865 (LAK)

ECF Case

**NOTICE OF MOTION OF MARK D. ALLISON, ESQUIRE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Mark D. Allison, Esquire, Mark D. Allison, Esquire of Caplin & Drysdale, Chartered will move this Court, before the Honorable Lewis A. Kaplan, Courtroom 21B, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel and no longer be sent docketing notifications via the ECF system for Defendants Robert Klugman, The Stor Capital Consulting LLC 401K Plan, Headsail Manufacturing LLC Roth 401K Plan Edgepoint Capital LLC Roth 401K Plan, Aerovane Logistics LLC Roth 401K Plan, Random Holdings 401K Plan, and RAK Investment Trust.

PLEASE TAKE FURTHER NOTICE that Zhanna A. Ziering, Esq. of Moore Tax Law Group LLC will continue to be counsel of record for the above-referenced Defendants in this action.

The withdrawing counsel is not retaining or charging a lien.

Dated: New York, New York

January 10, 2022

CAPLIN & DRYSDALE, CHARTERED

s/ Mark D. Allison
By: Mark D. Allison

Mark D. Allison
295 Madison Ave, 12th floor
New York, NY 10017
(212) 379-6000
mallison@capdale.com