**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.: 19-cv-01785; 19-cv-01781; 19-cv-01800; 19-cv-01791; 19-cv-01803; 19-cv-01801; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01818; 19-cv-01918; 18-cv-10129; 18-cv-09590; 18-cv-04767; 18-cv-05147; 18-cv-05150; 18-cv-05151; 18-cv-05158; 18-cv-05164; 18-cv-05180; 18-cv-05183; 18-cv-05185; 18-cv-05186; 18-cv-05188; 18-cv-05189; 18-cv-05190; 18-cv-05192; 18-cv-05193; 18-cv-05194; 18-cv-05299; 18-cv-05300; 18-cv-05305; 18-cv-05308; 18-cv-05309; 18-cv-10098; 18-cv-10099; 18-cv-09565; 18-cv-09587; 18-cv-09589; 18-cv-09650; 18-cv-09665; 18-cv-09666; 18-cv-09668; 18-cv-09669; 18-cv-10133; 18-cv-09570; 19-cv-01788; 19-cv-01783; 19-cv-01794; 19-cv-01798; 18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01866; 19-cv-01813; 19-cv-01867; 18-cv-04434; 19-cv-01808; 19-cv-01810; 19-cv-01894; 19-cv-01895; 19-cv-01898; 19-cv-01904; 19-cv-01906; 19-cv-01911; 18-cv-04833; 19-cv-01924; 19-cv-01865; 19-cv-01930; 19-cv-01893 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S**
**MOTION TO STRIKE CONFIDENTIAL DESIGNATIONS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Marc Weinstein dated December 19, 2023 and the exhibits annexed thereto, plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order striking certain defendants' designations of certain

discovery material as confidential under the Revised Amended Stipulated Protective Order (ECF No. 489), and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
December 19, 2023

                              HUGHES HUBBARD & REED LLP

                          By:   /s/ Marc Weinstein
                                 William R. Maguire
                                 Marc A. Weinstein
                                 Neil J. Oxford
                       One Battery Park Plaza
                     New York, New York 10004-1482
                     Telephone: (212) 837-6000
                     Fax: (212) 422-4726
                     bill.maguire@hugheshubbard.com
                     marc.weinstein@hugheshubbard.com
                     neil.oxford@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*