**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713; 21-cv-05339. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**PLAINTIFF SKATTEFORVALTNINGEN'S RULE 44.1**
**NOTICE OF INTENTION TO RELY UPON FOREIGN LAW**

PLEASE TAKE NOTICE that, in accordance with Federal Rule of Civil Procedure 44.1 and Pretrial Order No. 36 (ECF No. 978), plaintiff Skatteforvaltningen ("SKAT") hereby gives notice that it currently intends to raise an issue about the applicability of Danish law to its fraud, aiding and abetting fraud, and negligent misrepresentation claims, its remedies for those claims, and defendants' defenses to those claims, or any issue arising from any of the foregoing. SKAT also preserves the right to dispute or rebut any issue of foreign law that defendants intend to raise.

Dated: New York, New York
May 31, 2024

                                      HUGHES HUBBARD & REED LLP

                                      By: /s/ Marc A. Weinstein
                                           William R. Maguire
                                           Marc A. Weinstein
                                           Neil J. Oxford
                                      One Battery Park Plaza
                                      New York, New York 10004-1482
                                      Telephone: (212) 837-6000
                                      Fax: (212) 422-4726
                                      bill.maguire@hugheshubbard.com
                                      marc.weinstein@hugheshubbard.com
                                      neil.oxford@hugheshubbard.com

                                      *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

2