# Exhibit 27, Part 8 of 15

 SYSTEMVEJLEDNING

---

Behandling hos deltageren:
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

VP-standardsystem:
D195 kan anvendes.

Uddata:
Følgende info-meddelelse dannes:

TI20362v    Ændring af generel geninvesteringsaftale

DATAFELTER

| 02 ANMELDELSE. | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 KONTOFØRENDEINSTITUT. (DELTAGER) | |
|    03 IDENTIFIKATION | O 1) |
| 02 VAERDIPAPIRKONTO. | |
|    03 NUMMER | O 1) |
| 02 GENINVESTERINGSAFTALE. | |
|    03 KODE | O |
|    03 PROCENT | F 2) |
|    03 NAVNENOTERINGSKODE | F |

1) Feltet kan ikke ændres
2) Procent må kun angives, hvis feltet ' KODE' er udfyldt med '1'.
Hvis procent ikke angives ved kode 1, sættes procent til 100.

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system),
vil denne blive sat til defaultværdien ved modtagelsen i VP.

Sletning af generel geninvesteringsaftale(TD20071v)
Formål:
At slette en kundes generelle geninvesteringsaftale i forbindelse med selskabsrelaterede hændelser hvor
der tilbydes udbytteaktier, samtidig slettes etablerede forekomster af geninvesteringsaftaler detaljer.

Behandling hos deltageren:
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

VP-standardsystem:
D195 kan anvendes.

Uddata:
Følgende info-meddelelse dannes:

TI20363v    Sletning af generel geninvesteringsaftale

DATAFELTER

| 02 ANMELDELSE. | |
|---|---|
|    03 AFSENDER-REFERENCE | O |



**SYSTEMVEJLEDNING**

| 02 KONTOFØRENDEINSTITUT. (DELTAGER) | |
|---|---|
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
|    03 NUMMER | O |
| 02 GENINVESTERINGSAFTALE. | |
|    03 KODE | / |
|    03 PROCENT | / |
|    03 NAVNENOTERINGSKODE | / |

O = obligatorisk,  / = må ikke udfyldes

## Etablering af geninvesteringsaftale ISIN(TC20072v)

**Formål:**
At registrere en kundes geninvesteringsaftale for en specifik ISIN i forbindelse med selskabsrelaterede hændelser hvor der tilbydes udbytteaktier.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.
Generel geninvesteringsaftale skal være etableret før geninvesteringsaftale detaljer kan etableres.

**VP-standardsystem:**
D196 kan anvendes.

**Uddata:**
Følgende info-meddelelse dannes:

TI20364v      Etablering af geninvesteringsaftale detaljer

**DATAFELTER:**

| 02 ANMELDELSE. | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 KONTOFØRENDEINSTITUT. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
|    03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
|    03 ISIN | O |
| 02 GENINVESTERINGSAFTALE-DETAIL. | |
|    03 KODE | O |
|    03 PROCENT | F 1) |
|    03 NAVNENOTERINGSKODE | F |

1) Procent må kun angives, hvis feltet ' KODE' er udfyldt med '1'.
Hvis procent ikke angives ved kode 1, sættes procent til 100.

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive sat til defaultværdien ved modtagelsen i VP.

 **SYSTEMVEJLEDNING**

---

## Forespørgsel på geninvesteringsaftale ISIN(TR20072v)

**Formål:**
At forespørge på en kundes geninvesteringsaftale for en specifik ISIN i forbindelse med selskabsrelaterede hændelser hvor der tilbydes udbytteaktier.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D196 kan anvendes.

**Uddata:**
Kun skærmsvar.

### DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 KONTOFØRENDEINSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 GENINVESTERINGSAFTALE-DETAIL. | |
| 03 KODE | / |
| 03 PROCENT | / |
| 03 NAVNENOTERINGSKODE | / |

O = obligatorisk,  / = må ikke udfyldes

## Ændring af geninvesteringsaftale ISIN(TU20072v)

**Formål:**
At ændre en kundes geninvesteringsaftale for en specifik ISIN i forbindelse med selskabsrelaterede hændelser hvor der tilbydes udbytteaktier.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D196 kan anvendes.

**Uddata:**
Følgende info-meddelelse dannes:

TI20365v    Ændring af geninvesteringsaftale detaljer

### DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 KONTOFØRENDEINSTITUT. (DELTAGER) | |

 **SYSTEMVEJLEDNING**

| | |
|---|---|
| 03 IDENTIFIKATION | O 1) |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O 1) |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O 1) |
| 02 GENINVESTERINGSAFTALE-DETAIL. | |
| 03 KODE | O |
| 03 PROCENT | F 2) |
| 03 NAVNENOTERINGSKODE | F |

1) Feltet kan ikke ændres
2) Procent må kun angives, hvis feltet ' KODE' er udfyldt med '1'.
Hvis procent ikke angives ved kode 1, sættes procent til 100.

O = obligatorisk, F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system),
vil denne blive sat til defaultværdien ved modtagelsen i VP.

## Sletning af geninvesteringsaftale ISIN(TD20072v)

**Formål:**
At slette en kundes geninvesteringsaftale for en specifik ISIN i forbindelse med selskabsrelaterede
hændelser hvor der tilbydes udbytteaktier.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D196 kan anvendes.

**Uddata:**
Følgende info-meddelelse dannes:

TI20366v    Sletning af geninvesteringsaftale detaljer

## DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 KONTOFØRENDEINSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 GENINVESTERINGSAFTALE-DETAIL. | |
| 03 KODE | / |
| 03 PROCENT | / |
| 03 NAVNENOTERINGSKODE | / |

O = obligatorisk, / = må ikke udfyldes



**SYSTEMVEJLEDNING**

---

## Etablering af rekvisition af likviditetsoplysninger(TC20119v)

**Formål:**
At rekvirere oplysninger om foreløbig likviditetsbehov af en forestående geninvestering af udbytte.

**Behandling hos deltageren:**
Anmelder at transaktionen skal være aktieudstedende institut (AI).
Rekvisition af oplysninger om foreløbig likviditetsbehov af en forestående geninvestering af udbytte, kan rekvireres fra 15 bankdage før udbyttekørselsdato.

**VP-standardsystem:**
D123 kan anvendes.

**Behandling i VP:**
Godkendes transaktionen sendes den ønskede information i forbindelse med skift til nyt afviklingsdøgn.

**Uddata:**
Der dannes følgende info - meddelelser:

TI20334v       Udbytteaktier - foreløbig likviditetsbehov

### DATAFELTER

| | |
|---|---|
| 02 REKVISITION. | |
|    03 AFSENDER-REFERENCE | O |
|    03 KOERSELSDATO | O |
| 02 REKVISITIONSOPLYSNINGER. | |
|    03 SELSKABSHAENDELSE-NUMMER | O |
|    03 UDBYTTEAKTIEPRIS | O |

O = obligatorisk

## Sletning af rekvisition(TD20119v)

**Formål:**
At slette en tidligere indrapporteret oplysning om foreløbig likviditetsbehov af en forestående geninvestering af udbytte.

**Behandling hos deltageren:**
Anmelder at transaktionen skal være aktieudstedende institut (AI).

**VP-standardsystem:**
D123 kan anvendes.

**Behandling i VP:**
Godkendes transaktionen, annulleres rekvisitionen umiddelbart efter modtagelsen.

**Uddata:**
Kun skærmsvar.

### DATAFELTER

| | |
|---|---|
| 02 REKVISITION. | |
|    03 AFSENDER-REFERENCE | O |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | 03 KOERSELSDATO | O |
| 02 REKVISITIONSOPLYSNINGER. | | |
| | 03 SELSKABSHAENDELSE-NUMMER | O |
| | 03 UDBYTTEAKTIEPRIS | O |

O = obligatorisk.

Vis rekvisition(TR20119v)

**Formål:**
At vise, hvilke oplysninger der er registreret vedrørende rekvirerede oplysninger om foreløbig likviditetsbehov af en forstående geninvestering af udbytte.

**Behandling hos deltageren:**
Anmelder at transaktionen skal være aktieudstedende institut (AI).

**VP-standardsystem:**
D123 kan anvendes.

**Uddata:**
Kun skærmsvar.

**DATAFELTER**

| | | |
|---|---|---|
| 02 REKVISITION. | | |
| | 03 AFSENDER-REFERENCE | O |
| | 03 KOERSELSDATO | O |
| 02 REKVISITIONSOPLYSNINGER. | | |
| | 03 SELSKABSHAENDELSE-NUMMER | O |
| | 03 UDBYTTEAKTIEPRIS | O |

O = obligatorisk.

Forespørgsel på aktieselskabsoplysninger(TR20382v)

**Formål:**
At kunne forespørge på aktieselskabsoplysninger.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for KI og UD.

**VP-standardsystem:**
D142 kan anvendes.

**Uddata:**
Kun skærmsvar.

**DATAFELTER**

| | | |
|---|---|---|
| 02 AKTIESELSKAB (DELTAGER) | | |
| | 03 IDENTIFIKATION | F 1) |
| 02 HANDELSPRODUKT | | |
| | 03 ISIN | F 1) |



SYSTEMVEJLEDNING

1) mindst et af felterne skal udfyldes.
F = frivillig

## Etablering af minimumsgrænse for geninvestering(TC20426v)

**Formål:**
At etablere minimumsgrænse for geninvestering.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D199 skal anvendes.

**Uddata:**
Forefindes kun som skærmsvar.

### DATAFELTER

| 02 ANMELDELSE. | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 MINIMUMSGRAENSE-FOR-GENINVEST. | |
| 03 BELOEB | O |
| 03 IDENTIFIKATION-KI | O |
| 03 INVEST-FORENINGSKLASSIFIKATION | O |

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system),
vil denne blive sat til defaultværdien ved modtagelsen i VP.

## Forespørgsel på minimumsgrænse for geninvestering(TR20426v)

**Formål:**
At forespørge på minimumsgrænse for geninvestering.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D199 skal anvendes.

**Uddata:**
Forefindes kun skærmsvar.

### DATAFELTER

| 02 ANMELDELSE. | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 MINIMUMSGRAENSE-FOR-GENINVEST. | |
| 03 BELOEB | / |
| 03 IDENTIFIKATION-KI | O |
| 03 INVEST-FORENINGSKLASSIFIKATION | F |

 **SYSTEMVEJLEDNING**

O = obligatorisk, / = må ikke udfyldes

### Ændring af minimumsgrænse for geninvestering(TU20426v)

**Formål:**
At ændre minimumsgrænse for geninvestering.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D199 skal anvendes.

**Uddata:**
Forefindes kun skærmsvar.

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 MINIMUMSGRAENSE-FOR-GENINVEST. | |
| 03 BELOEB | O |
| 03 IDENTIFIKATION-KI | O |
| 03 INVEST-FORENINGSKLASSIFIKATION | O |

O = obligatorisk, F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive sat til defaultværdien ved modtagelsen i VP.

### Sletning af minimumsgrænse for geninvestering(TD20426v)

**Formål:**
At slette minimumsgrænsen for geninvestering.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D199 skal anvendes.

**Uddata:**
Forefindes kun skærmsvar.

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 MINIMUMSGRAENSE-FOR-GENINVEST. | |
| 03 BELOEB | / |
| 03 IDENTIFIKATION-KI | O |
| 03 INVEST-FORENINGSKLASSIFIKATION | O |



SYSTEMVEJLEDNING

O = obligatorisk, / = må ikke udfyldes

## VP kontoen

### Ændring af regel for opløsning af beholdningsovertræk (TU20100v)

**Formål:**
At registrere aftale mellem kontohaver på et VP-depot med afviklingsgruppe "ikke-deltager" (privat) og det kontoførende institut om at anvende selektive principper ved opløsning af beholdningsovertræk.

Når det kontoførende institut har indgået skriftlig aftale med kunden om at denne ønsker at anvende de selektive principper for opløsning af beholdningsovertræk, kan kundens VP-konto markeres, så dette opløsningsprincip bliver anvendt.

Ved registrering af markeringen på den enkelte VP-konto indestår det kontoførende institut for, at den nødvendige aftale er indgået med kontohaveren om anvendelse af det til enhver tid gældende selektive opløsningsprincip, jf. reglerne i VP's clearingregler. Konkret vedrører det afsnittet om beholdning og beholdningsovertræk i VP's multilaterale netting.

Markeringen af VP-kontoen medfører alene, at opløsning af beholdningsovertræk foretages efter reglerne for handelsdeltagere. Handlerne skal fortsat indrapporteres som handler med "ikke-deltagere", og der kan fortsat tages pant eller kontantforbehold, idet alt omkring betalingen vil være uændret, ligesom muligheden for sikkerhedsret eller regler om netting i tilfælde af konkurs ikke finder anvendelse.

Markeringen kan kun registreres på VP-depoter med afviklingsgruppe "ikke-handelsdeltager" (private), da handelsdeltagere altid har aftale om opløsning efter de selektive principper.

#### Baggrund for denne valgmulighed:
Uden aftale følges det grundlæggende ligeretsprincip om, at alle fragange er sideordnede. Derfor medfører beholdningsovertræk, at alle fragange i den overtrukne ISIN udskydes, uanset at der eventuelt er dækning for nogle af fragangene. For private kunder medfører det grundlæggende princip sædvanligvis ikke nogen ulemper, da der sjældent købes og sælges flere poster i den samme ISIN inden for den samme dag.

For nogle professionelle kunder, der i VP-systemer afvikler som "ikke-deltagere" (private) og med mange handler, er dette ikke tilfældet. Ovennævnte "alt eller intet" princip kan medføre udskudt eller manglende levering til andre professionelle i afviklingen, særligt afviklingsansvarlige. Det vil derfor smidiggøre afviklingen, hvis handlerne vedrørende sådanne "professionelle private" gennem aftale bliver opløst efter de selektive principper.

#### Behandling i VP:
VP-depotet markeres i henhold til den foretagne ændring.
Markering for anvendelse af de selektive principper ved opløsning af beholdningsovertræk vil medføre, at et eventuelt beholdningsovertræk i en handelsafviklingskørsel vil blive opløst efter de principper, der anvendes for "handelsdeltagere".

#### Behandling hos centraldeltager:
Inden registreringen af en aftale om at anvende selektive principper ved opløsning af beholdningsovertræk, skal det kontoførende institut indgå en skriftlig aftale med kontohaveren jf. ovenfor.
Hvis en handelsafviklingskørsel er i gang, kan transaktionen ikke gennemføres, og vil så blive afvist.

SYSTEMVEJLEDNING

**VP-standardsystem:**
D012 kan anvendes.

**Uddata:**
TI201001 Ændring af regel for opløsning af beholdningsovertræk.

## Oprettelse af valutaudlændings skatteoplysninger (TC20149v)

**Formål:**
Anvendes til at oprette valutaudlændings skatteoplysninger samt navne- og adresseoplysninger.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for værdipapirkontoen eller et opdateringsrelateret kontoførende institut (KI).

Anvendes til at registrere skattemæssig ID nummer (TIN nummer) efter bopælslandets regler på konto-henholdsvis rettighedshaver, såfremt værdien i feltet 'Landekode' på depotkonto er forskellig fra DK.
Alternativt kan fødselsdato, fødested og fødeland indrapporteres.
Endvidere skal valutaudlændinges navne- og adresseoplysninger registreres. Disse adresseoplysninger indberettes til SKAT på konto- og rettighedshavere, hvor værdien i feltet 'Landekode' på depotkonto er forskellig fra DK.

**Behandling i VP:**
Det kontrolleres at:
- anmelder er lig med den angivne KI eller en opdateringsrelateret KI
- valutaudlændings skatteoplysninger ikke findes

**VP-standardsystem:**
D506 kan anvendes.

**Uddata:**
Der dannes følgende info-meddelelser

TI20461v          Oprettelse af valutaudlændings skatteoplysninger

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 KONTOFOERENDE-INSTITUT. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
|    03 NUMMER | O |
| 02 VALUTAUDLAENDING-SKAT-OPLYSNING | |
|    03 IDENTIFIKATION | O |
|    03 TIN-NUMMER | F 2) |
|    03 TIN-NUMMER-TYPE | O 2) |
|    03 FOEDESTED | F 1) |
|    03 FOEDELAND | F 1) |
|    03 FORNAVN | F |
|    03 EFTERNAVN | O |
|    03 CO-NAVN | F |



**SYSTEMVEJLEDNING**

| 03 GADE | F |
|---|---|
| 03 HUSNUMMER | F |
| 03 ETAGE | F |
| 03 SIDE | F |
| 03 POSTBOX | F |
| 03 LANDSBY | F |
| 03 POSTNR | F |
| 03 BYNAVN | F |
| 03 HUSNAVN | F |
| 03 LEJLIGHEDS-NUMMER | F |
| 03 EGN | F |
| 03 LAND | F |

O = obligatorisk, F = frivillig

1) Hvis TIN nummer er udfyldt med fødselsdato(DDMMÅÅÅÅ) og TIN nummer type er lig 2, skal fødested og fødeland udfyldes.
2) Hvis TIN nummer type er lig 3, må TIN nummer, fødested og fødeland ikke udfyldes.

## Forespørg på valutaudlændings skatteoplysninger (TR20149v)

**Formål:**
At forespørge på valutaudlændings skatteoplysninger samt navne- og adresseoplysninger.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for værdipapirkontoen eller spørge-/opdateringsrelateret kontoførende institut (KI).

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en spørge-/opdateringsrelateret KI samt at valutaudlændings skatteoplysninger eksisterer.

**VP-standardsystem:**
D506 kan anvendes.

**Uddata:**
Transaktionssvar.

## DATAFELTER

| 02 ANMELDELSE | |
|---|---|
|   03 AFSENDER-REFERENCE | O |
| 02 KONTOFOERENDE-INSTITUT. (DELTAGER) | |
|   03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
|   03 NUMMER | O |
| 02 VALUTAUDLAENDING-SKAT-OPLYSNING | |
|   03 IDENTIFIKATION | O |
|   03 TIN-NUMMER | F |
|   03 TIN-NUMMER-TYPE | F |
|   03 FOEDESTED | F |
|   03 FOEDELAND | F |
|   03 FORNAVN | F |



**SYSTEMVEJLEDNING**

| | |
|---|---|
| 03 EFTERNAVN | F |
| 03 CO-NAVN | F |
| 03 GADE | F |
| 03 HUSNUMMER | F |
| 03 ETAGE | F |
| 03 SIDE | F |
| 03 POSTBOX | F |
| 03 LANDSBY | F |
| 03 POSTNR | F |
| 03 BYNAVN | F |
| 03 HUSNAVN | F |
| 03 LEJLIGHEDS-NUMMER | F |
| 03 EGN | F |
| 03 LAND | F |

O = obligatorisk, F = frivillig, /= skal ikke udfyldes

## Ændring af valutaudlændings skatteoplysninger (TU20149v)

**Formål:**
At ændre valutaudlændings skatteoplysninger samt navne- og adresseoplysninger.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for værdipapirkontoen eller et opdateringsrelateret kontoførende institut (KI).

**Behandling i VP:**
Det kontrolleres at:
- anmelder er lig med den angivne KI eller en opdateringsrelateret KI
- valutaudlændings skatteoplysninger findes

**VP-standardsystem:**
D506 kan anvendes.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20462v          Opdatering af valutaudlændings skatteoplysninger

## DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | O |
| 02 KONTOFOERENDE-INSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
| 03 NUMMER | O |
| 02 VALUTAUDLAENDING-SKAT-OPLYSNING | |
| 03 IDENTIFIKATION | O |
| 03 TIN-NUMMER | F 2) |
| 03 TIN-NUMMER-TYPE | O 2) |
| 03 FOEDESTED | F 1) |
| 03 FOEDELAND | F 1) |



SYSTEMVEJLEDNING

| 03 FORNAVN | F |
|---|---|
| 03 EFTERNAVN | O |
| 03 CO-NAVN | F |
| 03 GADE | F |
| 03 HUSNUMMER | F |
| 03 ETAGE | F |
| 03 SIDE | F |
| 03 POSTBOX | F |
| 03 LANDSBY | F |
| 03 POSTNR | F |
| 03 BYNAVN | F |
| 03 HUSNAVN | F |
| 03 LEJLIGHEDS-NUMMER | F |
| 03 EGN | F |
| 03 LAND | F |

O = obligatorisk, F = frivillig

1) Hvis TIN nummer er udfyldt med fødselsdato (DDMMÅÅÅÅ) og TIN nummer type er lig 2, skal fødested og fødeland udfyldes.
2) Hvis TIN nummer type er lig 3, må TIN nummer, fødested og fødeland ikke udfyldes.

## Sletning af valutaudlændings skatteoplysninger (TD20149v)

**Formål:**
At slette valutaudlændings skatteoplysninger samt navne- og adresseoplysninger.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for værdipapirkontoen eller et opdateringsrelateret kontoførende institut (KI).

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**VP-standardsystem:**
D506 kan anvendes.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20463v        Sletning af valutaudlændings skatteoplysninger

## DATAFELTER

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 KONTOFOERENDE-INSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
| 03 NUMMER | O |
| 02 VALUTAUDLAENDING-SKAT-OPLYSNING | |
| 03 IDENTIFIKATION | O |
| 03 TIN-NUMMER | / |



**SYSTEMVEJLEDNING**

| | |
|---|---|
| 03 TIN-NUMMER-TYPE | O |
| 03 FOEDESTED | / |
| 03 FOEDELAND | / |
| 03 FORNAVN | / |
| 03 EFTERNAVN | / |
| 03 CO-NAVN | / |
| 03 GADE | / |
| 03 HUSNUMMER | / |
| 03 ETAGE | / |
| 03 SIDE | / |
| 03 POSTBOX | / |
| 03 LANDSBY | / |
| 03 POSTNR | / |
| 03 BYNAVN | / |
| 03 HUSNAVN | / |
| 03 LEJLIGHEDS-NUMMER | / |
| 03 EGN | / |
| 03 LAND | / |

O = obligatorisk, F = frivillig, /= skal ikke udfyldes

## Etablering af meddelelsesfravalg for kontohaver og rettighedshaver (TC20159v)

**Formål:**
Anvendes til at vedligeholde en meddelelsesmodtagers fravalg af en meddelelse eller en del af en meddelelse

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for værdipapirkontoen eller et opdateringsrelateret kontoførende institut (KI).

Etablering af fravalg på hele meddelelsen vil erstatte eventuelle tidligere fravalg på sektionsniveau. Omvendt vil etablering af fravalg på sektionsniveau erstatte eventuelle tidligere fravalg på hele meddelelsen.

Der kan "flowes" til D388 i meddelelsesvalg pr. modtager eller til D387 List meddelelser og sektioner, ved at angive det ønskede og benytte F04. I D387 List meddelelser og sektioner kan der vælges fra listen og returneres igen med F03.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**VP-standardsystem:**
D386 kan anvendes.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20401v | Oprettelse af meddelelsesfravalg |
| TI20400v | Sletning af meddelelsesfravalg |

**DATAFELTER**



**SYSTEMVEJLEDNING**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 MEDDELELSESMODTAGER | |
| 03 IDENTIFIKATION-KONTOFOERER | O |
| 03 VAERDIPAPIRKONTONUMMER | O |
| 03 IDENTIFIKATION | O 1) |
| 03 TYPE | F  2) |
| 02 MEDDELELSE | |
| 03 NUMMER | O |
| 02 MEDDELELSESSEKTION | |
| 03 SEKTIONSNUMMER | F 3) |

O = obligatorisk, F = frivillig
1) Hvis kontohaver id ikke er angivet hentes det automatisk fra KONTO. Hvis rettighedshaver id ikke er angivet hentes det automatisk fra RETTIGHEDSHAVER, såfremt der kun findes en rettighedshaver. Ved flere rettighedshavere skal rettighedshaver id angives.
2) Default 1, 1 = kontohaver
3) Hvis sektionsnummer ikke er angivet, sættes det til default 01 (hel meddelelse).

Etablering af fravalg på hele meddelelsen vil erstatte eventuelle tidligere fravalg på sektionsniveau. Omvendt vil etablering af fravalg på sektionsniveau erstatte eventuelle tidligere fravalg på hele meddelelsen.

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive sat til defaultværdien ved modtagelsen i VP.


Vis meddelelsesfravalg for kontohaver og rettighedshaver (TR20159v)

Formål:
At forespørge på en meddelelsesmodtagers fravalg af en meddelelse eller en del af en meddelelse.

Behandling hos deltageren:
Anmelder af transaktionen skal være det kontoførende institut (KI) for værdipapirkontoen eller opdateringsrelateret kontoførende institut (KI).

Behandling i VP:
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

VP-standardsystem:
D386 kan anvendes.

Uddata:
Transaktionssvar.

DATAFELTER

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 MEDDELELSESMODTAGER | |
| 03 IDENTIFIKATION-KONTOFOERER | O |
| 03 VAERDIPAPIRKONTONUMMER | O |
| 03 IDENTIFIKATION | O 1) |
| 03 TYPE | F  2) |



**SYSTEMVEJLEDNING**

| 02 MEDDELELSE | |
|---|---|
| 03 NUMMER | O |
| 02 MEDDELELSESSEKTION | |
| 03 SEKTIONSNUMMER | F 3) |

O = obligatorisk, F = frivillig
1) Hvis kontohaver id ikke er angivet hentes det automatisk fra KONTO. Hvis rettighedshaver id ikke er angivet hentes det automatisk fra RETTIGHEDSHAVER, såfremt der kun findes en rettighedshaver. Ved flere rettighedshavere skal rettighedshaver id angives.
2) Default 1, 1 = kontohaver
3) Hvis sektionsnummer ikke er angivet, sættes det til default 01 (hel meddelelse).

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive sat til defaultværdien ved modtagelsen i VP.


Slet meddelelsesfravalg for kontohaver og rettighedshaver (TD20159v)

**Formål:**
At slette en meddelelsesmodtagers fravalg så meddelelsesmodtageren igen modtager meddelelse.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for værdipapirkontoen eller et opdateringsrelateret kontoførende institut (KI).

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**VP-standardsystem:**
D386 kan anvendes.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20400v            Sletning af meddelelsesfravalg

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 MEDDELELSESMODTAGER | |
| 03 IDENTIFIKATION-KONTOFOERER | O |
| 03 VAERDIPAPIRKONTONUMMER | O |
| 03 IDENTIFIKATION | O 1) |
| 03 TYPE | F 2) |
| 02 MEDDELELSE | |
| 03 NUMMER | O |
| 02 MEDDELELSESSEKTION | |
| 03 SEKTIONSNUMMER | F 3) |

O = obligatorisk, F = frivillig
1) Hvis kontohaver id ikke er angivet hentes det automatisk fra KONTO. Hvis rettighedshaver id ikke er angivet hentes det automatisk fra RETTIGHEDSHAVER, såfremt der kun findes en rettighedshaver. Ved flere rettighedshavere skal rettighedshaver id angives.



SYSTEMVEJLEDNING

---

2) Default 1, 1 = kontohaver
3) Hvis sektionsnummer ikke er angivet, sættes det til default 01 (hel meddelelse).

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive sat til defaultværdien ved modtagelsen i VP.


## Etablering af rekvisition af meddelelsesfravalg - skygge (TC20162v)

**Formål:**
Anvendes til at oprette en rekvisition på en oversigt over kontohavers og rettighedshavers meddelelsesfravalg pr. kontoførende institut/aftalehaver/datacenter.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være aftalehaverens datacenter (DC).
Udtrækket kan rekvireres på følgende nivauer:
1.      pr. datacenter (DC)
2.      pr. aftalehaver (AH)
3.      pr. kontoførende institut (KI)

**VP-standardsystem:**
D392 kan anvendes.

**Behandling i VP:**
Godkendes transaktionen sendes den ønskede information i forbindelse med skift til nyt afviklingsdøgn.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20402v            Oprettelse af meddelelsesfravalg (skygge)

DATAFELTER

| 02 DATACENTER. (DELTAGER) | |
|---|---|
|     03 IDENTIFIKATION | F 1) |
| 02 AFTALEHAVER. (DELTAGER) | |
|     03 IDENTIFIKATION | F 1) |
| 02 KONTOFOERENDEINSTITUT. (DELTAGER) | |
|     03 IDENTIFIKATION | F 1) |
| 02 REKVISITION | |
|     03 AFSENDER-REFERENCE | O |
|     03 KOERSELSDATO | O 2) |

O = obligatorisk, F = frivillig

1) Mindst et af felterne skal udfyldes.
2) Kørselsdato skal være > dagsdato.


## Vis rekvisition af meddelelsesfravalg - skygge (TR20162v)
**Formål:**
At forespørge på en rekvisition på en oversigt over kontohaver og rettighedshavers meddelelsesfravalg pr. kontoførende institut/aftalehaver/datacenter.



**SYSTEMVEJLEDNING**

---

**Behandling hos deltageren:**
Anmelder af transaktionen skal være aftalehaverens datacenter (DC).

**VP-standardsystem:**
D392 kan anvendes.

**Uddata:**
Transaktionssvar.

**DATAFELTER**

| | |
|---|---|
| 02 DATACENTER. (DELTAGER) | |
|    03 IDENTIFIKATION | F 1) |
| 02 AFTALEHAVER. (DELTAGER) | |
|    03 IDENTIFIKATION | F 1) |
| 02 KONTOFOERENDEINSTITUT. (DELTAGER) | |
|    03 IDENTIFIKATION | F 1) |
| 02 REKVISITION | |
|    03 AFSENDER-REFERENCE | O |
|    03 KOERSELSDATO | O 2) |

O = obligatorisk, F = frivillig

1) Mindst et af felterne skal udfyldes.
2) Kørselsdato skal være > dagsdato.


Sletning af rekvisition af meddelelsesfravalg - skygger (TD20162v)
**Formål:**
Anvendes til at slette en rekvisition på en oversigt over kontohavers og rettighedshavers
meddelelsesfravalg pr. kontoførende institut/aftalehaver/datacenter.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være aftalehaverens datacenter (DC).

**Bemærk:**
Afsender-reference i slettetransaktionen skal være lig med afsender-referencen på den rekvisition, der
ønskes slettet.

**Behandling i VP:**
Godkendes transaktionen annulleres rekvisitionen umiddelbart efter modtagelsen.

**VP-standardsystem:**
D392 kan anvendes.

**Uddata:**
Transaktionssvar.

**DATAFELTER**

| | |
|---|---|
| 02 DATACENTER. (DELTAGER) | |
|    03 IDENTIFIKATION | F 1) |
| 02 AFTALEHAVER. (DELTAGER) | |



SYSTEMVEJLEDNING

| | |
|---|---|
| 03 IDENTIFIKATION | F 1) |
| 02 KONTOFOERENDEINSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | F 1) |
| 02 REKVISITION | |
| 03 AFSENDER-REFERENCE | O |
| 03 KOERSELSDATO | O 2) |

O = obligatorisk, F = frivillig

1) Mindst et af felterne skal udfyldes.
2) Kørselsdato skal være > dagsdato.

## Etablering af rekvisition af tekniske meddelelsesfravalg pr. KI (TC20163v)

**Formål:**
Anvendes til at oprette en rekvisition på teknisk fravalg af en given meddelelse for alle kontohavere og rettighedshavere under et kontoførende institut (KI).

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI eller et opdateringsrelateret kontoførende institut (KI).

**VP-standardsystem:**
D393 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.
Godkendes transaktionen foretages opdatering af fravalg på konto- og rettighedshaver i forbindelse med skift til nyt afviklingsdøgn på kørselsdatoen, og der dannes information til anmelder.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20403v            Oprettelse af meddelelsesfravalg (teknisk)

## DATAFELTER

| | |
|---|---|
| 02 KONTOFOERENDEINSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 REKVISITION | |
| 03 AFSENDER-REFERENCE | O |
| 03 KOERSELSDATO | O 1) |
| 02 REKVISITIONSOPLYSNINGER | |
| 03 MEDDELELSESNUMMER | O |
| 03 MEDDELELSESSEKTIONSNUMMER | F 2) |

O = obligatorisk, F = frivillig

1) Kørselsdato skal være > dagsdato.
2) Hvis meddelelsessektionsnummer ikke er angivet sættes det som default til '01' (hel meddelelse).



SYSTEMVEJLEDNING

---

Vis rekvisition af tekniske meddelelsesfravalg pr. KI (TR20163v)

**Formål:**
Forespørgsel på en rekvisition på et teknisk fravalg af en given meddelelse for alle kontohavere og rettighedshavere under et kontoførende institut (KI).

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) eller et opdateringsrelateret kontoførende institut (KI).

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**VP-standardsystem:**
D393 kan anvendes.

**Uddata:**
Transaktionssvar

**DATAFELTER**

| 02 KONTOFOERENDEINSTITUT. (DELTAGER) | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 REKVISITION | |
| 03 AFSENDER-REFERENCE | O |
| 03 KOERSELSDATO | O 1) |
| 02 REKVISITIONSOPLYSNINGER | |
| 03 MEDDELELSESNUMMER | O |
| 03 MEDDELELSESSEKTIONSNUMMER | F 2) |

O = obligatorisk, F = frivillig

1) Kørselsdato skal være > dagsdato.
2) Hvis meddelelsessektionsnummer ikke er angivet sættes det som default til '01' (hel meddelelse).

Sletning af rekvisition af tekniske meddelelsesfravalg pr. KI (TD20163v)

**Formål:**
Anvendes til at slette en rekvisition på et teknisk fravalg af en given meddelelse for alle kontohavere og rettighedshavere under et kontoførende institut (KI).

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) eller et opdateringsrelateret kontoførende institut (KI).

**Bemærk:**
Afsender-reference i slettetransaktionen skal være lig med afsender-referencen på den rekvisition, der ønskes slettet.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.
Godkendes transaktionen annulleres rekvisitionen umiddelbart efter modtagelsen.



SYSTEMVEJLEDNING

---

**VP-standardsystem:**
D393 kan anvendes.

**Uddata:**
Transaktionssvar.

**DATAFELTER**

| 02 KONTOFOERENDEINSTITUT. (DELTAGER) | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 REKVISITION | |
| 03 AFSENDER-REFERENCE | O |
| 03 KOERSELSDATO | O 1) |
| 02 REKVISITIONSOPLYSNINGER | |
| 03 MEDDELELSESNUMMER | O |
| 03 MEDDELELSESSEKTIONSNUMMER | F 2) |

O = obligatorisk, F = frivillig
1) Kørselsdato skal være > dagsdato.
2) Hvis meddelelsessektionsnummer ikke er angivet sættes det som default til '01' (hel meddelelse).

## Vis meddelelsesvalg pr. modtager (TR20161v)

**Formål:**
At danne en oversigt over kontohavers eller rettighedshavers valg af meddelelser udfra de angivne søge kriterier.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for værdipapirkontoen eller et opdateringsrelateret kontoførende institut (KI).
Man kan nu komme til denne transaktion ved at "flowe" fra D386 Vedligehold meddelelsesfravalg.
Der kan returneres til D386 Vedligehold meddelelsesfravalg ved at benytte F03.

Såfremt feltet "kun fravalgt" er blank, dannes en oversigt over alle meddelelser der kan fravælges med markering af hvilke der er fravalgt. Hvis feltet "kun fravalgt" er sat til 'X' dannes en oversigt af KUN fravalgte meddelelser.

Ingen fravalg svarer til et tilvalg.

**VP-standardsystem:**
D388 kan anvendes.

**Uddata:**
Transaktionssvar

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 MEDDELELSESMODTAGER | |
| 03 IDENTIFIKATION | O 1) |
| 03 TYPE | F 2) |
| 03 IDENTIFIKATION-KONTOFOERER | O |



SYSTEMVEJLEDNING

| | |
|---|---|
| **03** VAERDIPAPIRKONTONUMMER | O |
| **02** MEDDELELSE | |
| **03** NUMMER | F |
| **02** DISS-DATA | |
| **03** KUN-FRAVALGTE | F |

O = obligatorisk, F = frivillig

1) Hvis kontohaver id ikke er angivet hentes det automatisk fra KONTO. Hvis rettighedshaver id ikke er angivet hentes det automatisk fra RETTIGHEDSHAVER, såfremt der kun findes en rettighedshaver. Ved flere rettighedshavere skal rettighedshaver id angives.
2) Default 1, 1 = kontohaver

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive sat til defaultværdien ved modtagelsen i VP.


## Administration af KRONOS markering på VP-depot (TU20256v)

**Formål:**
Anvendes til at registrere tilladelse til at Danmarks Nationalbanks Kronos-system kan anvendes til registrering af overførsler til sikkerhedsstillelsesdepot i DN.
Yderligere beskrivelse af sikkerhedsstillelse i DN

Det kontoførende institut kan åbne mulighed for at indrapportere overførselstransaktioner fra eget depot til sikkerhedsstillelsesdepotet i DN via DN's Kronos-brugergrænseflade. Denne særlige mulighed er udviklet for at lette likviditetsmedarbejderes arbejde med registreringen, idet disse medarbejdere typisk anvender Kronos-systemet i forvejen, men sædvanligvis ikke registrerer i VP-systemet.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for VP-depotet eller et opdateringsrelateret KI.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med det angivne KI eller et opdateringsrelateret KI.

**VP-standardsystem:**
D072 kan anvendes.

**Uddata:**
Der dannes ingen uddata.

## DATAFELTER

| | |
|---|---|
| **02** ANMELDELSE | |
| **03** AFSENDER-REFERENCE | O |
| **02** KI. (DELTAGER) | |
| **03** IDENTIFIKATION | O |
| **02** VAERDIPAPIRKONTO | |
| **03** NUMMER | O |
| **02** SIKKERHEDSSTILLELSE | |
| **03** KRONOS-KODE | O |

 **SYSTEMVEJLEDNING**

O = obligatorisk, F = frivillig

## Forespørg på KRONOS markering på VP-depot (TR20256v)

**Formål:**
At forespørge på KRONOS markering på VP-depot.
Yderligere beskrivelse af sikkerhedsstillelse i DN, se Sikkerhedsstillelse i Danmarks Nationalbank (DN).

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det kontoførende institut (KI) for VP-depot eller et opdateringsrelateret KI.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med det angivne KI eller et opdateringsrelateret KI.

**VP-standardsystem:**
D072 kan anvendes.

**Uddata:**
Der dannes ingen uddata.

### DATAFELTER

| 02 ANMELDELSE | |
| --- | --- |
|    03 AFSENDER-REFERENCE | O |
| 02 KI. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
|    03 NUMMER | O |
| 02 SIKKERHEDSSTILLELSE | |
|    03 KRONOS-KODE | O |

O = obligatorisk, F = frivillig

## Sikkerhedsstillelse i Danmarks Nationalbank (DN)

### Danmarks Nationalbanks sikkerhedsstillelsessystem

Sikkerhedsstillelsessystemet i DN er en automatiseret funktion til administration af sikkerhedsstillelse i Danmarks Nationalbank. Det er ikke en del af VP-systemet, men der er i VP-systemet lavet nogle tilpasninger, der kan smidiggøre anvendelsen af sikkerhedsstillelsessystemet i DN, og det er på VP-depoter sikkerhedsstillelsen registreres.

En egentlig beskrivelse af sikkerhedsstillelsessystemet i DN findes ikke i VP's vejledninger.

Overførsler fra sikkerhedsstillelsesdepotet i DN (depot i DN)
•   foretages via DN's Kronos-brugergrænseflade.

Overførsel til sikkerhedsstillelsesdepotet i DN kan finde sted



## SYSTEMVEJLEDNING

- ved anvendelse af den sædvanlige overførselstransaktion (D006) - multioverførsel kan derimod ikke anvendes, ligesom der ikke kan indrapporteres handler til sikkerhedsstillelsesdepotet i DN.
- via DN's Kronos-brugergrænseflade, såfremt det kontoførende institut vedrørende fra-depotet registrerer sin godkendelsesmarkering (Kronos-markering) på VP-depotet.

Der foretages en daglig reberegning af belåningsværdier på sikkerhedsstillelsesdepoterne i DN. Den vil finde sted efter handelsafviklingsblok 10 og beregningen af obligationsrenter. Der kan i sjældne tilfælde blive tale om en ekstraordinær reberegning i løbet af dagen. En overførsel til eller fra et sikkerhedsstillelsesdepot i DN vil blive afvist, hvis der netop er en reberegning af belåningsværdier i gang.

**Kronos-markering af VP-depoter, hvorfra der må overføres beholdninger via Danmarks Nationalbanks Kronos-brugergrænseflade.**

Det kontoførende institut kan åbne mulighed for at indrapportere overførselstransaktioner fra eget depot til sikkerhedsstillelsesdepotet i DN via DN's Kronos-brugergrænseflade. Denne særlige mulighed er udviklet for at lette likviditetsmedarbejderes arbejde med registreringen, idet disse medarbejdere typisk anvender Kronos-systemet i forvejen, men sædvanligvis ikke registrerer i VP-systemet. Det kontoførende institut er også ansvarlig for indrapporteringen via Kronos.

Kronos-markeringen registreres af det kontoførende institut med transaktionen "vedligehold Kronos-tilladelse" (D072).

## VP Fondsregister

Forespørgsel på oplysninger om alle VP-registrerede handelsprodukter er omlagt til web-systemet vp.ONLINE™, hvortil henvises.

## Omsætningsbegrænsning

Oprettelse af omsætningsbegrænsning for et værdipapir (TC20169v)
Formål:
At registrere omsætningsbegrænsning på et værdipapir.

Omsætningsbegrænsningstype skal angives.

| Værdisæt: | 1 | = | Godkendte erhververe. |
|---|---|---|---|
| | | | Anvendes når værdipapiret frit må overføres mellem de af udstederen udpegede investordepoter. |
| | 2 | = | Uomsættelig |
| | | | Anvendes når værdipapiret kun må overføres mellem et af udstederens depoter og de af udstederen udpegede investordepoter. |

Transaktionen kan anvendes af det aktieudstedende institut.

Funktionalitet:
Opret: Opretter omsætningsbegrænsning på et værdipapir.

Behandling i VP:
VP kontrollerer, at værdipapiret ikke er på positivliste til sikkerhedsretten.

VP-standardsystem:
D055 anvendes.



SYSTEMVEJLEDNING

---

Uddata:
Infoudsendelse til de involverede:
TI20464v - Opret omsætningsbegrænsning for et værdipapir.

Infoudsendelse til anmelder:
TI20469v - Kvittering for oprettelse af omsætningsbegrænsning for et værdipapir.

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | F |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 03 OMSAETNINGSBEGRAENSNINGSTYPE | O |

O = obligatorisk,  F = frivillig,  / = Må ikke udfyldes

## Forespørg på omsætningsbegrænsning for et værdipapir (TR20169v)

**Formål:**
At vise omsætningsbegrænsning på et værdipapir.

Omsætningsbegrænsningstype vises.

**Værdisæt:**    1   =   Godkendte erhververe.
                            Anvendes når værdipapiret frit må overføres mellem de af udstederen udpegede
                            investordepoter.
                  2   =   Uomsættelig
                            Anvendes når værdipapiret kun må overføres mellem et af udstederens depoter og
                            de af udstederen udpegede investordepoter.

Transaktionen kan anvendes af det aktieudstedende institut.

**Funktionalitet:**
Viser hvilken type af omsætningsbegrænsning, der er på værdipapiret.
Hvis der ikke er omsætningsbegrænsning på værdipapiret, vil typen ikke være udfyldt.

**Behandling i VP:**
VP kontrollerer, at værdipapiret ikke er på positivliste til sikkerhedsretten.

**VP-standardsystem:**
D055 anvendes.

**Uddata:**
Transaktionssvar.

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | F |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 03 OMSAETNINGSBEGRAENSNINGSTYPE | F |



## SYSTEMVEJLEDNING

O = obligatorisk,  F = frivillig, / = Må ikke udfyldes

### Slet omsætningsbegrænsning for et værdipapir (TD20169v)

**Formål:**
At slette omsætningsbegrænsning på et værdipapir.
Transaktionen kan anvendes af det aktieudstedende institut.

**Funktionalitet:**
Sletter omsætningsbegrænsningen på et værdipapir.

**Behandling i VP:**
Det kontrolleres, at anmelder er det aktieudstedende institut.

**VP-standardsystem:**
D055 anvendes.
Når omsætningsbegrænsningen skal slettes på et værdipapir, skal man starte med "vis" (F2). Derefter kan sletning foretages (F16). Sletningen skal bekræftes med F24.

**Uddata:**
Infoudsendelse til de involverede:
TI20465v – Sletning af omsætningsbegrænsning for et værdipapir.

Infoudsendelse til anmelder:
TI20470v – Kvittering for sletning af omsætningsbegrænsning for et værdipapir.

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | F |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 03 OMSAETNINGSBEGRAENSNINGSTYPE | F |

O = obligatorisk,  F = frivillig, / = Må ikke udfyldes

### Oprettelse af tilladelse til et omsætningsbegrænset værdipapir (TC20170v)

**Formål:**
At oprette tilladelse til registrering af et omsætningsbegrænset værdipapir på et depot.
Type af tilladelse skal angives.

**Værdisæt:**  1  =  Investorkonto.
Anvendes på investordepoter, der skal have tilladelse til det omsætningsbegrænsede værdipapir.

2  =  Udstederkonto
Anvendes på udsteders depot og kun når omsætningsbegrænsningstypen på værdipapiret er "uomsættelig". Når typen er "uomsættelig" kan værdipapirer kun flyttes mellem et udpeget udstederdepot og et udpeget investordepot.

Transaktionen kan anvendes af det aktieudstedende institut. Registreringen sker i VP-systemet på udstederens liste over VP-konti med tilladelse til fondsaktivet.



SYSTEMVEJLEDNING

**VP-standardsystem:**
D056 anvendes.

**Uddata:**
Infoudsendelse til de involverede:
TI20466v – Oprettelse af tilladelse til et omsætningsbegrænset værdipapir
Infoudsendelse til anmelder:
TI20471v – Kvittering for oprettelse af tilladelse til et omsætningsbegrænset værdipapir

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | F |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 DELTAGER | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
| 03 NUMMER | O |
| 02 OMSAETNINGSBEGRAENSNING | |
| 03 KODE | O |

O = obligatorisk,  F = frivillig, / = Må ikke udfyldes

## Forespørg på tilladelse til et omsætningsbegrænset værdipapir (TR20170v)

**Formål:**
At forespørge på tilladelse til et omsætningsbegrænset værdipapir på et depot.

**Værdisæt for type af tilladelse:**

    1  =  = Investorkonto.
            Anvendes på investordepoter, der skal have tilladelse til et
            omsætningsbegrænsede værdipapir.
    2  =  Udstederkonto
            Anvendes på udsteders depot og kun når omsætningsbegrænsningstypen på
            værdipapir er "uomsættelig". Når typen er "uomsættelig" kan værdipapiret kun
            flyttes mellem et udpeget udstederdepot og et udpeget investordepot.

Transaktionen kan anvendes af det aktieudstedende institut og det kontoførende institut.

**VP-standardsystem:**
D056 anvendes.

**Uddata:**
Transaktionssvar

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | F |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 DELTAGER | |



SYSTEMVEJLEDNING

| | | |
|---|---|---|
| | 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | | |
| | 03 NUMMER | O |
| 02 OMSAETNINGSBEGRAENSNING | | |
| | 03 KODE | F |

O = obligatorisk, F = frivillig, / = Må ikke udfyldes

## Slet tilladelse til et omsætningsbegrænset værdipapir (TD20170v)

**Formål:**
At slette tilladelse til registrering af et omsætningsbegrænset værdipapir på et depot.
Transaktionen kan anvendes af det aktieudstedende institut.

**Behandling i VP:**
VP kontrollerer, at det omsætningsbegrænsede værdipapir ikke findes på depotet og at der ikke er
ventende beholdningstilgange på vej til depotet, herunder uafviklede preadvices.

**VP-standardsystem:**
D056 anvendes.
Når en tilladelse til omsætningsbegrænsning skal slettes på et depot, skal man starte med "vis" (F2).
Derefter kan sletning foretages (F16). Sletningen skal bekræftes med F24.

**Uddata:**
Infoudsendelse til de involverede:
TI20467v – Sletning af tilladelse til et omsætningsbegrænset værdipapir

Infoudsendelse til anmelder:
TI20472v – Kvittering for sletning af tilladelse til et omsætningsbegrænset værdipapir

## DATAFELTER

| | | |
|---|---|---|
| 02 ANMELDELSE | | |
| | 03 AFSENDER-REFERENCE | F |
| 02 HANDELSPRODUKT | | |
| | 03 ISIN | O |
| 02 DELTAGER | | |
| | 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | | |
| | 03 NUMMER | O |
| 02 OMSAETNINGSBEGRAENSNING | | |
| | 03 KODE | F |

O = obligatorisk, F = frivillig, / = Må ikke udfyldes

## Forespørg på et depots tilladelser til omsætningsbegrænsede værdipapirer (TR20171v)

**Formål:**
At vise hvilke omsætningsbegrænsede værdipapirer det angivne depot har tilladelse til.

**Funktionalitet:**
Giver det kontoførende institut en oversigt over de omsætningsbegrænsede værdipapirer et angivet
depot har tilladelse til.



**SYSTEMVEJLEDNING**

**Behandling i VP:**
Kontrollerer at anmelder er det kontoførende institut eller et andet kontoførende institut med spørgeadgang.

**VP-standardsystem:**
D058 anvendes.

**Uddata:**
Infoudsendelse til anmelder:
TI20473v – Liste over omsætningsbegrænsede ISINs VP-depotet har tilladelse til
Svaret på forespørgslen gives kun som infoer, hvis transaktionen indsendes fra datacenter.

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | F |
| 02 KONTOFØRENDEINSTITUT (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
|    03 NUMMER | O |

O = obligatorisk,  F = frivillig, / = Må ikke udfylde

## Ekstrakt af depoter der har tilladelse til et givet omsætningsbegrænset værdipapir (TR20172v)

**Formål:**
At vise hvilke depoter der har tilladelse til et givet omsætningsbegrænset værdipapir.

**Funktionalitet:**
Kan anvendes af det aktieudstedende institut til at få en oversigt over de depoter, der har fået denne tilladelse.
Svaret på forespørgslen gives kun som infoer.
Med transaktion D056 (Forespørg på tilladelse til omsætningsbegrænset værdipapir) kan man på skærm blade i depoter, der har tilladelse til det angivne værdipapir.
Se Oprettelse af tilladelse til et omsætningsbegrænset værdipapir (TC20170v).

**Behandling i VP:**
Kontrollerer at anmelderen er det aktieudstedende institut.

**VP-standardsystem:**
D057 anvendes.

**Uddata:**
Infoudsendelse til anmelder:
TI20468v - Ekstrakt af depoter der har tilladelse til et omsætningsbegrænset værdipapir

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | F |
| 02 HANDELSPRODUKT | |
|    03 ISIN | O |



SYSTEMVEJLEDNING

O = obligatorisk,  F = frivillig, / = Må ikke u



SYSTEMVEJLEDNING

# 04 Fondsregistret for obligationer

Der er flere betingelser knyttet til VP-registrering af obligationer. Eksempel herpå er, at der gælder ensartede betingelser for samtlige værdipapirer i en fondskode. En anden betingelse er, at det pr. fondskode kun er muligt at registrere i én andelsstørrelse, og at denne skal være med decimaler.

For nærmere beskrivelse af betingelserne for VP-registrering af værdipapirer henvises til https://www.vp.dk/VP_regler "Regelsæt A"

**Konvertible obligationer**
Det er pt. ikke muligt at foretage automatisk tegning og konvertering af konvertible obligationer.

**Fondsregistrets indhold**
Fondsregistret indeholder oplysninger pr. udsteder pr. fondskode (ISIN) om bl.a lånets nominelle rentesats, andelsstørrelse, udtrækningsterminer, renteterminer, lånets løbetid og konverteringsoplysninger for konvertible obligationer.

**Fondsregistrets anvendelse**
Oplysningerne i registret anvendes til styring af udtræknings- og renteterminskørsler og til styring af konvertering af konvertible obligationer til aktier.

VP modtager oplysninger om indexfaktor på alle indexlån fra NASDAQ OMX. Indexfaktoren bliver opdateret pr. 30.6 og 30.12.

De udstedelsesansvarlige har ved brug af uddata fra VP (skyggetransaktioner/infoer/forespørgsler) pligt til at sikre, at oplysningerne i registret til enhver tid er korrekte og ajourførte.

**Lukning af indfriede/udløbne obligationer**
Obligationer med hovedbogssaldo = 0 (nul) og hvor åbningsperioden er udløbet, bliver lukket automatisk i VP's fondsregister. I den forbindelse udsendes skyggetransaktion OF42L01, hvis løbetiden - som følge af lukningen - samtidig forkortes, og feltet 'dato for sidste kredittermin' dermed ændres.

**Oprydning i eget fondsregister**
Til brug ved eventuel oprydning i eget fondsregister og for at afgøre om en obligation er lukket, skal feltet 'dato for sidste kreditortermin' benyttes. Hvis denne dato er passeret er obligationen lukket (indfriet/udløbet).

**Fysiske obligationer**
De fondsdataansvarlige kan selv indrapportere etablering/ændring af fysiske obligationer. De fondsdataansvarlige er selv registeransvarlige for de oplysninger, der indrapporteres.

**VP's benyttelse af udsteder- og obligationsoplysninger**
I overensstemmelse med almindelig praksis kan VP i forbindelse med sin øvrige virksomhed benytte udsteder- og obligationsoplysninger indrapporteret eller modtaget i VP fra udstedere eller deres pengeinstitutter.



SYSTEMVEJLEDNING

---

**Distribution af oplysninger om ISINs**
For nærmere beskrivelse af distribution af oplysninger om ISINs henvises til http://www.vp.dk/ISIN

## VP-registrerede obligationer

### Etablering af obligationsoplysninger.
Etablering af fondskode (ISIN), papiroplysninger og terminsoplysninger for VP-registrerede obligationer/konvertible obligationer i fondsregistret foretages i online systemet fondsportalen.dk.

Ved udstedelse af en ny obligation kan der enten bruges en ISIN som i forvejen er registreret via online systemet Rekvirering af ISIN eller der kan hentes en ISIN via fondsportalen.dk.

Udenlandske ISIN's anføres manuelt i fondsportalen.dk.

**Behandling i VP**
Når den udstedelsesansvarlige har indlagt alle oplysninger om den nye obligation, sendes oplysningerne videre til opdatering.

På den dato som den udstedelsesansvarlige har angivet som VP Offentliggørelsesdato, distribueres oplysningerne fra det nye fondsregister, til alle abonnenter på skyggetransaktioner, fondsregister (OF42L01).

### Ændring af obligationsoplysninger
Ændring af obligationsoplysninger foretages i online systemet vp.ONLINE.
Cirkulerende mængde for VP-registrerede obligationer bliver automatisk opdateret fra hovedbogen.

**Behandling i VP**
Ved opdateringen dannes skyggetransaktioner, fondsregister (OF42L01) til alle abonnenter.

### Etablering/ændring af konverteringsoplysninger
Denne funktionalitet er midlertidigt ikke tilgængelig!

Oplysninger om konvertering af konvertible obligationer til aktier registreres i fondsregistret for obligationer og danner grundlag for gennemførelse af en konvertering.

**Behandling hos den udstedelsesansvarlige**
Bilaget KONVERTERINGSOPLYSNINGER - se Blanketter til vejledninger 1 11.1D
Konverteringsoplysninger - udfyldes i overensstemmelse med prospektet. Bilaget indsendes hurtigst muligt, dog således at oplysningerne er VP i hænde senest fire uger før konverteringsperiodens start.

**Oprettelse af konverteringsoplysninger**
Bilaget indeholder blandt andet oplysninger om den eller de perioder, hvori der kan konverteres. Samtlige konverteringsperioder for en konvertibel obligation kan angives. Såfremt de enkelte konverteringsperioder har forskellige konverteringsbetingelser, indsendes et bilag pr. periode.

**Ændring af konverteringsoplysninger**
Oplysninger om en konverteringsperiode kan ændres.

Hvis oplysningerne ændres midt i en konverteringsperiode, skal den udstedelsesansvarlige være opmærksom på, at der kan være udsendt konverteringsindbydelse til investorerne.



SYSTEMVEJLEDNING

**Behandling i VP**
På baggrund af de indsendte bilag opdateres konverteringsoplysningerne i fondsregistret for obligationer.

**Uddata**                                               **Modtager**
Opdatering af konverteringsoplysninger          Den udstedelsesansvarlige
Skyggetransaktioner – fondsregister               Datacentre

## Ændring af årsultimokurs

Årsultimokursen for papirløse obligationer bruges ved udskrivning af årsopgørelser til investorer.

**Behandling hos registeransvarlig**
Den registeransvarlige kan, med transaktionen "D280 - Vedligehold årsultimokurs" opdatere årsultimokursen på papirer, der ikke er børsnoteret.

Anvendelse af transaktionen.

**Forespørgsel:**
Ved en forespørgsel vil det altid være den senest registrerede forekomst, der vises.
**Etablering:**
Det aktuelle registreringstidspunkt bliver automatisk registreret som noteringstidspunkt
**Ændring:**
Ændring foretages kun hvis en tidligere indrapporteret kurs er forkert. Start med en forespørgsel, der vil vise den senest registrerede forekomst. Det er altid den viste forekomst, der ændres.
Noteringstidspunktet ændres ikke.
**Sletning:**
Start med en forespørgsel, der vil vise den senest registrerede forekomst.
Ønskes den slettet, tastes slet og bekræft.

**Behandling i VP**
Årsultimokursene opdateres i VP.
Der leveres ingen uddata. Registrerede oplysninger kan kontrolleres ved anvendelse af forespørgselsfunktionen. Endvidere fremgår kurserne af listen "Ultimokursoplysninger - (DK78L01)", der dannes i forbindelse med årsultimo.

Den senest registrerede kurs anvendes til årsopgørelserne.

## Fysiske obligationer

### Etablering af papiroplysninger

Transaktionen anvendes til etablering af fondskode og papiroplysninger for obligationer, som ikke er registreret i VP. Adgang til transaktionen sker via vp.ONLINE.

**Indrapportering hos den registeransvarlige**
Transaktionen indrapporteres af den fondsdataansvarlige.

Den fondsdataansvarlige har ansvaret for de registrerede oplysninger.

**Behandling i VP**
Ved opdateringen dannes; skyggetransaktioner, fondsregister (OF42L01) til alle abonnenter.



### SYSTEMVEJLEDNING

---

## Ændring af papiroplysninger

Transaktionen anvendes til ændring i de registrerede oplysninger for en fysisk fondskode og adgang nåes via vp.ONLINE.

**Indrapportering hos den registeransvarlige**
Ændring af de registrerede oplysninger kan kun indrapporteres af den fondsdataansvarlige.

**Behandling i VP**
Ved opdatering dannes; skyggetransaktioner, fondsregister (OF42L01) til alle abonnenter.



SYSTEMVEJLEDNING

# 05 Renteterminsbehandling

En beskrivelse af rentebehandling med tilhørende uddata.

## Rentebehandling

VP beregner rente på handelsprodukter og foranlediger renterne betalingsformidlet på dispositionsdagen. Når handelsprodukter er rentegivende i fremmed valuta, bliver det tilskrevne rentebeløb betalingsformidlet i den pågældende valuta. På dispositionsdagen omregnes til danske kroner, se nedenfor. Det sker af hensyn til indberetningen til SKAT.

En af betingelserne for VP-registrering af et handelsprodukt er, at VP's beregning og betaling af renten sker efter VP's regler.

Behandling hos udsteder:
Før renteberegning kan foregå, SKAL det udstedende institut have etableret kontogruppering i samme valuta som der er provenu der skal afregnes i. Se i hovedafsnit 3 om Kontogrupperinger.

Renteberegningen foregår pr. handelsprodukt på baggrund af de oplysninger, det udstedende institut har registreret i VP's register om handelsprodukter(det nye fondsregister). Registrerede renteoplysninger skal afstemmes med udsteders egne oplysninger.

Ved variabel rente uden afvigende rentebehandling indberetter udstedende institut den nye rentesats senest dagen før renteperiodens startdato. Ved variabel rente med afvigende rentebehandling indberetter udstedende institut rentesatsen senest 3 dage før forfald. I øvrigt henvises til online hjælpen for det nye fondsregister.

Når der udbetales rente i anden valuta end handelsproduktets udstedelsesvaluta, indberetter det udstedende institut en krydskurs. Ved variabel krydskurs skal denne indberettes senest dagen før renteperiodens startdato.

Behandling i VP for handelsprodukter med ex-kupon periode:
Renteberegningen danner provenu på baggrund af slutbeholdningen, dagen før ex-kupon.

Foreløbig renteadvis dannes 5 kalenderdage efter ex-kupondagen, hvis dette ikke er en bankdag, dannes foreløbig renteadvis den foregående bankdag (foreløbig renteadviseringsdag). Foreløbig renteadvis dannes ikke, hvis der er mindre end 10 kalender dage mellem foreløbig renteadviseringsdag og den dag hvor betalingsformidlingsgrundlaget dannes.

Der dannes dokumentation til brug for likviditetsstyring. (Se eksempler )

Behandling i VP for ex-kupon = 0:
Renteberegningen danner provenu på baggrund af slutbeholdningen, dagen før ex-kupon.

8 bankdage før forfaldsdag dannes likviditetsoversigt og provenu.

7 bankdage før forfaldsdag dannes foreløbig betalingsformidling, og der udsendes renteadvis. Fra og med 7 bankdage før forfaldsdagen til og med 1 bankdag før forfaldsdagen dannes infoer i forbindelse med eventuelle ændringer af debet rentekonto i en kontogruppe eller flytning af handelsprodukt.



SYSTEMVEJLEDNING

Der udsendes desuden info ved ændringer i totalt beregnet rente ved emission/indfrielse. Ændringer i provenuet eller dannelse af nyt provenu kan ske både ved handler og emission/indfrielser og desuden ved ændringer af en pengekonto for rente.

6 bankdage før forfaldsdagen til og med 1 bankdag før forfaldsdagen dannes infoer i tilfælde af ændringer af betalingsformidling og renteadvis.



Betalingsformidlingen dannes på de provenu, som er på værdipapirkontoen på forfaldsdagen. Provenuet posteres på de berettigedes pengekonti, som er tilknyttet værdipapirkontoen på forfaldsdagen.

**Behandling i VP generelt:**
På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning, og beregnede rentebeløb i valuta omregnes til danske kroner. Ved omregningen benytter VP den markedskurs, som Danmarks Nationalbank har offentliggjort to bankdage før dispositionsdagen. Markedskursen reduceres med et standard fradrag pr. valuta. Fradraget fastsættes og meddeles VP af pengekontoførerne via deres sektororganisation. Pengekontofører har alternativt mulighed for at registrere det fradrag pr. valuta, der skal gælde for alle beløb, der tilgår pengekontoførerens pengekonti.

Renteberegningsdagen, betalingsformidlingsdagen, forfaldsdagen samt dispositionsdagen kan være samme dag.



SYSTEMVEJLEDNING



1 = renteberegning (provenu dannes)
2 = betalingsformidling dannes
3 = forfaldskørsel (kun hvis renten udbetales i valuta)

I det efterfølgende gives eksempel på sammenhænge mellem aktiviteter og infoer i to forskellige rentebehandlingsforløb.

Eksempel 1 viser udsendelse af infoer når ex-kupon perioden er forskellig fra 0. Eksempel 2 viser udsendelse af infoer, når ex-kupon er lig med 0.

**Behandling i datacentre:**
Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes hver dag for samtlige kørsler under renteberegning. Når info - "Afslutning på periodisk kørsel" er dannet, kan infoerne i køen trækkes hjem. De nævnte infoer dannes altid.

**Eksempel 1: Ex-kupon perioden er forskellig fra 0.**

| AKTIVITET | | INFOER DER DANNES |
|---|---|---|
| | ‖ | |
| | ----- | **EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT** |
| | ‖ | |
| | ‖ | TI20105v - Provenuoplysninger (KI) |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | TI20135v - Den enkelte deltagers forventede pengetræk pr. pengekonto (PK) |
| | ‖ | TI20134v - Den enkelte deltagers beregnede krediteringer pr. pengekonto (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i kontogruppe (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | |
| | ---- | **5. DAGE EFTER EX-KUPONDAG** |
| | ‖ | |
| | ‖ | TI20200v - Foreløbigt renteadvis - betalingsoplysninger (KI) |
| | ‖ | TI20199v - Foreløbigt renteadvis - adresseoplysninger (KI) |
| | ‖ | |
| RENTEFLYTNING | ***** | TI20127v - Renteflytning (KI) |
| | ‖ | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20178v - Tilgang i likviditet (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag  (PK) |
| | ‖ | |
| ÆNDRING AF | ***** | TI20127v - Renteflytning (KI) |
| PENGEKONTO | ‖ | TI20177v - Fragang i likviditet (PK) |
| FOR RENTE | ‖ | TI20178v - Tilgang i likviditet (PK) |



**SYSTEMVEJLEDNING**

| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
|---|---|---|
| | ‖ | |
| ÆNDRING AF DEBET- | ***** | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| RENTEKONTO I EN | ‖ | TI20168v - Fragang i likviditet på debetrentekonto (PK) |
| KONTOGRUPPE | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | |
| FLYTNING AF HAN- | ***** | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| DELSPRODUKT FRA | ‖ | TI20168v - Fragang i likviditet på debetrentekonto (PK) |
| EN KONTOGRUPPE | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| TIL EN ANDEN | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | ‖ | |
| | ‖ | TI20138v - Posteringsgrundlag pr. VP-konto (PK) |
| | ‖ | TI20197v - Posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20198v - Posteringsgrundlag pr. afkast/afregn.konto (PK) |
| | ‖ | TI20106v - Afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | TI20139v - Renteadvis - betalingsformidling (KI) |
| | ‖ | TI20140v - Renteadvis - adresseoplysninger (KI) |
| | ‖ | |
| RENTEFLYTNING | ***** | TI20127v - Renteflytning (KI) (ingen indvirkning i likviditet) |
| | ‖ | |
| ÆNDRING AF DEBET- | ***** | TI20123v - Ændring i kontogruppering (UD) |
| RENTEKONTO I EN | ‖ | (ingen indvirkning i likviditet) |
| KONTOGRUPPE | ‖ | |
| | ‖ | |
| | ----- | FORFALDSDAG/DISPOSITIONSDAG |
| | ‖ | |
| | ‖ | TI20108v - Omregnede rentebeløb og bruttoudbytte til basis valuta (PK, KI) |
| | ‖ | |
| PENGEKONTROL | ***** | TI20034v - Bogføringsposter fra en afviklingskørsel - kopi (BS) |
| | ‖ | |
| KORREKTION AF | ‖ | |
| OMREGNET RENTE- | ***** | TI20128v - Korrektion af rente og bruttoudbytte (KI, PK) |
| BELØB | ‖ | |

Eksempel 2: Ex-kupon = 0.

| AKTIVITET | | INFOER DER DANNES |
|---|---|---|
| | ‖ | |
| | ----- | DAG - 8 |
| | ‖ | |
| | ----- | DANNELSE AF LIKVIDITETSOVERSIGT OG PROVENU |
| | ‖ | |
| | ‖ | TI20135v - Den enkelte deltagers forventede pengetræk pr. pengekonto (PK) |
| | ‖ | TI20134v - Den enkelte deltagers beregnede krediteringer pr. pengekonto (PK) |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | ‖ | TI20136v - Pengetræk pr. debetkonto i kontogruppe (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20105v - Provenuoplysninger (KI) |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| | ---- | **DAG - 7** |
| | ‖ | |
| | ---- | **DANNELSE AF RENTEADVIS OG FORELØBIG** |
| | ‖ | **BETALINGSFORMIDLINGSKØRSEL** |
| | ‖ | |
| | ‖ | TI20139v - Renteadvis - betalingsformidling (KI) |
| | ‖ | TI20140v - Renteadvis - adresseoplysninger (KI) |
| | ‖ | TI20138v - Posteringsgrundlag pr. VP-konto (PK) |
| | ‖ | |
| EMISSION OG | ***** | TI20177v - Fragang i likviditet (PK) |
| INDFRIELSER | ‖ | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| | ‖ | TI20178v - Tilgang i likviditet (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i kontogruppe (UD) |
| | ‖ | TI20168v - Fragang likviditet på en debetrentekonto (PK) |
| | ‖ | TI20105v - Provenuoplysninger (KI) |
| | ‖ | TI20243v - Ændringer til provenuoplysninger (KI) |
| | ‖ | TI20245v - Ændringer i total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| HANDLER / | ***** | TI20177v - Fragang i likviditet (PK) |
| OVERFØRSLER OG | ‖ | TI20178v - Tilgang i likviditet (PK) |
| ÆNDRINGER AF | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| PENGEKONTO | ‖ | TI20105v - Provenuoplysninger (KI) |
| FOR RENTE | ‖ | TI20243v - Ændringer til provenuoplysninger (KI) |
| | ‖ | |
| | ----- | **DAG - 6 til og med DAG -1** |
| | ‖ | |
| ÆNDRING AF DEBET- | ***** | TI20168v - Fragang i likviditet på debetrentekonto (PK) |
| RENTEKONTO I EN | ‖ | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| KONTOGRUPPE | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | |
| FLYTNING AF HAN- | ***** | TI20168v - Fragang i likviditet på debetrentekonto (PK) |
| DELSPRODUKT FRA | ‖ | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| EN KONTOGRUPPE | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| TIL EN ANDEN | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20139v - Renteadvis - betalingsformidling (KI) |
| | ‖ | TI20140v - Renteadvis - adresseoplysninger (KI) |
| | ‖ | TI20138v - Posteringsgrundlag pr. VP-konto (PK) |
| | ‖ | |
| EMISSION OG | ***** | TI20177v - Fragang i likviditet (PK) |
| INDFRIELSER | ‖ | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| | ‖ | TI20178v - Tilgang i likviditet (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i kontogruppe (UD) |



SYSTEMVEJLEDNING

| | | |
|---|---|---|
| | ‖ | TI20168v - Fragang likviditet på en debetrentekonto (PK) |
| | ‖ | TI20105v - Provenuoplysninger (KI) |
| | ‖ | TI20243v - Ændringer til provenuoplysninger (KI) |
| | ‖ | TI20245v - Ændringer i total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | TI20244v - Ændringer til posteringsgrundlag pr. VP-konto (PK) |
| | ‖ | TI20246v - Ændringer i renteadvis - betalingsformidling (KI) |
| | ‖ | |
| HANDLER / | ***** | TI20177v - Fragang i likviditet (PK) |
| OVERFØRSLER OG | ‖ | TI20178v - Tilgang i likviditet (PK) |
| ÆNDRING AF | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| PENGEKONTO | ‖ | TI20105v - Provenuoplysninger (KI) |
| FOR RENTE | ‖ | TI20243v - Ændringer til provenuoplysninger (KI) |
| | ‖ | TI20244v - Ændringer til posteringsgrundlag pr. VP-konto (PK) |
| | ‖ | TI20246v - Ændringer i renteadvis - betalingsformidling (KI) |
| | ‖ | |
| | ----- | DAG -1 |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | ‖ | |
| | ‖ | TI20197v - Posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20198v - Posteringsgrundlag pr. afkast/afregn.konto (PK) |
| | ‖ | TI20106v - Afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | |
| | ----- | DAG 0 |
| | ----- | FORFALDSDAG/DISPOSITIONSDAG |
| | ‖ | |
| | ‖ | TI20108v - Omregnede rentebeløb og bruttoudbytte til basis valuta (PK, KI) |
| | ‖ | |
| PENGEKONTROL | ***** | TI20034v - Bogføringsposter fra en afviklingskørsel - kopi (BS) |
| | ‖ | |
| KORREKTION AF OM- | ***** | TI20128v - Korrektion af rente og bruttoudbytte (KI, PK) |
| REGNET RENTE OG | ‖ | |
| BRUTTOUDBYTTE | ‖ | |
| | ‖ | |
| RENTEFLYTNING | ***** | TI20127v - Renteflytning (KI) |
| | ‖ | (Kun med virkning for SKAT) |

## Renteberegning

**Formål:**
At beregne rente på de værdipapirkonti, der har en beholdning af et rentegivende handelsprodukt.

**Behandling i VP:**
Renteberegningen finder sted på den dag, renten fragår hovedstolen. Ex-kupondagen kan være et antal dage før eller samme dag som betalingsformidlingen. Renteberegningen bliver foretaget på baggrund af følgende oplysninger:
- den rentesats, der er aktiv på tidspunktet, hvor renteberegningskørslen afvikles.
- den krydskurs, der er aktiv på tidspunktet, hvor renteberegningskørslen afvikles. Benyttes, når handelsproduktet er rentegivende i en anden valuta end udstedelsesvalutaen.
- den slutbeholdning, der er på værdipapirkontoen dagen før ex-kupondagen.



SYSTEMVEJLEDNING

De beregnede renter registreres som provenu på værdipapirkontiene.



Provenuet kan flyttes fra èn værdipapirkonto til en anden. Hvis flytning af provenuet skal have virkning for betalingsformidlingen, skal den foretages, inden ny forretningsdag starter dagen før betalingsformidlingsdagen.

**Behandling hos udsteder:**
Afstemmer de beregnede renter.

**Uddata:**
Der dannes følgende info-meddelelser:
| | |
|---|---|
| TI20105v | Provenuoplysninger (KI) |
| TI20243v | Ændringer til provenuoplysninger (KI) |
| TI20134v | Den enkelte deltagers beregnede krediteringer pr. pengekonto pr. dispositionsdag (PK) |
| TI20135v | Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispositionsdag (PK) |
| TI20177v | Fragang i likviditet (PK) |
| TI20178v | Tilgang i likviditet (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20137v | Total beregnet rente pr. handelsprodukt (UD) |
| TI20245v | Ændringer i total beregnet rente pr. handelsprodukt (UD) |

## Likviditetsstyring

**Formål:**
At danne dokumentation til pengekontoførende institutter til brug for beregning af ikividitetsvirkningen af renteberegningen.

**Behandling i VP:**
Infoer til brug for likviditetsstyring dannes første gang 8 bankdage før forfaldsdagen eller på den dag, rente-oplysningerne offentliggøres. Hvis ex-kupondagen er før, dannes likviditet på denne dato.

**Bemærk**
Infoer til brug for likviditetsstyring omkring renter af islandske obligationer dannes tidligst 4 bankdage før forfaldsdagen, eller når renteoplysningerne modtages fra den islandske værdipapircentral - VS.

Infoer dannes derudover i følgende tilfælde:
1.    Ved kontoførende instituts ændring af PI_KONTONR_RENTE i gammelt VP-system.
2.    Ved renteflytning.



SYSTEMVEJLEDNING

3.      Ved udstedende instituts ændring af pengekonto eller procentfordeling i en kontogruppering. (Må senest foretages 2 bankdage før forfaldsdagen, i modsat fald skal det ske i samråd med pengekontofører)
4.      Ved flytning af handelsprodukter fra èn kontogruppe til en anden. (Må senest foretages 2 bankdage før forfaldsdagen, i modsat fald skal det ske i samråd med pengekontofører)

Dannes der information om likviditet før ex-kupondagen, vil der på ex-kupondagen blive korrigeret for eventuelle køb og salg i den mellemliggende periode.

Bevirker ovennævnte tilfælde ændringer på pengekontoførende instituts mellemregningskonto, bliver der dannet information om ny status på mellemregningskontoen.

**Behandling hos pengekontoførende institut:**
For at sikre, at de endelige fragange eller tilgange af penge er kendt, er det nødvendigt at ajourføre likviditetsberegningen i takt med modtagelsen af infoer.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20107v | Tilgang i likviditet på en debetrentekonto (PK) |
| TI20134v | Den enkelte deltagers beregnede krediteringer pr. pengekonto pr. dispositionsdag (PK) |
| TI20135v | Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20177v | Fragang i likviditet (PK) |
| TI20178v | Tilgang i likviditet (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |

## Betalingsformidling

**Formål:**
At formidle betaling mellem en deltager og den efter registeret berettigede.

**Behandling i VP:**
Hvis ex-kupon = 0, dannes foreløbig betalingsformidling 7 bankdage før endelig betalingsformidling. Ændringer meddeles indtil dagen før endelig betalingsformidling.

Det endelige betalingsformidlingsgrundlag til pengekontoførende institut dannes på baggrund af de registrerede provenuer på afviklingsdøgnets start dagen før betalingsformidlingsdagen samt den kontogruppering, der er registreret til handelsproduktet.



SYSTEMVEJLEDNING

---

**Ex-kupon forskellig fra 0:**



**Ex-kupon = 0:**



1 = Betalingsformidlingsgrundlaget dannes
3 = Pengekontrol i blok 35 (provenu i DKK)
4 = Pengekontrol i blok 45 (provenu i EUR)
6 = Pengekontrol i blok 65 (provenu i ISK)
5 = Pengekontrol i blok 55 (provenu i SEK)

På dispositionsdagen foretages der pengekontrol af periodiske betalinger. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og ad hoc).

Provenu i DKK behandles i blok 35. Blok 35 håndterer renter og alle typer provenuer af øvrige fondsaktiver. Provenu i EUR behandles i blok 45, provenu i ISK behandles i blok 65 og provenu i SEK behandles i blok 55.
I pengekontrollen kontrolleres det,
- at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.
- at hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut kontrolleres, at primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.



SYSTEMVEJLEDNING

Såfremt der ikke er dækning, kan betalingen ikke gennemføres, og beredskabsplan for tilbagekaldelse af rente tages i brug, se afsnit 12.8 Beredskabsplan for tilbagekaldelse af rente.

**Behandling hos primær betalingsstiller:**
For at en rentebetaling i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 9.00 have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut svarende til de periodiske betalinger i DKK.

For at en rentebetaling i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 11.35 have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut svarende til de periodiske betalinger i EUR.

For at en rentebetaling i ISK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 12.15 have stillet et periodisk specifikt trækningsmaksimum i ISK til rådighed for det udstedende institut svarende til de periodiske betalinger i ISK.

For at en rentebetaling i SEK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 13.45 have stillet et periodisk specifikt trækningsmaksimum i SEK til rådighed for det udstedende institut svarende til de periodiske betalinger i SEK.

De samlede betalinger posteres på berettigede pengekontoførers afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontofører.

Provenuet posteres på de berettigedes pengekonti ud fra bogføringsgrundlaget fra betalingsformidlingen.

**Behandling i Nationalbanken:**
Primær betalingsstiller, som skal have trukket rentebeløb på vegne af en udsteder, skal have et trækningsmaksimum i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

**Uddata:**
Ved betalingsformidlingen dannes følgende info-meddelelser:
TI20138v     Posteringsgrundlag pr. VP-konto (PK)
TI20244v     Ændringer til posteringsgrundlag pr. VP-konto (PK)
TI20197v     Posteringsgrundlag pr. debetkonto (PK)
TI20198v     Posteringsgrundlag pr. afkast/afregningskonto (PK)
TI20106v     Afstemningsopl., periodiske betalinger (UD)
TI20139v     Renteadvis - betalingoplysninger (KI)
TI20140v     Renteadvis - adresseoplysninger (KI)
TI20246v     Ændringer til renteadvis - betalingsoplysninger(KI)

Efter pengekontrollen dannes følgende info-meddelelser:
TI20034v     Bogføringsposter fra en afviklingskørsel - kopi (BS)


## Påmindelse om ændring af variabel rentesats

**Formål:**
At minde det udstedende institut om, at det er tid til at kontrollere og eventuelt indtaste en variabel rentesats.

SYSTEMVEJLEDNING

---

**Behandling i VP:**
**Uden afvigende rentebehandling:**
Når der er 15 dage til starten af næste renteperiode, udsendes info TI20111v. Hvis rentesatsen ikke ændres, benyttes den registrerede rentesats for handelsproduktet for endnu en renteperiode.
**Med afvigende rentebehandling:**
6 dage før renteforfald udsendes info TI20619v. Den manglende rentesats skal rapporteres så hurtigt som muligt.

**Behandling hos centraldeltager:**
Ved variabel rente uden afvigende rentebehandling skal det udstedende institut fastsætte rentesatsen, der er gældende for den næste renteperiode. Eventuel ændring skal registreres senest dagen før renteperiodens start.

Ved variabel rente med afvigende rentebehandling skal udstedende institut fastsætte rentesatsen, der er gældende for den igangværende renteperiode. Rentesatsen skal rapporteres senest 3 dage før forfald.

**Uddata:**
Der dannes følgende info-meddelelse:
| | |
|---|---|
| TI20111v | Påmindelse om variabel rente - uden afvigende rentebehandling (UD) |
| TI20619v | Påmindelse om variabel rente - med afvigende rentebehandling (UD) |

## Påmindelse om ændring af variabel krydskurs

**Formål:**
At minde det udstedende institut om, at det er tid til en eventuel ændring af en variabel krydskurs.

**Behandling i VP:**
Når der er 15 dage til starten af næste renteperiode, udsendes en påmindelse til det udstedende institut om, at det er tid for eventuel indrapportering af en ny krydskurs.

Indrapporteres der ikke en ny krydskurs, benyttes den aktuelle krydskurs for endnu en renteperiode.

**Behandling hos centraldeltager:**
Det udstedende institut skal fastsætte den nye variable krydskurs, der er gældende for den/de næste renteperioder. Eventuel ændring skal registreres senest dagen før renteperiodens start.

**Uddata:**
Der dannes følgende info-meddelelser:
| | |
|---|---|
| TI20173v | Påmindelse om variabel krydskurs (UD) |

## Ændring af PI-kontonummer rente

Ved ændring af en VP-konto's PI-kontonummer til kreditering af rente skal det kontoførende institut være opmærksom på, at ændringen kun kan ske fra ex-kupondagen og indtil dannelse af betalingsformidlingsgrundlaget. Renten vil ved forfald blive overført til det nye PI-kontonummer.

Ændres PI-kontonummer rente i perioden mellem dannelse af betalingsformidlingsgrundlaget og forfald, får det ingen indvirkning for betalingsformidling af renterne. Det kontoførende institut må herefter selv foretage de fornødne omposteringer.

SYSTEMVEJLEDNING

**Behandling hos KI:**
Kontoførende institut indrapporterer ændring af PI-kontonummer rente.

**Behandling i VP:**
Ændring af PI-kontonummer til kreditering af rente medfører automatisk en flytning af renterne til det nye PI-kontonummer for rente.

## Beredskabsplan for tilbagekaldelse af rente

Til brug for den situation, hvor en udsteder - dansk som udenlandsk - ikke vil eller kan opfylde sin forpligtigelse over for investorerne, er der udarbejdet en beredskabsplan til håndtering af nødlidende betalinger/ tilbagekaldelse af rente, jf. procedure 1 til 7 i nærværende afsnit.

Procedure 1 - 5 tager højde for de situationer, hvor udstederen ikke kan stille den fornødne betaling. Da det grundlæggende er investor, der bærer risikoen for en udsteders manglende betaling, indebærer procedure 1 - 5, at hverken investors pengeinstitut, udsteders pengeinstitut eller VP udsættes for en økonomisk risiko ved en udsteders manglende evne eller vilje til at betale.

Procedure 6 og 7 omhandler de situationer, hvor det er den primære betalingsstiller, der ikke kan eller vil stille dækning for en rentebetaling. I disse situationer vil VP i samarbejde med udstedende institut placere debiteringen af rentebetalingen hos øvrige primære betalingsstillere, der vil stille dækning for rentebetalingen, således at denne ikke bliver nødlidende.

På hvilket tidspunkt de enkelte procedurer skal anvendes, fremgår af nedenstående tegning:



Betalingen er uigenkaldelig når pengekontrollen er kørt. Indtil dette tidspunkt er betalingen med forbehold.

Første gang der er en nødlidende betaling / tilbagekaldelse af en rentebetaling i et handelsprodukt, adviserer VP **altid** de berørte konto- og rettighedshavere samt deltagerne i VP-systemet.

## 1. Procedure for nødlidende rentebetaling før dannelse af likviditet og før ex-kupondag
**Hvad sker hvornår:**

**På tidspunktet hvor den nødlidende betaling konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.



SYSTEMVEJLEDNING

---

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

**På ex-kupondagen**

Foretages renteberegning og:

- der dannes provenu på de konti, hvor der er beholdning i handelsproduktet. Provenuet dannes med status 22, hvilket betyder, at renten er tilbagekaldt
- der sendes info "TI20105v Provenuoplysninger" om det beregnede provenu til KI, ligeledes markeret med status 22
- der sendes info "TI20137v Total beregnet rente pr. handelsprodukt" om det tilbagekaldte provenu til UD

**På betalingsformidlingsdagen**

Foretages følgende:

- i stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver

**På dispositionsdagen**

Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.

Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager **ikke** i pengekontrollen.

**Eksempel 1**

Proceduren for nødlidende rentebetaling før dannelse af likviditet og før ex-kupondagen:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| NØDLIDENDE BETALING | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt |
| | | Information via AbonnementService |
| | ‖ | |
| | ----- | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| | ‖ | |
| RENTEBEREGNING | **1** | TI20105v - Provenuoplysninger (med status 22) til KI |
| | | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| DAN LIKVIDITET | **2** | Køres ikke |
| | ‖ | |
| | ----- | 5. DAGE EFTER EX-KUPONDAG |
| | ‖ | |
| FORELØBIGT RENTEADVIS | **9** | Køres ikke |
| | ‖ | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | ‖ | |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres ikke |
| | ‖ | |
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Køres ikke |
| | ‖ | |
| DAN AKTIVER I | **5** | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |



**SYSTEMVEJLEDNING**

| FORBINDELSE MED TILBAGEKALDELSE | ‖ | - Kundemeddelelser sendes til kontohaver/ rettighedshaver |
|---|---|---|
| | ‖ | |
| | ---- | FORFALDSDAG/DISPOSITIONSDAG |
| | ‖ | |
| PENGEKONTROL | ***** | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i pengekontrollen |
| | ‖ | |
| OMREGNING AF PROVENU TIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 2. Procedure for nødlidende rentebetaling efter dannelse af likviditet og før ex-kupondagen

**Hvad sker hvornår:**

**På tidspunktet hvor den nødlidende betaling konstateres**

Første gang der er en nødlidende betaling/tilbagekaldelse af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

For at korrigere de tidligere udsendte likviditetsoplysninger for den tilbagekaldte rente sendes infoerne:

| | |
|---|---|
| TI20177v | Fragang i likviditet (PK) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debtkonto i en kontogruppe (UD) |

**På ex-kupondagen**

Foretages renteberegning og:
- der dannes provenu på de konti, hvor der er beholdning i handelsproduktet. Provenuet dannes med status 22, hvilket betyder, at renten er tilbagekaldt
- der sendes info "TI20105v Provenuoplysninger" om det beregnede provenu til KI, ligeledes markeret med status 22
- der sendes info "TI20137v Totalberegnet rente pr. handelsprodukt" om det tilbagekaldte provenu til UD

**På betalingsformidlingsdagen**

Foretages følgende:
- i stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet
- der sendes info TI202031 om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver



SYSTEMVEJLEDNING

---

**På dispositionsdagen**
Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.
Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager **ikke** i pengekontrollen.

**Eksempel 2**
Proceduren for nødlidende rentebetaling efter dannelse af likviditet og før ex-kupondagen:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ‖ | **DANNELSE AF LIKVIDITETSOVERSIGT** |
| | ‖ | |
| **DAN LIKVIDITET** | **\*\*2\*\*** | Likviditet dannes |
| | ‖ | |
| **NØDLIDENDE BETALING** | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |
| | ‖ | |
| **TILBAGEFØRSEL AF LIKVIDITET** | **\*\*14\*\*** | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20209v - Tilbagekaldelse af provenuoplysninger (med status 22) til KI |
| | ‖ | |
| | ----- | **EX-KUPONDAG** |
| | ‖ | |
| **RENTEBEREGNING** | **\*\*1\*\*** | TI20105v - Provenuoplysninger (med status 22) sendes til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| | ----- | **BETALINGSFORMIDLINGSKØRSEL** |
| | ‖ | |
| **DAN BETALINGS-FORMIDLING** | **\*\*3\*\*** | Betalingsformidlingen køres ikke |
| | ‖ | |
| | ‖ | |
| **ENDELIGT RENTEADVIS** | **\*\*18\*\*** | Køres ikke |
| | ‖ | |
| **DAN AKTIVER I FORBINDELSE MED TILBAGEKALDELSE** | **\*\*5\*\*** | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| | ‖ | Kundemeddelelser sendes til kontohaver / rettighedshaver |
| | ‖ | |
| | ---- | **FORFALDSDAG/DISPOSITIONSDAG** |
| | ‖ | |
| **PENGEKONTROL** | **\*\*\*\*\*** | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i pengekontrollen |
| | ‖ | |
| **OMREGNING AF PROVENU TIL BASISVALUTA** | **\*\*4\*\*** | Omregning til DKK, hvis renten er i udenlandsk valuta |
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

 **SYSTEMVEJLEDNING**

## 3. Procedure for nødlidende rentebetaling efter ex-kupondagen

Hvad sker hvornår:

**På tidspunktet hvor den nødlidende betaling konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

For at korrigere de tidligere udsendte likviditetsoplysninger for den tilbagekaldte rente sendes infoerne:

| | |
|---|---|
| TI20177v | Fragang i likviditet (PK) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |

De på ex-kupondagen dannede provenu opdateres med status 22, hvilket betyder, at renten er tilbagekaldt:

- info "TI20209v Tilbagekaldelse af provenuoplysninger" sendes til KI markeret med status 22 (kopi af TI201051)

### På betalingsformidlingsdagen
Foretages følgende:
- i stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver

### På dispositionsdagen
Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.

Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager **ikke** i pengekontrollen.

### Eksempel 3
Proceduren for nødlidende rentebetaling efter ex-kupondagen:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ----- | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| | ‖ | |
| RENTEBEREGNING | **1** | TI20105v - Provenuoplysninger (med status 2) til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | ‖ | |
| NØDLIDENDE BETALING | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |



SYSTEMVEJLEDNING

| | || | |
|---|---|---|
| TILBAGEFØRSEL AF LIKVIDITET | **14** | TI20177v - Fragang i likviditet (PK) |
| | || | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | || | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | || | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | || | TI20209v - Tilbagekaldelse af provenuoplysninger (med status 22) til KI |
| | || | |
| | ----- | **5. DAGE EFTER EX-KUPONDAG** |
| | || | |
| FORELØBIGT RENTEADVIS | **9** | Køres ikke |
| | || | |
| | ----- | **BETALINGSFORMIDLINGSKØRSEL** |
| | || | |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres ikke |
| | || | |
| ENDELIGT RENTEADVIS | **18** | Køres ikke |
| | || | |
| DAN AKTIVER I FORBINDELSE MED TILBAGEKALDELSE | **5** | Fondsaktiver dannes i stedet for rente |
| | || | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| | || | Kundemeddelelser sendes til kontohaver / rettighedshaver |
| | || | |
| | ---- | **FORFALDSDAG/DISPOSITIONSDAG** |
| | || | |
| PENGEKONTROL | ***** | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i pengekontrollen |
| | || | |
| OMREGNING AF PROVENUTIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |
| | || | |

NB Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 4. Procedure for tilbagekaldelse af rente efter dannelse af betalingsformidling

Hvad sker hvornår:

**På tidspunktet hvor tilbagekaldelsen konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

For at tilbageføre de på betalingsformidlingsdagen dannede bogføringsposter på den tilbagekaldte rente sendes infoerne:

TI20205v   Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (kopi af TI20138v)



SYSTEMVEJLEDNING

---

TI20206v    Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v)
TI20207v    Tilbagekaldelse af posteringsgrundlag pr. afkast/af regningskonto (kopi af TI20198v)
TI20208v    Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v)

For at korrigere de tidligere udsendte likviditetsoplysninger for den tilbagekaldte rente sendes infoerne:

TI20177v    Fragang i likviditet (PK)
TI20168v    Fragang i likviditet på en debetrentekonto (PK)
TI20182v    Nettopåvirkning i likviditet pr. dispositionsdag (PK)
TI20136v    Pengetræk pr. debetkonto i en kontogruppe (UD)

De på ex-kupondagen dannede provenu opdateres med status 22, hvilket betyder, at renten er tilbagekaldt:
- info "TI20209v Tilbagekaldelse af provenuoplysninger" sendes til KI markeret med status 22 (kopi af TI201051)

I stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet:
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver

**På dispositionsdagen**
Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.

Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager **ikke** i pengekontrollen.
**Eksempel 4**
Proceduren for tilbagekaldelse af rente efter dannelse af betalingsformidling:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ----- | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| RENTEBEREGNING | **1** | TI20105v - Provenuoplysninger (med status 2) til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | ‖ | |
| | ----- | 5. DAGE EFTER EX-KUPONDAG |
| FORELØBIGT RENTEADVIS | **9** | Foreløbigt renteadvis dannes |
| | ‖ | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres og der dannes bogføringsposter |
| | ‖ | |
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Endeligt renteadvis dannes |
| | ‖ | |
| TILBAGEKALDELSE | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt. Information via AbonnementService |
| | ‖ | |
| TILBAGEFØRSEL AF BOGFØRINGSPOSTER | **15** | Bogføringsposter for den udsteder / de ISIN's der ikke er dækning for tilbageføres |



SYSTEMVEJLEDNING

| | ‖ | TI20205v - Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt. (PK) |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20207v - Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD |
| | ‖ | |
| TILBAGEFØRSEL AF LIKVIDITET | **14** | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20209v - Tilbagekaldelse af provenuoplysninger (med status 22) til KI |
| | ‖ | |
| DAN AKTIVER I FORBINDELSE MED TILBAGEKALDELSE | **5** | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| | ‖ | Kundemeddelelser sendes til kontohaver / rettighedshaver |
| | ---- | FORFALDSDAG/DISPOSITIONSDAG |
| PENGEKONTROL | ***** | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i pengekontrollen |
| | ‖ | |
| OMREGNING AF PROVENU TIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |
| | ‖ | |

NB Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 5. Procedure for tilbagekaldelse af rente i pengekontrol
Hvad sker hvornår:

**På tidspunkt hvor tilbagekaldelsen konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelsen af en rente i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/tilbagekaldelse af betaling via et eller flere af de medier, der indgår i Abonnementservice.

For at tilbageføre de på betalingsformidlingsdagen dannede bogføringsposter på den tilbagekaldte rente sendes infoerne:

TI20205v    Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (kopi af TI20138v)
TI20206v    Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v)
TI20207v    Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (kopi af TI20198v)
TI20208v    Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v)

 SYSTEMVEJLEDNING

For at korrigere de tidligere udsendte likviditetsoplysninger for den tilbagekaldte rente sendes infoerne:

| | |
|---|---|
| TI20177v | Fragang i likviditet (PK) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |

De på ex-kupondagen dannede provenu opdateres med status 22, hvilket betyder, at renten er tilbagekaldt:
- info "TI20209v Tilbagekaldelse af provenuoplysninger" sendes til KI markeret med status 22 (kopi af TI201051)

**På dispositionsdagen**
Der køres en fornyet pengekontrol hvor den udsteder / ISINs med manglende dækning for pengene ikke medtages.

I stedet for den tilbagekaldte rente dannes der fondsaktiver på beholdningen der lå til grund for rentekravet:
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver til KI
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver

Hvis renten er i udenlandsk valuta, foretages der af hensyn til skatte-indberetningen en omregning til danske kroner.

**Eksempel 5**
Proceduren for tilbagekaldelse af rente i pengekontrollen

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ‖ | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| RENTEBEREGNING | **1** | TI20105v - Provenuoplysninger (med status 2) til KI |
| | ‖ | TI20137v - Total beregnet rente pr. handelsprodukt (UD) |
| | ‖ | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | ‖ | |
| | ----- | 5. DAGE EFTER EX-KUPONDAG |
| | ‖ | |
| FORELØBIGT RENTEADVIS | **9** | Foreløbigt renteadvis dannes |
| | ‖ | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | ‖ | |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres og bogføringsposter dannes |
| | ‖ | |
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Endeligt renteadvis dannes |
| | ‖ | |
| | ----- | FORFALDSDAG/DISPOSITIONSDAG |
| | ‖ | |
| PENGEKONTROL | ***** | Pengekontrol køres - > overtræk |
| | ‖ | |



## SYSTEMVEJLEDNING

| TILBAGEKALDELSE | ----- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et handelsprodukt. |
|---|---|---|
| | ‖ | Information via AbonnementService |
| | ‖ | |
| TILBAGEFØRSEL AF BOGFØRINGSPOSTER | **15** | Bogføringsposter for den udsteder/ISINs, hvor der ikke er dækning tilbageføres |
| | ‖ | TI20205v - Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt. (PK) |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20207v - Tilbagekaldelse af posteringsgrundlag pr. afkast/ afregningskonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | |
| TILBAGEFØRSEL AF LIKVIDITET | **14** | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20209v - Tilbagekaldelse af provenuoplysninger (med status 22) til KI |
| | ‖ | |
| PENGEKONTROL | ***** | (omkørsel) |
| | ‖ | Efter opløsning af overtræk køres pengekontrollen og betalingsformidlingsgrundlaget sendes til Danmarks Nationalbank eller Den Europæiske Centralbank (EUR). |
| | ‖ | |
| DAN AKTIVER I FORBINDELSE MED TILBAGEKALDELSE | **5** | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| | ‖ | Kundemeddelelser sendes til kontohaver / rettighedshaver |
| | ‖ | |
| OMREGNING AF PROVENU TIL BASISVALUTA | **4** | Omregning til DKK, hvis renten i udenlandsk valuta |
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 6. Procedure for håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for en rentebetaling efter ex-kupondag

**På tidspunktet hvor primær betalingsstiller ikke kan eller vil stille dækning**
Indtil betalingsformidlingsgrundlaget dannes, har det udstedende institut mulighed for med virkning for rentebetalingen at ændre sammensætning af debetkonti.

Ændring af debetkonti foretages på sædvanlig vis. Ved ændring af debetkonti vil debitering af renten blive flyttet fra den "nødlidende" primære betalingsstiller til "ny" primær betalingsstiller, som kan/vil stille dækning, medmindre debiteringen fordeles mellem de primære betalingsstillere, der i forvejen er med i betalingsformidlingen af renten.

SYSTEMVEJLEDNING

Der sendes infoer om likviditetsændringen til de primære betalingsstillere, der er berørt af ændringen:

TI20107v    Tilgang i likviditet på debetrentekonto (PK)
TI20168v    Fragang i likviditet på debetrentekonto (PK)
TI20123v    Ændring af kontogruppering (UD)
TI20182v    Nettopåvirkning i likviditet pr. dispositionsdag (PK)
TI20136v    Pengetræk pr. debetkonto i en kontogruppe (UD)

**Betalingsformidling og pengekontrol**
Betalingsformidlingen og pengekontrollen gennemføres på normal vis.

**Eksempel 6**
Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for en rentebetaling efter ex-kupondag:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | |
| | ‖ | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| | ‖ | |
| RENTEBEREGNING | **1** | Renteprovenu dannes |
| | ‖ | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | ‖ | |
| | ----- | 5 DAGE EFTER EX-KUPONDAG |
| | ‖ | |
| FORELØBIGT RENTEADVIS | **9** | Foreløbigt renteadvis dannes |
| | ‖ | |
| TILBAGEKALDELSE | ----- | En primær betalingsstiller kan eller vil ikke stille dækning for rentebetaling. |
| | ‖ | |
| UDSTEDER ÆNDRER DEBETKONTO I KONTOGRUPPERINGEN | ***** | Det udstedende institut ændrer sammensætning af debetkonti. |
| | | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| | ‖ | TI20168v - Fragang i likviditet på debetrentekonto (PK) |
| | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | ‖ | |
| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres og bogføringsposter dannes |
| | ‖ | |
| ENDELIGT RENTEADVIS | **18\|** | Endeligt renteadvis dannes |
| | ‖ | |
| | ----- | FORFALDSDAG/DISPOSITIONSDAG |
| | ‖ | |
| PENGEKONTROL | ***** | Pengekontrol køres, og betalingsformidlingsgrundlaget sendes til Danmarks Nationalbank eller Den Europæiske Centralbank (EUR). |
| | ‖ | |
| OMREGNING AF PROVENU TIL | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |



SYSTEMVEJLEDNING

| BASISVALUTA | | |
|---|---|---|
| | ‖ | |

**NB** Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 7. Procedure for håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for en rentebetaling efter dannelse af betalingsformidlingen:

**På tidspunktet hvor primær betalingsstiller ikke kan eller vil stille dækning**
Når betalingsformidlingsgrundlaget er dannet, har det udstedende institut ikke mulighed for med virkning for rentebetalingen at ændre sammensætning af debetkonti.

I samarbejde med udstedende institut har VP mulighed for at flytte debiteringen af renten fra den "nødlidende" primære betalingsstiller til "ny" primær betalingsstiller.

Bogføringsposterne tilbageføres for den "nødlidende" primære betalingsstiller, og der dannes nye bogføringsposter til de berørte primære betalingsstillere. Følgende infoer dannes:

| | |
|---|---|
| TI20206v | Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v) |
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |
| TI20197v | Posteringsgrundlag pr. debetkonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |

Der sendes infoer om likviditetsændringen til de primære betalings-stillere, der er berørt af ændringen:

| | |
|---|---|
| TI20107v | Tilgang i likviditet på debetrentekonto (PK) |
| TI20168v | Fragang i likviditet på debetrentekonto (PK) |
| TI20123v | Ændring af kontogruppering (UD) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |

**Pengekontrol**
Pengekontrollen gennemføres på normal vis.

**Eksempel 7**
Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for en rentebetaling efter dannelse af betalingsformidlingen:

| AKTIVITET | | HVAD DANNES |
|---|---|---|
| | ‖ | EX-KUPONDAG OG DANNELSE AF LIKVIDITETSOVERSIGT |
| RENTEBEREGNING | **1** | Renteprovenu dannes |
| | ‖ | |
| DAN LIKVIDITET | **2** | Likviditet dannes |
| | ‖ | |
| | ----- | 5. DAGE EFTER EX-KUPONDAG |
| | ‖ | |
| FORELØBIGT RENTE ADVIS | **9** | Foreløbigt renteadvis dannes |
| | ‖ | |
| | ----- | BETALINGSFORMIDLINGSKØRSEL |
| | ‖ | |

S ystemvejledning

| DAN BETALINGS-FORMIDLING | **3** | Betalingsformidlingen køres og bogføringsposter dannes |
|---|---|---|
| | ‖ | |
| ENDELIGT RENTEADVIS | **18** | Endeligt renteadvis dannes |
| | ‖ | |
| TILBAGEKALDELSE | ----- | En primær betalingsstiller kan eller vil ikke stille dækning for rentebetaling. |
| | ‖ | Bogføringsposter tilbageføres for "nødlidende" primær betalingsstiller, og der dannes nye bogføringsposter til de berørte betalingsstillere. |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | TI20197v - Posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20106v - Afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | VP flytter debiteringen fra "nødlidende" primær betalingsstiller til "ny" primær betalingsstiller. |
| | ‖ | TI20107v - Tilgang i likviditet på debetrentekonto (PK) |
| | ‖ | TI20168v - Fragang i likviditet på debetrentekonto (PK) |
| | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | |
| | ----- | FORFALDSDAGEN/DISPOSITIONSDAGEN |
| | ‖ | |
| PENGEKONTROL | ***** | Pengekontrol køres, og betalingsformidlingsgrundlaget sendes til Danmarks Nationalbank eller Den Europæiske Centralbank (EUR). |
| | ‖ | |
| OMREGNING AF PROVENU TIL BASISVALUTA | **4** | Omregning til DKK, hvis renten er i udenlandsk valuta |

NB Tallet på tidslinien mellem stjernerne henviser til værdisættet for BEHANDLING-AF-PROVENU (se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

 SYSTEMVEJLEDNING

---

# 06 Udtrækning

En beskrivelse af behandling af udtræk med tilhørende uddata.

## Behandling af udtrækning

En af betingelserne for VP-registrering af et handelsprodukt er, at udtrækning og betalingsformidling sker efter VP's regler.

På baggrund af udtrækningsoplysninger fra den udstedelsesansvarlige foretager VP markering af udtrukne andele og foranlediger, at provenuet fra udtrækningen bliver betalingsformidlet på dispositionsdagen. Er handelsproduktet udstedt i en anden valuta end danske kroner, bliver provenuet betalingsformidlet i den pågældende valuta.

Udtrækningsmåden er afhængig af oplysningerne om udtrækningstype og lånetype se Principper for udtrækning.
Udtrækning kan foretages på følgende måder:

- Matematisk udtrækning
  Udtrækningen foretages som en procentvis andel af samtlige beholdninger i en ISIN.
- Forfalder i sin helhed
  Udtrækning foretages på et forud fastlagt tidspunkt (stående lån, konvertible obligationer, lån med særlig indfrielseskurs, rentetilpasningslån og skatkammerbeviser)
- Udtrækkes ikke:
  (lån med opsat amortisation/uamortisable obligationer og konvertible obligationer).

Udtrukne andele kan, indtil betalingsformidlingskørslen finder sted, skabe dækning for salg fra en VP-konto.

Salg af en udtrukket beholdning skal indrapporteres separat med angivelse af, at beholdningen er udtrukket, se Forretningsmæssigvejledning, Clearingvejledning, Indrapportering af handler.

Hovedbogsbevægelser kan finde sted mellem udtrækningskørslen og betalingsformidlingskørslen. Dog kan hovedbogsbevægelser på udtrukne andele ikke finde sted.

**Bemærk - udtrækning i islandske fondsaktiver**
Behandlingen af udtrækning i islandske fondsaktiver adskiller sig fra udtrækningsbehandlingen i danske fondsaktiver, idet såvel udtrækning, dannelse af betalingsformidlingsgrundlag som selve betalingsformidlingen af udtrukne/forfaldne beholdninger finder sted på forfaldsdagen.

**Behandling hos udsteder**
Før en udtrækning kan foregå, SKAL det udstedende institut have etableret default kontogruppering for den valuta, provenuet skal afregnes i se afsnit om Kontogrupperinger

**Behandling i datacentre**
Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel" dannes ved likviditetsmelding og ved betalingsformidling. Når info - "Afslutning på periodisk kørsel" er dannet, kan infoerne i køen trækkes hjem. De nævnte infoer dannes altid.



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| **Eksempel:** | | |
| **Forfald af stående lån:** | | |
| | . | |
| | | **AKTIVITET/UDDATA** |
| | . | |
| | ----- | **DAGEN FØR UDTRÆKNINGSKØRSEL FINDER STED** |
| | ‖ | OU10L01 - Hovedbogsoplysninger til UI - kun anfordring |
| | . | |
| | ----- | **UDTRÆKNINGSKØRSEL** |
| | ‖ | OU40L01 - Meddelelse vedr. stående lån til alm. forsendelse (kontohaver, rettighedshaver) *) |
| | ‖ | OU40L02 - Udtrækningsadviseringsliste, stående lån (kontohaver, rettighedshaver) *) |
| | ‖ | OU40L03 - Meddelelse vedr. stående lån til luftpostforsendelse (kontohaver, rettighedshaver) *) |
| | . | |
| | ----- | **BETALINGSFORMIDLINGSKØRSEL** |
| | ‖ | OU50L01 - Afstemningsrapport - udtrækning, stående lån (UD) |
| | ‖ | OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD) |
| | ‖ | OB04L02 - Udtrækningsliste, betalingsformidling (KI) |
| | ‖ | OB04L04 - Afstemningsmateriale til KI - udtræk (DC) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20135v - Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20138v - Posteringsgrundlag pr.værdipapirkonto pr.pengekonto (PK) |
| | ‖ | TI20197v - Posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20198v - Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| | ‖ | TI20106v - Afstemningsoplysninger, periodiske betalinger (UD) |
| | . | |
| | ----- | **FORFALDSKØRSEL** |
| | ‖ | OU70L01 - Afstemningsliste forfald - udtrækning (UD) |
| | ‖ | OU80L01 - Kontojournal forfald - udtræk (KI) |
| | ‖ | OU80L02 - Ændringsmeddelelse til alm. forsendelse (kontohaver, rettighedshaver) |
| | ‖ | OU80L03 - Kopi af ændringsmeddelelse KI - grundlag (KI) |
| | ‖ | OU80L04 - Ændringsmeddelelse til luftpost- forsendelse (kontohaver, rettighedshaver) |
| | . | |
| | ----- | **FORFALDSDAG/DISPOSITIONSDAG** |
| | ‖ | TI20034v - Bogføringsposter fra en afviklingskørsel - kopi (BS) |

*) Adviseringen sker på den dato, som udstederen har angivet som udtrækningskørselsdato.

**Eksempel:**
Matematisk udtrækning

         **AKTIVITET/UDDATA**

.
-----   **PERIODEN FØR UDTRÆKNINGSKØRSEL FINDER STED**
‖     TI20169v Etablering af ønsket mængde til udtrækning (UD)
‖     TI20171v Ændring af ønsket mængde til udtrækning (UD)
‖     OU10L01 - Hovedbogsoplysninger til UI (UD) kun anfordring

.
-----   **PÅ UDTRÆKNINGSDAGEN KL. 10.30**
‖     TI20233v Beregnet udtrækningsprocent (UD)

SYSTEMVEJLEDNING

---

.
----- **UDTRÆKNINGSKØRSEL KL. 12.00**
|| TI20234v Afstemningsgrundlag pr. ISIN (UD)
|| TI20235v Pengetræk pr. debetkonto i en kontogruppe (UD)
|| TI20236v Udtrækningsadvisering til kontofører (KI)
|| TI20237v Udtrækningsadvisering - kontooplysninger (KI)
|| TI20238v Udtrækningsadvisering – beholdningsoplysninger (KI)
|| TI20239v Offentliggørelse af beregnet udtrækningsprocent (DC

.
----- **BETALINGSFORMIDLINGSKØRSEL**
|| OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD)
|| OB04L02 - Udtrækningsliste, betalingsformidling (KI)
|| OB04L04 - Afstemningsmateriale til KI - udtræk (DC)
|| TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK)
|| TI20135v - Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispostionsdag (PK)
|| TI20136v - Pengetræk pr. debetkonto i en kontogruppering (UD)
|| TI20138v - Posteringsgrundlag pr.værdipapirkonto pr.pengekonto (PK)
|| TI20197v - Posteringsgrundlag pr. debetkonto (PK)
|| TI20198v - Posteringsgrundlag pr. afkast/afregningskonto (PK)
|| TI20106v - Afstemningsoplysninger, periodiske betalinger (UD)

.
----- **FORFALDSKØRSEL**
|| OU70L01 - Afstemningsliste forfald - udtrækning (UD)
|| OU80L01 - Kontojournal forfald - udtræk (KI)
|| OU80L02 - Ændringsmeddelelse til alm. forsendelse (kontohaver, rettighedshaver)
|| OU80L03 - Kopi af ændringsmeddelelse KI - grundlag (KI)
|| OU80L04 - Ændringsmeddelelse til luftpost- forsendelse (kontohaver, rettighedshaver)

.
----- **FORFALDSDAG/DISPOSITIONSDAG**
|| TI20034v - Bogføringsposter fra en afviklingskørsel - kopi (BS)

## Tidslinie for udtrækningskørslerne



SYSTEMVEJLEDNING

---

**Udtrækningskørsel**
Udtrækningskørsel (lån med matematisk udtrækning) finder sted på udtrækningsdagen umiddelbart efter afslutningen af femte afviklingskørsel (blok 60), dog tidligst kl. 12.30, og de udtrukne beholdninger markeres på de involverede VP-konti med retsvirkningstidspunkt kl. 12.30.

Berørte ISINs er udelukket fra afvikling under udtrækningskørslen. Der gives meddelelse om de handler til førstkommende blok 10, som ikke kan gennemføres på grund af manglende dækning i beholdning, forårsaget af udtrækningskørslen, se Udelukkelse af ISIN's fra afvikling.

**Betalingsformidlingskørsel**
Kørslen foretages normalt om aftenen fire børsdage før forfaldsdagen. Betalingsformidlingsgrundlaget dannes på baggrund af den udtrukne beholdning registreret på VP-kontoen ved afviklingsdøgnets slutning med retsvirkning straks før kl. 18.00, og der gives likviditetsmeldinger.

For de lån, som forfalder i deres helhed, bliver samtlige beholdninger markeret som udtrukket.

**Forfaldskørsel**
Forfaldskørslen finder sted mellem første (blok 10) og anden (blok 20) afviklingskørsel om aftenen børsdagen før forfaldsdagen. Nominel beholdning nedskrives med udtrukne beholdninger, og udtrukne beholdninger nulstilles. Hovedbogssaldoen nedskrives med det totale udtrukne beløb. Nedskrivningen har retsvirkning straks efter kl. 18.00. Berørte ISINs er udelukket fra afvikling under forfaldskørslen.

Forfaldsdagen er lig med dispositionsdagen, hvis forfaldsdagen er en børsdag, ellers er dispositionsdagen den førstkommende børsdag efter forfaldsdagen.

**Betalingsformidlingsgrundlaget dækningskontrolleres**
På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning. Såfremt der er dækning, vil betalingsformidlingsgrundlaget tilgå Danmarks Nationalbank.

### Før udtrækningskørslen finder sted

#### Matematisk udtrækning

**Behandling i VP**
For at VP kan gennemføre en udtrækning, skal den udstedelsesansvarlige indrapportere en trækningsspecifikation til VP før kl. 10.30 på trækningsdagen.

Udstedelsesansvarlig har mulighed for at rekvirere hovedbogsoplysninger, indeholdende oplysninger om ISINs med angivelse af termins-og/eller trækningsdato.

VP beregner kl. 10.30 udtrækningsprocenten til brug for trækningen kl. 12.00. Beregningen sker på baggrund af den indrapporterede trækningsspecifikation og hovedbogssaldoen kl. 10.30 på trækningsdagen.

Hvis VP konstaterer, at udstedelsesansvarlige endnu ikke har indrapporteret trækningsspecifikationen kl. 9.00 på trækningsdagen, kontakter VP den udstedelsesansvarlige med henblik på at få leveret den således at den er opdateret senest kl. 10.30 i VP.

En hovedbogsbevægelse i en ISIN, der står foran udtrækning, skal være indrapporteret inden kl. 10.30 på trækningsdagen for at få effekt for udtrækningen. Fra dette tidspunkt og indtil kl. 12.00 på trækningsdagen afvises hovedbogsbevægelser i de pågældende ISINs.

VP leverer oplysninger om udtrækningsprocenten videre til NASDAQ OMX kl. 11.30 på trækningsdagen, hvis den udstedelsesansvarlige har ønsket det.