# Exhibit 27, Part 9 of 15

SYSTEMVEJLEDNING

**Behandling hos udsteder**
Den udstedelsesansvarlige skal levere trækningsspecifikationen, indeholdende den ønskede mængde til udtrækning, udtrækningsdato og forfaldsdato, inden kl. 10.30 på trækningsdagen. Udstedelsesansvarlig skal anføre for hver ISIN, om VP skal levere den beregnede udtrækningsprocent til NASDAQ OMX til offentliggørelse. Det er pligtigt for udstedelsesansvarlige af børsnoterede obligationer at offentliggøre udtrækningsprocenten på NASDAQ OMX før udtrækningen kl. 12.00.

Ved indrapportering af trækningsspecifikationen dannes der en info/transaktionssvar til udstedelsesansvarliges datacenter blandt andet indeholdende en foreløbig udtrækningsprocent. Det er den udstedelsesansvarliges ansvar at sikre, at de indrapporterede oplysninger er korrekte, da de vil ligge til grund for beregningen af den faktiske udtrækningsprocent, som skal benyttes ved udtrækningen.

Til brug for udstedelsesansvarliges kontrol er det muligt at forespørge på trækningsspecifikationens oplysninger såvel via 3270 som system-til-system.

**Nødprocedure**
Såfremt den udstedelsesansvarlige har problemer med at indrapportere trækningsspecifikationen til VP, er det muligt at indsende blanket "13.1.A Vedligehold ønsket mængde til udtrækning", som findes i "Blanketter til vejledninger" til VP's Clearing & Custody Services, som så foretager indrapporteringen på vegne af den udstedelsesansvarlige. Benyttelse af nødproceduren skal aftales med Clearing & Custody Services og kan anvendes, når der er tale om et begrænset antal ISINs. Er der tale om levering af en trækningsspecifikation, indeholdende et større antal ISINs, skal oplysningerne så vidt muligt leveres på en kassette i henhold til generelle regler herfor.

**Uddata**
Ved rekvisition dannes:
OU10L01 -     Hovedbogsoplysninger til UI (UD) **kun anfordring**

Ved indrapportering/ændring af trækningsspecifikationen dannes:
TI20169v      Etablering af ønsket mængde til udtrækning (UD)
TI20171v      Ændring af ønsket mængde til udtrækning (UD)

Ved VP's levering af udtrækningsprocent dannes:
TI20233v      Beregnet udtrækningsprocent (UD)

Forespørgselsmuligheder:
TR20211v      Forespørgsel på trækningsspecifikation (UD)
TR20217v      Forespørgsel på trækningsspecifikation og resultat (UD)

## Udtrækningskørsel

**Behandling i VP for alle udtrækningsmetoder**
Udtrækningen foregår pr. handelsprodukt på baggrund af de oplysninger, som er registreret i VP's register om handelsprodukter. Registrerede udtrækningsoplysninger skal afstemmes med udsteders egne oplysninger.

Mens udtrækningskørslen er i gang, opsamles hovedbogsbevægelser og overførsler i "postkassen" til behandling umiddelbart efter, at kørslen er afsluttet.



## Matematisk udtrækning

### Behandling hos udsteder

VP stiller de beregnede udtrækningsprocenter til rådighed for datacentre ved udtrækningens påbegyndelse.

Infoen "Afstemningsgrundlag pr. ISIN" viser den udtrukne beholdning og udtrækningsværdien heraf og indeholder alle ISINs, der har været udtrækning i. Infoen er en kvittering for, at udtrækningskørslen er foretaget efter den leverede trækningsspecifikation. Infoen "Pengetræk pr. debetkonto" indeholder oplysninger om, hvor det udtrukne beløb vil blive trukket i forhold til de aktuelle oplysninger i VP's registre.

### Behandling hos kontoansvarlige

Infoen "Udtrækningsadvisering til KI" indeholder oplysning om, hvor meget der er udtrukket pr. VP-konto, og oplysning om, hvortil betaling af de udtrukne beløb skal ske.

### Uddata

Der dannes følgende uddata:

| | |
|---|---|
| TI20234v | Afstemningsgrundlag pr. ISIN (UD) |
| TI20235v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20236v | Udtrækningsadvisering til kontofører (KI) |
| TI20237v | Udtrækningsadvisering - kontooplysninger (KI) |
| TI20238v | Udtrækningsadvisering – beholdningsoplysninger (KI) |
| TI20239v | Offentliggørelse af beregnet udtrækningsprocent (DC) |

Forespørgselsmuligheder:

| | |
|---|---|
| TR20216v | Forespørgsel på matematisk udtrækningsprocent (Alle) |

## Likviditetsstyring

### Formål

At danne dokumentation af likviditetsvirkning af udtrukne andele til pengekontoførende institutter.

### Behandling i VP

Info til brug for likviditetsstyring dannes normalt om aftenen 4 børsdage før forfald.

### Uddata

Der dannes følgende uddata:

| | |
|---|---|
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| TI20135v | Den enkelte deltagers forventede pengetræk pr. pengekonto pr. dispostionsdag (PK). |
| TI20136v | Pengetræk pr. debetkonto i kontogruppering (UD) |

## Betalingsformidling

### Formål

At formidle betaling mellem en deltager og den efter registeret berettigede.

### Behandling i VP

Betalingsformidlingsgrundlaget dannes på baggrund af den udtrukne beholdning registreret på VP-kontoen ved afviklingsdøgnets slutning på betalingsformidlingsdagen med retsvirkning straks før kl. 18.00, samt den konto-gruppering, der er registreret til handelsproduktet.

SYSTEMVEJLEDNING



1 = Betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 5 (provenu i DKK)
3 = Pengekontrol i blok 35 (provenu i DKK)
4 = Pengekontrol i blok 45 (provenu i EUR)
6 = Pengekontrol i blok 65 (provenu i ISK)
5 = Pengekontrol i blok 55 (provenu i SEK)

På dispositionsdagen foretages der pengekontrol af periodiske betalinger. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og ad hoc).

Provenu i DKK behandles i blok 5 og blok 35 for henholdsvis statspapirer med mindst én ex.kupondag (blok 5) og øvrige fondsaktiver (blok 35). Provenu i EUR behandles i blok 45, provenu i ISK behandles i blok 65 og provenu i SEK behandles i blok 55.

I pengekontrollen kontrolles det,
at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.
hvis den primære betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut, at primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.
Såfremt der ikke er dækning, træder procedure for tilbagekaldelse af udtrækning i brug, se afsnit Behandling af udtrækning.

Udtrukne andele bliver indberettet til SKAT i henhold til deres regler.

Behandling hos primær betalingsstiller
For at betaling af udtrukne andele i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 9.00 have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut, svarende til de periodiske betalinger i DKK.

For at betaling af udtrukne andele i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 11.35 have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut, svarende til de periodiske betalinger i EUR.

For at betaling af udtrukne andele i ISK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 12.30 have stillet et periodisk specifikt trækningsmaksimum i ISK til rådighed for det udstedende institut, svarende til de periodiske betalinger i ISK.

For at betaling af udtrukne andele i SEK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen kl. 13.45 have stillet et periodisk specifikt trækningsmaksimum i SEK til rådighed for det udstedende institut, svarende til de periodiske betalinger i SEK.

 SYSTEMVEJLEDNING

De samlede betalinger posteres på berettigede pengekontoføreres afkast/afregningskonti. Primære betalingsstillere kan yderligere modtage betalinger på vegne af pengekontoførere.

Provenuet posteres af pengekontoførerne på de berettigedes pengekonti ud fra bogføringsgrundlaget fra betalingsformidlingen.

**Behandling i Nationalbanken**
Primære betalingsstillere, som skal have trukket udtrukne beløb på vegne af en udsteder, skal have et trækningsmaksimum i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

**Uddata**
Ved betalingsformidlingen dannes følgende uddata:

| | |
|---|---|
| OU50L01 | Afstemningsrapport - udtrækning, stående lån (UD) |
| OB01L01 | Afstemningsliste betalingsformidling udtrækning (UD) |
| OB04L02 | Trækningsliste betalingsformidling (KI) |
| OB04L04 | Afstemningsmateriale til KI - udtræk (DC) |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (PK) |
| TI20197v | Posteringsgrundlag pr. debetkonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |

På dispositionsdagen dannes følgende uddata:

| | |
|---|---|
| TI20034v | Bogføringsposter fra en afviklingskørsel - kopi (BS) |

## Forfaldskørsel

**Behandling i VP**
Ved forfaldskørslen nedskrives nominel og udtrukket beholdning af obligationer med det udtrukne beløb. Samtidig nedskrives hovedbogssaldoen med det totale udtrukne beløb.

Udtrækningsprovenuet betalingsformidles via Danmarks Nationalbank.

**Uddata**
Der dannes følgende uddata:

| | |
|---|---|
| OU70L01 | Afstemningsliste forfald - udtrækning (UD) |
| OU80L01 | Kontojounal forfald - udtræk (KI) |
| OU80L02 | Ændringsmeddelelse til alm. forsendelse (kontohaver, rettighedshaver) ·) |
| OU80L03 | Kopi af ændringsmeddelelse KI /grundlag (KI) |
| OU80L04 | Ændringsmeddelelse til luftpost- forsendelse (kontohaver, rettighedshaver) |

## Ændring af PI-kontonummer udtrækning

**Behandling hos kontoansvarlige**
Kontoansvarlige indrapporterer ændring af PI-kontonummer udtrækning.

Ved ændring af en VP-konto's PI-kontonummer til kreditering af udtrukne beløb skal den kontoansvarlige være opmærksom på, at betalingen af udtrukne beløb ved forfald kun vil ske til det nye PI-kontonummer, hvis ændringen heraf finder sted før dannelsen af betalingsformidlingsgrundlaget. Ændres PI-

---

·) Ændringsmeddelelse til kontohaver og eventuel rettighedshaver kan undlades, hvis den kontoansvarlige har indgået aftale med VP.

Har en kontoansvarlig fravalgt ændringsmeddelelse ved forfaldskørslen, kan meddelelsen tilvælges af kontohaver og/eller rettighedshaver.

 **SYSTEMVEJLEDNING**

kontonummer udtrækning efter, at betalingsformidlingsgrundlaget er dannet og før forfald, får det ingen indvirkning for betalingsformidling af udtrukne beløb. Den kontoansvarlige må herefter selv foretage de fornødne omposteringer.

## Principper for udtrækning

### Matematisk udtrækning
Ved denne udtrækningsmetode får alle investorer udtrukket forholdsmæssigt samme andel af deres beholdning af en given obligation til en given udtrækningstermin. VP benytter ved beregningen en udtrækningsprocent, som beregnes på følgende måde:

mængde til udtrækning * 100/ aktuelle hovedbog

Mængden til udtrækning er givet af den udstedelsesansvarlige, og den aktuelle hovedbog, som foreligger på udtrækningsprocentens beregningstidspunkt, benyttes. Procenten udtrykkes med 10 betydende cifre efter kommaet.

Kontoregisteret opdateres på baggrund af ovenstående, hvorved de udtrukne andele markeres på de enkelte VP-konti, se eksemplet.

| Eksempel: | |
|---|---|
| Hovedbogen på en given ISIN på beregningstidspunktet for udtrækningsprocenten er: | 10.000.000.000. |
| | |
| Den udstedelsesansvarlige har registreret en mængde til udtrækning på: | 1.123.456.789,25 |
| | |
| Udtrækningsprocenten beregnes som: | 1.123.456.789,25x100/10.000.000.000 = 11,2345678925% |
| | |
| VP-kontonr. 120 indeholder: | nom. kr. 5.400,00 |
| | |
| Af beholdningen udtrækkes: | nom. kr. 5.400,00 x 11,2345678925% = nom. kr. 606,67 |
| | |
| VP-kontonr. 120 indeholder efter udtrækningen: | nom. kr. 5.400,00 |
| heraf udtrukket: | nom. kr. 606,67 |
| | |
| VP-kontonr. 120 indeholder efter forfaldsdagen: | nom. kr. 4.793,33 |

### Indekslån
Indekslån udtrækkes som lån med matematisk udtrækning. Dog reguleres betalingen af de udtrukne andele med en indeksfaktor ved udtrækningen. Indeksfaktoren fastsættes af NASDAQ OMX.

### Stående lån, konvertible obligationer, skatkammerbeviser
Hvis der ikke gennemføres udtrækning i løbetiden, skal der indlægges en "trækningsdato" i fondsregistret, således at der før forfald kan gennemføres en "udtrækningsadviseringskørsel". Ved denne kørsel dannes bl.a. en meddelelse til investorerne om lånets forfaldstidspunkt.

SYSTEMVEJLEDNING

Beholdninger i stående lån og skatkammerbeviser kan handles med afvikling til og med dagen for dannelse af betalingsformidlingsgrundlaget - normalt fire børsdage før lånets forfaldsdag.

Med hensyn til konvertible obligationer understøtter VP ikke aktuelt en systemmæssig konvertering til aktier.

## Beredskabsplan for tilbagekaldelse af udtrækningsprovenu

Til brug for den situation, hvor en udsteder - dansk som udenlandsk - ikke vil eller kan opfylde sin forpligtigelse over for investorerne, er der udarbejdet en beredskabsplan til håndtering af nødlidende betalinger/ tilbagekaldelse af udtrækningsprovenu. Er udtrækningen ikke sket, har udstederen mulighed for at udskyde, at annullere eller at gennemføre udtrækningen. Procedure 1 til 5 i nærværende afsnit tager højde for de situationer, hvor udtrækningen er foretaget.

Procedure 1 - 3 tager højde for de situationer, hvor udstederen ikke kan stille den fornødne betaling. Da det grundlæggende er investor, der bærer risikoen for en udsteders manglende betaling, indebærer procedure 1 - 3, at hverken investors pengeinstitut, udsteders pengeinstitut eller VP udsættes for en økonomisk risiko ved en udsteders manglende evne eller vilje til at betale.

Procedure 4 og 5 omhandler de situationer, hvor det er primær betalingsstiller, der ikke kan eller vil stille dækning for et udtrækningsprovenu. I disse situationer vil VP i samarbejde med udstedende institut placere debiteringen af udtrækningsprovenuet hos øvrige primære betalingsstillere, der vil stille dækning for betalingen, således at denne ikke bliver nødlidende.

På hvilket tidspunkt de enkelte procedurer skal anvendes, fremgår af nedenstående tegning:



Betalingen er uigenkaldelig, når pengekontrollen er kørt. Indtil dette tidspunkt er betalingen med forbehold.

Første gang der er en nødlidende betaling/tilbagekaldelse af udtrækningsprovenu i et handelsprodukt, adviserer VP altid de berørte konto- og rettighedshavere samt deltagerne i VP-systemet.

### 1. Procedure for nødlidende udtrækningsprovenu før dannelse af betalingsformidling

**Hvad sker hvornår:**
På tidspunktet hvor den nødlidende betaling
Første gang der er en nødlidende betaling/tilbagekaldelse af udtrækningsprovenu i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.



SYSTEMVEJLEDNING

Der informeres endvidere om den nødlidende betaling/ tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

**På betalingsformidlingsdagen**
Betalingsformidlingsgrundlaget dannes ekskl. det tilbagekaldte udtrækningsprovenu.

**Forfaldskørslen**
- Der foretages følgende:
- Forfaldskørslen gennemføres på normal vis.
- der dannes fondsaktiver på den tilbagekaldte udtrukne beholdning.
- der sendes info "TI20203v Status på beholdning - tilbagekaldelse af clearing" om de oprettede fondsaktiver.
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver.

**På dispositionsdagen**
Handelsprodukter, hvori der er nødlidende udtræknings provenu, deltager **ikke** i pengekontrollen.

Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler.

| Eksempel 1. | | |
|---|---|---|
| Proceduren for nødlidende udtrækningsprovenu før dannelse af betalingsformidling: | | |
| | . | |
| **AKTIVITET** | . | **HVAD DANNES** |
| | . | |
| | *** | **UDTRÆKNINGSKØRSEL** |
| | ‖ | Gennemføres på normal vis |
| | ‖ | |
| **NØDLIDENDE** | ---- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse |
| **BETALING** | ‖ | af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |
| | . | |
| | ‖ | |
| | *** | **BETALINGSFORMIDLINGSKØRSEL** |
| | . | |
| **DAN LIKVIDITET** | *2* | Likviditet dannes ikke |
| | ‖ | |
| **DAN BETALINGSFOR-** | *3* | Uddata dannes ikke. |
| **MIDLING** | ‖ | |
| | ‖ | |
| | . | |
| | *** | **FORFALDSKØRSEL** |
| | ‖ | Gennemføres på normal vis |
| | . | |
| **DAN AKTIVER I FOR-** | *12* | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| **BINDELSE MED** | ‖ | - Kundemeddelelser sendes til kontohaver/ rettighedshaver |
| **TILBAGEKALDELSE** | ‖ | |
| | . | |
| | *** | **DISPOSITIONSDAG** |
| | . | |
| **PENGEKONTROL** | ---- | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i |
| | ‖ | Pengekontrollen |
| | ‖ | |

 **SYSTEMVEJLEDNING**

| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler. |
|---|---|---|

**NB**
Tallet på tidslinien mellem stjernerne henviser til værdisættet  - se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).


## 2. Procedure for tilbagekaldelse af udtrækningsprovenu efter dannelse af betalingsformidling

**Hvad sker hvornår:**
**På tidspunktet hvor tilbagekaldelsen konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af et udtrækningsprovenu i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/ tilbagekaldelse af betaling via et eller flere af de medier, der indgår i AbonnementService.

For at tilbageføre de på betalingsformidlingsdagen dannede bogføringsposter på det tilbagekaldte udtrækningsprovenu sendes info'erne:

| | |
|---|---|
| TI20205v | Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (kopi af TI20138v) |
| TI20206v | Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v) |
| TI20207v | Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (kopi af TI20198v) |
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |

For at korrigere de tidligere udsendte likviditetsoplysninger for det tilbagekaldte udtrækningsprovenu sendes infoerne:

| | |
|---|---|
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe |
| TI20177v | Fragang i likviditet |
| TI20168v | Fragang i likviditet på en debetrentekonto |

Er der en eller flere andre udstedere/ISINs end den nødlidende med i samme kørsel, dannes der nyt uddata uden den nødlidende udsteder/ ISINs. Dette fremsendes med kørselstype "0" for omkørsel:

| | |
|---|---|
| OB01L01 | Afstemningsliste betalingsformidling, udtrækning |
| OB04L02 | Udtrækningsliste, betalingsformidling |
| OB04L04 | Afstemningsmateriale til KI - udtræk |

**Forfaldskørslen**
Der foretages følgende:
- Forfaldskørslen gennemføres på normal vis.
- der dannes fondsaktiver på den tilbagekaldte udtrukne beholdning.
- der sendes info "TI20203v Status på beholdning – tilbagekaldelse af clearing" om de oprettede fondsaktiver.
- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver.


**På dispositions dagen**
Handelsprodukter, hvori der er et nødlidende udtrækningsprovenu, deltager **ikke** i pengekontrollen.



SYSTEMVEJLEDNING

Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler.

| Eksempel 2. | | |
|---|---|---|
| Proceduren for tilbagekaldelse af udtrækningsprovenu efter dannelse af betalingsformidling: | | |
| | . | |
| **AKTIVITET** | . | **HVAD DANNES** |
| | . | |
| | *** | **UDTRÆKNINGSKØRSEL** |
| | ‖ | Gennemføres på normal vis |
| | . | |
| | *** | **BETALINGSFORMIDLINGSKØRSEL** |
| **DAN LIKVIDITET** | *2* | **Likviditet dannes** |
| | . | |
| **DAN BETALINGSFOR-** | *3* | Betalingsformidlingen køres, og bogføringsposter dannes. |
| **MIDLING** | ‖ | |
| | . | |
| **TILBAGEKALDELSE** | ---- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse |
| | ‖ | af provenu i et handelsprodukt |
| | ‖ | Information via AbonnementService |
| | ‖ | |
| **TILBAGEFØRSEL AF** | *15* | Bogføringsposter for den udsteder / de ISINs, der ikke er dækning for, |
| **BOGFØRINGSPOSTER** | ‖ | Tilbageføres |
| | ‖ | TI20205v - Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto |
| | ‖ | pr. pengekonto pr. handelsprodukt. (PK) |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20207v - Tilbagekaldelse af posteringsgrundlag pr. afkast/afregnings konto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | . | |
| **TILBAGEFØRSEL AF** | *14* | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| **LIKVIDITET** | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | |
| | ‖ | Udsteder/ de ISINs, der ikke er dækning for fremgår ikke af nedennævnte uddata |
| | ‖ | OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD) |
| | ‖ | OB04L02 - Udtrækningsliste, betalingsformidling (KI) |
| | ‖ | OB04L04 - Afstemningsmateriale til KI - udtræk (DC) |
| | . | |
| | *** | **FORFALDSKØRSEL** |
| | ‖ | Gennemføres på normal vis |
| | . | |
| **DAN AKTIVER I FOR-** | *12* | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| **BINDELSE MED** | ‖ | - Kundemeddelelser sendes til kontohaver/ rettighedshaver |
| **TILBAGEKALDELSE** | ‖ | |
| | . | |
| | *** | **DISPOSITIONSDAG** |
| **PENGEKONTROL** | ---- | Handelsprodukter, hvori der er en nødlidende rentebetaling, deltager ikke i |
| | ‖ | Pengekontrollen |



## SYSTEMVEJLEDNING

| | ‖ | |
|---|---|---|
| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler. |

NB: Tallet på tidslinien mellem stjernerne henviser til værdisættet - se Teknisk vejledning, 7 feltbeskrivelser, BEHANDLING-AF-PROVENU).

### 3. Procedure for tilbagekaldelse af udtrækningsprovenu i forbindelse med overtræk i pengekontrollen

Hvad sker hvornår:

**På tidspunktet hvor overtrækket konstateres**
Første gang der er en nødlidende betaling/tilbagekaldelse af udtrækningsprovenu i et handelsprodukt, adviserer VP kontohavere og evt. rettighedshavere med det samme.

Ved efterfølgende nødlidende betalinger i samme handelsprodukt foretages ingen advisering.

Der informeres endvidere om den nødlidende betaling/ tilbagekaldelse af betaling et eller flere af de medier, der indgår i AbonnementService.

For at tilbageføre de på betalingsformidlingsdagen dannede bogføringsposter på det tilbagekaldte udtrækningsprovenu sendes infoerne:

| | |
|---|---|
| TI20205v | Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (kopi af TI20138v) |
| TI20206v | Tilbagekaldelse af posteringsgrundlag pr. debetkonto (kopi af TI20197v) |
| TI20207v | Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (kopi af TI20198v) |
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |

For at korrigere de tidligere udsendte likviditetsoplysninger for det tilbagekaldte udtrækningsprovenu sendes infoerne:

| | |
|---|---|
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe |
| TI20177v | Fragang i likviditet |
| TI20168v | Fragang i likviditet på en debetrentekonto |

Er der en eller flere andre udstedere/ISINs end den nødlidende med i samme kørsel, dannes der nyt uddata uden den nødlidende udsteder/ ISINs. Dette fremsendes med kørselstype "0" for omkørsel:

| | |
|---|---|
| OB01L01 | Afstemningsliste betalingsformidling, udtrækning |
| OB04L02 | Udtrækningsliste, betalingsformidling |
| OB04L04 | Afstemningsmateriale til KI - udtræk |

**Forfaldskørslen**
Forfaldskørslen gennemføres på normal vis.

**På dispositionsdagen**
Der foretages følgende:
- der køres en fornyet pengekontrol, hvor den udsteder/ISINs med manglende pengedækning ikke medtages.
- der dannes fondsaktiver på den tilbagekaldte udtrukne beholdning.
- der sendes info "TI20203v Status på beholdning - tilbagekaldelse af clearing" om de oprettede fondsaktiver.



SYSTEMVEJLEDNING

- der sendes kundemeddelelser til kontohavere og evt. rettighedshavere om de oprettede fondsaktiver.

Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler.

| Eksempel 3. | | |
|---|---|---|
| Proceduren for tilbagekaldelse af udtrækningsprovenu i forbindelse med overtræk i pengekontrollen: | | |
| | . | |
| AKTIVITET | . | HVAD DANNES |
| | . | |
| | *** | UDTRÆKNINGSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | | |
| | . | |
| | *** | BETALINGSFORMIDLINGSKØRSEL |
| DAN LIKVIDITET | *2* | Likviditet dannes |
| | . | |
| DAN BETALINGSFOR-MIDLING | *3* | Betalingsformidlingen køres, og bogføringsposter dannes. |
| | ‖ | |
| | *** | FORFALDSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | ‖ | |
| | *** | DISPOSITIONSDAG |
| | ‖ | |
| PENGEKONTROL | ---- | Pengekontrol køres -> overtræk |
| | ‖ | |
| TILBAGEKALDELSE | ---- | Advisering til kontohaver/rettighedshaver ved 1. tilbagekaldelse af provenu i et |
| | ‖ | Handelsprodukt |
| | ‖ | Information via AbonnementService |
| | | |
| | . | |
| TILBAGEFØRSEL AF | *15* | Bogføringsposter for den udsteder / de ISINs, der ikke er dækning for, tilbageføres |
| | ‖ | TI20205v - Tilbagekaldelse af posteringsgrundlag pr. værdipapirkonto |
| | ‖ | pr. pengekonto pr. handelsprodukt. (PK) |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20207v - Tilbagekaldelse af posteringsgrundlag pr. afkast/afregningskonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | | |
| | . | |
| TILBAGEFØRSEL AF | *14* | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| LIKVIDITET | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20177v - Fragang i likviditet (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | |
| | ‖ | Udsteder/ de ISINs, der ikke er dækning for fremgår ikke af nedennævnte uddata |
| | ‖ | OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD) |
| | ‖ | OB04L02 - Udtrækningsliste, betalingsformidling (KI) |
| | ‖ | OB04L04 - Afstemningsmateriale til KI - udtræk (DC) |
| | . | |
| PENGEKONTROL | ---- | (omkørsel) |

SYSTEMVEJLEDNING

| | ‖ | Efter opløsning af overtræk køres pengekontrollen, og betalingsformidlingsgrundlaget |
|---|---|---|
| | ‖ | sendes til Danmarks Nationalbank eller til Den Europæiske Centralbank (EUR). |
| | ‖ | |
| DAN AKTIVER I FOR- | *12* | TI20203v - Status på beholdning - tilbagekaldelse af clearing (KI) |
| BINDELSE MED | ‖ | - Kundemeddelelser sendes til kontohaver/ rettighedshaver |
| TILBAGEKALDELSE | ‖ | |
| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til skattevæsenets regler. |

NB: Tallet på tidslinien mellem stjernerne henviser til værdisættet - se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 4. Procedure - Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for et udtrækningsprovenu før dannelse af betalingsformidlingen.

**På tidspunktet hvor primær betalingsstiller ikke kan eller vil stille dækning**
Indtil betalingsformidlingsgrundlaget dannes, har det udstedende institut mulighed for med virkning for betalingen af udtrækningsprovenu at ændre sammensætning af debetkonti.

Ændring af debetkonti foretages på sædvanlig vis. Ved ændring af debetkonti vil debitering af udtrækningsprovenuet blive flyttet fra den "nødlidende" primære betalingsstiller til "ny" primær betalingsstiller, som kan/vil stille dækning, medmindre debiteringen fordeles mellem de primære betalingsstillere, der i forvejen er med i betalingsformidlingen af udtrækningsprovenuet.

Der sendes infoer om ændring af kontogruppering:

TI20123v            Ændring af kontogruppering

**Forfaldskørslen**
Forfaldskørslen gennemføres på normal vis.

**Betalingsformidling pengekontrol**
Betalingsformidlingen og pengekontrollen gennemføres på normal vis.

| Eksempel 4. | | |
|---|---|---|
| Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for et udtrækningsprovenu før dannelse af betalingsformidling: | | |
| | . | |
| AKTIVITET | . | HVAD DANNES |
| | . | |
| | *** | UDTRÆKNINGSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | . | |
| TILBAGEKALDELSE | ---- | En primær betalingsstiller kan eller vil ikke stille dækning for udtræknings- |
| | ‖ | provenu. Det udstedende institut ændrer sammensætning af debetkonti. |
| | . | |
| UDSTEDER ÆNDRER | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| DEBETKONTO I | ‖ | |
| KONTOGRUPPERINGEN | ‖ | |

 SYSTEMVEJLEDNING

| | *** | BETALINGSFORMIDLINGSKØRSEL |
|---|---|---|
| | . | |
| DAN LIKVIDITET | *2* | Likviditet dannes. |
| | | |
| DAN BETALINGSFOR- | *3* | Betalingsformidlingen køres, og bogføringsposter dannes. |
| MIDLING | ‖ | |
| | | |
| | . | |
| | *** | FORFALDSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | ‖ | |
| | *** | DISPOSITIONSDAG |
| | ‖ | |
| PENGEKONTROL | ---- | Pengekontrol køres, og betalingsformidlingsgrundlaget sendes til |
| | ‖ | Danmarks Nationalbank eller til Den Europæiske Centralbank (EUR). |
| | ‖ | |
| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til |
| | ‖ | skattevæsenets regler. |

NB: Tallet på tidslinien mellem stjernerne henviser til værdisættet - se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).

## 5. Procedure - Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for et udtrækningsprovenu efter dannelse af betalingsformidlingen

**På tidspunktet hvor primær betalingsstiller ikke kan eller vil stille dækning**
Når betalingsformidlingsgrundlaget er dannet, har det udstedende institut i samarbejde med VP mulighed for at flytte debiteringen af udtrækningsprovenuet fra den "nødlidende" primære betalingsstiller til "ny" primær betalingsstiller.

Bogføringsposterne tilbageføres for den "nødlidende" primære betalingsstiller, og der dannes nye bogføringsposter til de berørte primære betalingsstillere. Følgende infoer dannes:

| TI20206v | Tilbagekaldelse af posteringsgrundlag pr.debetkonto (kopi af TI20197v) |
|---|---|
| TI20208v | Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (kopi af TI20106v) |
| TI20197v | Posteringsgrundlag pr. debetkonto |

Der sendes infoer om likviditetsændringen til de deltagere, der er berørt af ændringen:

| TI20123v | Ændring af kontogruppering |
|---|---|
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe |
| TI20107v | Tilgang i likviditet på en debetrentekonto |
| TI20168v | Fragang i likviditet på en debetrentekonto |

Der fremsendes nyt uddata til udstedende institut, hvor de nye debetkonti fremgår. Følgende uddata dannes:

| TI20106v | Afstemningsoplysninger, periodiske betalinger |
|---|---|
| OB01L01 | Afstemningsliste betalingsformidling, udtrækning |



SYSTEMVEJLEDNING

---

**Forfaldskørslen**
Forfaldskørslen gennemføres på normal vis.

**Pengekontrol**
Pengekontrollen gennemføres på normal vis.

| Eksempel 5. | | |
|---|---|---|
| Håndtering af en situation, hvor primær betalingsstiller ikke kan eller vil stille dækning for et udtrækningsprovenu efter dannelse af betalingsformidling: | | |
| | . | |
| **AKTIVITET** | . | **HVAD DANNES** |
| | . | |
| | *** | UDTRÆKNINGSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | . | |
| | *** | BETALINGSFORMIDLINGSKØRSEL |
| | . | |
| **DAN LIKVIDITET** | *2* | Likviditet dannes. |
| | . | |
| **DAN BETALINGSFOR-MIDLING** | *3* | Betalingsformidlingen køres, og bogføringsposter dannes. |
| | ‖ | |
| **TILBAGEKALDELSE** | ---- | En primær betalingsstiller kan eller vil ikke stille dækning for udtrækningsprovenu |
| | ‖ | Bogføringsposter tilbageføres for "nødlidende" primær betalingsstiller, og der |
| | ‖ | dannes nye bogføringsposter og afstemnings oplysninger til de berørte deltagere: |
| | ‖ | |
| | ‖ | TI20206v - Tilbagekaldelse af posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20208v - Tilbagekaldelse af afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | TI20197v - Posteringsgrundlag pr. debetkonto (PK) |
| | ‖ | TI20106v - Afstemningsoplysninger, periodiske betalinger (UD) |
| | ‖ | |
| | ‖ | VP flytter debiteringen fra "nødlidende" primær betalingsstiller til "ny" primær betalingsstiller. |
| | ‖ | TI20123v - Ændring af kontogruppering (UD) |
| | ‖ | TI20182v - Nettopåvirkning i likviditet pr. dispositionsdag (PK) |
| | ‖ | TI20136v - Pengetræk pr. debetkonto i en kontogruppe (UD) |
| | ‖ | TI20107v - Tilgang i likviditet på en debetrentekonto (PK) |
| | ‖ | TI20168v - Fragang i likviditet på en debetrentekonto (PK) |
| | ‖ | |
| | ‖ | OB01L01 - Afstemningsliste betalingsformidling, udtrækning (UD) |
| | . | |
| | *** | FORFALDSKØRSEL |
| | ‖ | Gennemføres på normal vis |
| | . | |
| | *** | DISPOSITIONSDAG |
| | ‖ | |
| **PENGEKONTROL** | ---- | Pengekontrol køres, og betalingsformidlingsgrundlaget sendes til |
| | ‖ | Danmarks Nationalbank eller til Den Europæiske Centralbank (EUR). |
| | ‖ | |



SYSTEMVEJLEDNING

| | ‖ | Udtrukne andele bliver indberettet til SKAT i henhold til |
| | ‖ | skattevæsenets regler. |

NB: Tallet på tidslinien mellem stjernerne henviser til værdisættet - se Teknisk vejledning, 7 Feltbeskrivelser, BEHANDLING-AF-PROVENU).



SYSTEMVEJLEDNING

# 07 Aktiefondsregistret

Der er flere betingelser knyttet til VP-registrering af aktier - se https://www.vp.dk/VP_regler "Regelsæt A". Nogle af dem er, at aktierne er omsættelige uden omsætningsbegrænsninger, og at der gælder ensartede betingelser for samtlige værdipapirer i en fondskode. En anden betingelse er, at det kun er muligt at registrere aktier og lignende værdipapirer i stykker

**Indkaldelse af aktier mv. til registrering i VP**
Registreringsbekendtgørelsens § 1, stk. 4 fastslår, at der ved indkaldelse af allerede udstedte fysiske værdipapirer til registrering som fondsaktiver skal tages hensyn til de berørte.

For at sikre overholdelse af denne bestemmelse har VP opstillet en række betingelser, som den udstedelsesansvarlige skal overholde i forbindelse med indkaldelsen af fysiske værdipapirer til registrering i VP. Se Forretningsmæssigvejledning, Registreringsvejledning, Udstedelsesansvarlig for aktier og investeringsforeningsandele mv.

**Levering og vedligeholdelse af oplysninger om aktier m.v. i VP**
Aktier, investeringsbeviser, aktieretter og tegningsretter samt warrants, der opfylder VP's regelsæt, kan registreres i VP Fondsregister. De nævnte værdipapirtyper kan samlet i denne vejledning være omtalt som "aktier m.v." Den udstedelsesansvarlige for det enkelte værdipapir er ansvarlig for, at oplysningerne om papiret i VP Fondsregister til enhver tid er korrekte og ajourførte.

Oplysninger om udsteder af et værdipapir leveres ved indsendelse af underskrevne blanketter til VPs Clearing & Custody Service. Der henvises til blanketter i det pågældende underafsnit.

Oplysninger om aktier, investeringsbeviser eller warrants skal registreres i VP Fondsregister af den udstedelsesansvarlige via www.vponline.dk. Adgang til VP Fondsregister kræver særlig autorisation.

Oplysninger om aktie- og tegningsretter leveres ved indsendelse af underskrevne blanketter til VP's Clearing & Custody Service. Der henvises til blanketter i det pågældende underafsnit.

Blanketter skal så vidt muligt være VP i hænde senest 2 dage, før oplysningerne ønskes offentliggjort i VP.

Ud fra de indsendte blanketter opdaterer VP oplysningerne i registret.

Efter enhver oprettelse eller ændring i oplysningerne skal den udstedelsesansvarlige kontrollere de foretagne registreringer ved forespørgsel i www.vponline.dk. Udstederoplysninger og papirkarakteristika udsendes på offentliggørelsesdagen i info'er til markedet, og offentliggørelsesdagen aktiverer desuden værdipapiret til mulig emission/udstedelse.

**VP Fondsregistrets indhold**
VP Fondsregister indeholder for aktier m.v. oplysninger om de udstedere, der udsteder aktier, investeringsbeviser, Aktie-/Tegningsretter samt warrants gennem VP.

For hver udsteder er bl.a. registreret oplysninger om CVR-nr. og udsteders navn samt hjemland. For udenlandske selskaber skal CVR-nr. ikke oplyses. Udstederens aftale med en udstedelsesansvarlig etableres med et særlig udsteder-ident (tidligere AS-ident), hvortil udstederens værdipapirer knyttes.

Ud over udsteder-/aftaleoplysninger er der for hvert værdipapir registreret en ISIN samt papirets særlige papirkarakteristika med betingelser, der tjener til navngivning af værdipapiret. Desuden skal der som minimum registreres de oplysninger, der er nødvendige for at danne værdipapirets korrekte CFI-kode jf. ISO 10962 standard. Endvidere skal der registreres oplysninger om papirets stykstørrelse (evt. Non par value = ingen pålydende værdi), valuta og markedsplads. Endelig kan registreres andre serviceoplysninger, som udstedelsesansvarlig skønner relevant for markedet.



**SYSTEMVEJLEDNING**

**VP Fondsregistrets anvendelse**
En væsentlig del af oplysningerne i VP Fondsregistret bruges til at styre udstedelse mv. af udsteders værdipapirer, tildeling af aktie- eller tegningsretter, udbetaling af udbytte og ved produktion af uddata til investorerne og VP's kunder.

**VP's benyttelse af udsteder- og selskabsoplysninger**
I overensstemmelse med almindelig praksis kan VP i forbindelse med sin øvrige virksomhed benytte udsteder- og selskabsoplysninger indrapporteret eller modtaget i VP fra udstedere eller deres pengeinstitutter.

**Distribution af oplysninger om ISINs**
For nærmere beskrivelse af distribution af oplysninger om ISINs henvises til "Distribution af oplysninger om ISINs"

## Etablering af udstederoplysninger (aktier/investeringsforeningsbeviser)

Når en udsteder ønsker at få sine værdipapirer registreret i VP, skal udsteder indgå tilslutningsaftale med VP via en udstedelsesansvarlig deltager i VP. Den udstedelsesansvarlige skal foranledige udstederoplysningerne etableret og vedligeholdt i VP Fondsregistret, jf. afsnit 7.

**Behandling hos den udstedelsesansvarlige**
Ved etablering af udstederoplysninger skal den udstedelsesansvarlige udfylde formularen i e-Forms eller udfylde og indsende blanket 14.A Udstederoplysninger, som findes i "Blanketter til vejledninger"

**UDSTEDEROPLYSNINGER**
Etablering af udstederoplysninger er grundlaget for at kunne etablere andre oplysninger om udsteder og dennes værdipapirer, f.eks. ISIN-oplysninger og udbytteoplysninger.

Alle felter på blanketten skal udfyldes.
På blanketten er der to felter til angivelse af udsteders navn:
'LANGT PAPIR-/BINAVN' bruges ved udskrivning af investormeddelelser, og 'KORT PAPIR-/BINAVN' bruges sammen med papiroplysningerne på uddata til VP's kunder.

**Behandling i VP**
VP etablerer udsteder-/aftaleoplysningerne i VP Fondsregistret på baggrund af den indsendte blanket. Udstederoplysninger udsendes først til markedet i forbindelse med offentliggørelse af det første værdipapir fra udstederen.

| **Kontrol af registrering** | **Kontrolleres af** |
|---|---|
| Check i VP Fondsregister | Den udstedelsesansvarlige |

## Ændring af udstederoplysninger (aktier/investeringsbeviser)

Den udstedelsesansvarlige kan ændre i de udstederoplysninger, der er registreret i VP Fondsregister.

**Behandling hos den udstedelsesansvarlige**
Oplysningerne ændres ved at udfylde formularen i e-Forms eller udfylde og indsende blanket 14.A Udstederoplysninger, som findes i "Blanketter til vejledninger".



SYSTEMVEJLEDNING

---

**UDSTEDEROPLYSNINGER**
Den udstedelsesansvarlige kan ændre alle de med * markerede oplysninger.

Ved ændring af oplysninger skal samtlige felter på blanketten udfyldes, og den udstedelsesansvarlige skal markere i ruden øverst på blanketten, at der er tale om en ændring samt hvilke oplysninger, der skal ændres, f.eks. ved markering i højre side af blanketten

**Behandling i VP**
VP opdaterer udsteder-/aftaleoplysningerne på baggrund af den indsendte blanket.

**Efter ændring**

| Kontrol af registrering | Kontrolleres af |
|---|---|
| Check i VP Fondsregister | Den udstedelsesansvarlige |

**Offentliggørelse**
Efter ændring af udsteder udsendes info'er, hvis den pågældende udsteder har VP registrerede værdipapirer. De nederste 3 udsendes dog kun, hvor ændringen omfatter udstedernavn/e, som slår igennem på udsteders registrerede værdipapirer.

| Uddata | | Modtager |
|---|---|---|
| TI20722v | Udsteder stamdata | Datacentre |
| TI20720v | Aktie stamdata | Datacentre |
| TI20721v | Markedsplads information [5] | Datacentre |
| TI20723v | ISIN til fondskode map | Datacentre |

## Etablering af værdipapiroplysninger

Forudsætningen for at kunne etablere værdipapiroplysninger er, at udsteder-/aftaleoplysninger forinden er registreret af VP i VP Fondsregister jf. 14.1.

**Aktier, investeringsbeviser og warrants**

Når en aktie, et investeringsbevis eller en warrant skal registreres i VP, skal den udstedelsesansvarlige etablere de nødvendige oplysninger i VP Fondsregister via www.vponline.dk (A- og T-retter behandles i afsnit 7). Adgang til at foretage opdateringer i VP-Fondsregister kræver særlig autorisation.

Til et nyt værdipapir kan der enten hentes en dansk ISIN (via "Opret ISIN"), eller der kan indtastes en udenlandsk ISIN i oprettelsesfasen. Den oprettede/indtastede ISIN danner grundlag for at oprette instrumentet via en kladde indeholder indtastningsfelter, som er relevant for den pågældende type af værdipapir.

For danske ISIN (DK.) og Luxembourg ISIN (LU.) indgår den 7-cifrede fondskode som karaktererne 5-11 i ISIN-koden, mens kladdeetablering på baggrund af andre udenlandske ISIN (ej LU.) tildeler en tilhørende 7-cifret dansk fondskode.

VP Fondsregister opererer med 3 status: Kladde, Registreret og Lukket. Systemets virkemåde og feltindhold er nærmere beskrevet i web-applikationen, hvor der bl.a. er felthjælp til alle indtastningsfelter.

---

[5] Hvis værdipapiret er optaget til handel på et marked



SYSTEMVEJLEDNING

---

Den færdigudfyldte kladde i VP Fondsregister sendes efter validering til registrering i VP med en offentliggørelsesdato, hvor papiret skal offentliggøres til markedet. Offentliggørelsesdagen kan være "samme dag" eller fremtidig. Registrering forudsætter fejlfri validering, underforstået at alle krævede oplysninger er afgivet.

På offentliggørelsesdagen sendes information om udstederoplysninger, papirkarakteristika og markedspladsoplysninger til offentliggørelse, og offentliggørelsesdagen aktiverer desuden værdipapiret til mulig emission/udstedelse.

Interbankgebyr kan ikke rapporteres via VP-Fondsregister, men skal fortsat indlægges i Aktiegebyrsystemet (AGEB) i VP's "ej omlagte" system (3270). VP Fondsregister viser oplysningen, om værdipapiret deltager i Interbankgebyr ordningen - forstået som at der er på visningstidspunktet er rapporteret et interbankgebyrbeløb større end 0 på den pågældende ISIN.

**Bemærk**
Ved etablering af værdipapiroplysninger for en investeringsforening skal den udstedelsesansvarlige umiddelbart efter registrering rapportere den investeringsforeningsklassifikation (benævnt "Dansk skatteklassifikation" i VP Fondsregister), der gælder for den pågældende ISIN. Indrapportering sker ved hjælp af transaktionen D342 'Vedligeholdelse af investeringsforeningsklassifikation'. Se Teknisk vejledningens afsnit 7. Feltbeskrivelser (Nyt system), for nærmere beskrivelse af investeringsforeningsklassifikation.

Ved etablering af værdipapiroplysninger for et investeringsbevis med omsætningsbegrænsning skal omsætningsbegrænsningen fremgå af papirnavnet. De nærmere regler for omsætnings-begrænsningen registreres af det udstedende institut med separate transaktioner D055 -> D058, enten som omsætningsbegrænsning eller som uomsættelig, med de tilhørende tilladte VP-konti.

VP Fondsregister understøtter aktuelt alene omsætningsbegrænsning for investeringsbeviser.

**Behandling i VP**
Udstedelsesansvarliges registrering af et nyt værdipapirer i VP Fondsregister opdaterer automatisk alle nødvendige registre i VP, hvorfor bruger selv er ansvarlig for den foretagne registrering. Eventuelt kan udst edelsesansvarlig tage PDF print af det registrerede værdipapir til intern arkivering
Offentliggørelse
På værdipapirets offentliggørelsesdato udsender VP:

| Uddata | | Modtager |
|---|---|---|
| TI20722v | Udsteder stamdata | Datacentre |
| TI20720v | Aktie stamdata | Datacentre |
| TI20721v | Markedsplads information 5 | Datacentre |
| TI20723v | ISIN til fondskode map. | Datacentre |

## Ændring af værdipapiroplysninger (aktier/investeringsbeviser)

De registrerede værdipapiroplysninger kan ændres af den udstedelsesansvarlige i VP Fondsregister.

Hvis VP via NASDAQ OMX får meddelelse om, at en ISIN for aktier m.v. optages til handel henholdsvis udgår af handlen, kan VP på eget initiativ ændre oplysningerne om markedsplads uden at afvente den udstedelsesansvarliges egen registrering.



SYSTEMVEJLEDNING

---

**Behandling hos den udstedelsesansvarlige**
Den udstedelsesansvarlige kan i VP Fondsregister opdatere langt de fleste af oplysningerne om en registreret aktie, investeringsbevis eller warrant (A- og T-retter behandles i afsnit 7). Adgang til at foretage opdateringer i VP-Fondsregister kræver særlig autorisation. Enkelte felter som eksempelvis stykstørrelse samt valuta kan ikke ændres umiddelbart, men alene via en Corporate Action.

Den udstedelsesansvarlige kan tillige lukke et værdipapir i VP Fondsregister, under forudsætning af at der ikke er cirkulerende mængde i den pågældende ISIN (hovedbogen = 0). Konsekvensen af lukning er, at der ikke længere kan udstedes i den pågældende ISIN, og at denne ISIN ikke senere ændres ved eventuel ændring af udstedernavn.

**Behandling i VP**
Brugers Gem af ændringer i VP Fondsregister opdaterer automatisk alle nødvendige registre i VP, hvorfor bruger selv er ansvarlig for den foretagne registrering. Eventuelt kan udstedelsesansvarlig tage PDF print af det opdaterede værdipapir til intern arkivering.

**Ved ændring**
Forudsat at offentliggørelsesdagen er nået eller overskredet udsendes straks efter Gem (skift af faneblad i VP Fondsregister fungerer ved redigering som Gem):

| Uddata | | Modtager |
|--------|--|----------|
| TI20720v | Aktie stamdata | Datacentre |
| TI20721v | Markedsplads information [6] *) | Datacentre |
| TI20723v | ISIN til fondskode map. | Datacentre |

## Etablering af udbytteoplysninger – danske aktieselskaber

Oplysninger om udbytte – ordinært eller ekstraordinært - skal af den udstedelsesansvarlige registreres i VP CA (Corporate Action) via www.vponline.dk. Adgang til at foretage opdateringer i VP CA kræver særlig autorisation.

Systemets virkemåde og feltindhold er nærmere beskrevet i web-applikationen, hvor der bl.a. er felthjælp til alle indtastningsfelter. Indberetning af vedtaget udbytte kan underlægges 4 øjne princip.

**Behandling hos den udstedelsesansvarlige**
Fra udsteder indhenter den udstedelsesansvarlige de nødvendige udbytteoplysninger til at kunne initiere en CA -> Opret udbytte.

Udstedelsesansvarlig er forpligtet til at vedligeholde foretagne registreringer, og skal registrere oplysninger om både foreslået og vedtaget udbytte - og gerne snarest muligt.

**Tidsfrister**
- ved foreslået udbytte skal det foreslåede udbytte offentliggøres i VP senest samtidig med, at udsteder indkalder til generalforsamling
- ved vedtaget udbytte skal det vedtagne udbytte være registreret i VP senest kl. 12.00 på VP-afviklingsdagen efter generalforsamlingsdagen eller a´contodagen.

**Bemærk**
Selv om udsteder foreslår og beslutter, at der ikke skal udbetales ordinært udbytte for et regnskabsår, skal der alligevel registreres et ordinært udbytte i VP CA. Udbyttet sættes da til 0.

---

[6] Hvis optaget til handel, og markedsplads information er ændret

 SYSTEMVEJLEDNING

Udbytter skal rapporteres som et udbyttebeløb pr. styk. For danske udstedere beregner VP såvel beregningsdato (kørselsdato), dispositionsdato og betalingsformidlingsdato.

| Uddata | | Modtager |
|---|---|---|
| TI20272v | Offentliggørelse af corporate action – papiroplysninger | Datacentre |
| TI20279v | Offentliggørelse af corporate action – udbytteoplysninger | Datacentre |

## Etablering af udbytteoplysninger – danske investeringsforeninger

Oplysninger om udbytte – ordinært, aʹconto eller rest-udbytte - skal af den udstedelsesansvarlige registreres i VP CA (Corporate Action) via www.vponline.dk. Adgang til at foretage opdateringer i VP CA kræver særlig autorisation.

Systemets virkemåde og feltindhold er nærmere beskrevet i web-applikationen, hvor der bl.a. er felthjælp til alle indtastningsfelter. Indberetning af vedtaget udbytte kan underlægges 4 øjne princip.

Udstedelsesansvarlig skal for investeringsbeviser sikre, at dansk skatteklassifikation (investeringsforeningsklassifikation) for den pågældende ISIN er rapporteret med startdato inden for perioden, se afsnit Etablering af værdipapiroplysninger i hovedafsnit 6.

### Behandling hos den udstedelsesansvarlige
Fra udsteder indhenter den udstedelsesansvarlige de nødvendige udbytteoplysninger til at kunne initiere en CA -> Opret udbytte.

Udstedelsesansvarlig er forpligtet til at vedligeholde foretagne registreringer, og skal registrere oplysninger om både foreslået og vedtaget udbytte - og gerne snarest muligt.

Oplysninger om afkastfordelingen på kapitalindkomst, aktieindkomst og skattefri indkomst samt servicefelterne Skattefri faktor og Pensionsbeskatnings faktor registreres senest samtidig med oplysningen om vedtaget udbytte, jf. nedenfor. Afkastfordelingen anvendes ved skatteindberetningen og meddeles investor på udbyttemeddelelsen og årsopgørelsen.

### Tidsfrister
- ved foreslået ordinært udbytte skal det foreslåede udbytte offentliggøres i VP senest samtidig med, at udsteder indkalder til generalforsamling
- ved foreslået aʹconto udbytte skal det foreslåede udbytte offentliggøres i VP senest samtidig med, at det offentliggøres andetsteds
- ved foreslået restudbytte skal det foreslåede restudbytte offentliggøres i VP senest samtidig med, at udsteder indkalder til generalforsamling
- ved vedtaget udbytte skal det vedtagne udbytte være registreret i VP senest kl. 12.00 på VP-afviklingsdagen efter generalforsamlingsdagen eller aʹcontodagen.

### Bemærk
Selv om udsteder foreslår og beslutter, at der ikke skal udbetales ordinært udbytte for et regnskabsår, skal der alligevel registreres et ordinært udbytte i VP. Udbyttet sættes da til 0.

Udbytter skal rapporteres som et udbyttebeløb pr. styk. For danske udstedere beregner VP såvel beregningsdato (VP-kørselsdato), dispositionsdato og betalingsformidlingsdato.



SYSTEMVEJLEDNING

| Uddata | | Modtager |
|---|---|---|
| TI20272v | Offentliggørelse af corporate action - papiroplysninger | Datacentre |
| TI20279v | Offentliggørelse af corporate action - udbytteoplysninger | Datacentre |

Geninvestering af udbytte er en mulighed for investeringsforeninger med DK-hjemland
Geninvesteringsmuligheden for danske investeringsbeviser er udviklet i VP efter drøftelser mellem
investeringsforeningsrådet, banksektoren og VP.

Ved oprettelsen af udbytte på danske investeringsbeviser er det således muligt for udstedelsesansvarlig
at markere, at udbyttebeløb kan geninvesteres af investorerne (i samme ISIN) i overensstemmelse med
VP's regler for Geninvestering af udbytte.

Oplysning om geninvesteringsprisen pr. styk registreres senest samtidig med oplysningen om vedtaget
udbytte.

| Uddata med geninvestering af udbytte | | Modtager |
|---|---|---|
| TI20272v | Offentliggørelse af corporate action - papiroplysninger | Datacentre |
| TI20274v | Offentliggørelse af corporate action - kursoplysninger | Datacentre |
| TI20279v | Offentliggørelse af corporate action - udbytteoplysninger | Datacentre |

## Etablering af udbytteoplysninger – udenlandske selskaber

Oplysninger om udbytte – ordinært eller a'conto udbytte - skal af den udstedelsesansvarlige registreres i
VP CA (Corporate Action) via www.vponline.dk. Adgang til at foretage opdateringer i VP CA kræver
særlig autorisation.

Systemets virkemåde og feltindhold er nærmere beskrevet i web-applikationen, hvor der bl.a. er felthjælp
til alle indtastningsfelter. Indberetning af vedtaget udbytte kan underlægges 4 øjne princip.

### Behandling hos den udstedelsesansvarlige
Fra udsteder indhenter den udstedelsesansvarlige de nødvendige udbytteoplysninger til at kunne initiere
en CA -> Opret udbytte.

Udstedelsesansvarlig er forpligtet til at vedligeholde foretagne registreringer, og skal registrere
oplysninger om både foreslået og vedtaget udbytte - og gerne snarest muligt.

Udenlandske investeringsforeninger skal - ligesom danske - for et eventuelt udbytte afgive oplysninger
om afkastfordelingen til brug ved skatteindberetningen.

### Tidsfrister
- ved foreslået ordinært eller ekstraordinært udbytte skal det foreslåede udbytte offentliggøres i VP
  snarest efter offentliggørelsen
- ved ethvert vedtaget udbytte skal det vedtagne udbytte være registreret senest dagen før,
  beregningskørslen ønskes gennemført.

### Bemærk
Udbytter skal rapporteres som et udbyttebeløb pr. styk. Udbyttet kan udbetales i en anden valuta end
den, aktien eller investeringsbeviset er udstedt i.

For udenlandske udstedere skal udstedelsesansvarlig angive såvel beregningsdato (kørselsdato),
dispositionsdato og betalingsformidlingsdato.



SYSTEMVEJLEDNING

---

'Udbytteskat pct. (dobbeltbeskatningsaftale)' udfyldes kun for udstedere fra lande, hvormed VP har indgået særlig aftale om systemmæssigt at undgå dobbeltbeskatning af udbytte, jf. følgende afsnit.

| Uddata | | Modtager |
|--------|--------------------------------------------------------|-------------|
| TI20272v | Offentliggørelse af corporate action - papiroplysninger | Datacentre |
| TI20279v | Offentliggørelse af corporate action - udbytteoplysninger | Datacentre |

## Aftaler om undgåelse af dobbeltbeskatning af udbytte (udenlandske udstedere)

Lande hvor VP har indgået aftale med udsteders hjemlands skattemyndigheder, om at global aftale om undgåelse af dobbeltbeskatning kan anvendes ved udbetalinger via VP.

| ISO-landekode | Land |
|---------------|---------|
| SE | Sverige |

## Etablering af tildelings- og tegningsoplysninger

Ved tegning med fortegningsret for nuværende aktionærer og ved udstedelse af fondsaktier skal den udstedelsesansvarlige indsende tildelings- og tegningsoplysninger til etablering i aktiefondsregistret. Oplysningerne danner grundlag for gennemførelse af tegningen.

**Konvertible obligationer**
Det er pt. ikke muligt at foretage automatisk tegning af konvertible obligationer.

### Aktie- og tegningsretter - Behandling hos den udstedelsesansvarlige
Ved etablering af tildelings- og tegningsoplysninger skal den udstedelsesansvarlige udfylde blanket 14.F tildelings- og tegningsoplysninger, som findes i "Blanketter til vejledninger" og sende den til VP, Clearing & Custody Service.

Blanketter skal så vidt muligt være VP i hænde senest 2 dage, før oplysningerne ønskes opdateret i VP.

### Fondskode
Blanketten samt tildelings/tegningssystemet opererer fortsat med 7-cifrede fondskoder til såvel aktie-/tegningsretter som de berørte aktier.

For danske ISIN (DK.) og Luxembourg ISIN (LU.) indgår den 7-cifrede fondskode som tallene 5-11 i ISIN-koden, mens kladdeetablering på baggrund af andre udenlandske ISIN (ej LU.) tildeler en tilhørende 7-cifret fondskode.
Ved VP's registrering af tildelings- og tegningsplysninger bliver aktie-/tegningsretten oprettet

### Offentliggørelsesdato
Blankettens offentliggørelsesdato styrer, hvornår de indlagte oplysninger distribueres til markedet. Udstedelsesansvarlig kan dog selv se indlagte oplysninger i VP Fondsregister staks efter registrering.

### Tildelings- og tegningsoplysninger
Blanketten kan indeholde 2 fondskoder, der giver ret til tegning i samme fondskode. Hvis mere en 2 fondskoder giver ret til tegning i samme fondskode, indsendes flere blanketter.

Aktiestørrelsen på retterne fastsættes ud fra moderaktiens aktiestørrelse og tegningsforhold efter følgende formel:



SYSTEMVEJLEDNING

$$\text{Aktiestørrelse retter} = \frac{\text{moderaktiens aktiestørrelse}}{\text{tegningsforhold ny}}$$

Eksempel:

- **tegningsforhold 4:3**
  **moderaktiens aktiestørrelse = kr. 100,00**

  $$\text{aktiestørrelse retter} = \frac{100}{3} = \text{kr. 33,33}$$

- **tegningsforhold 8:1**
  **moderaktiens aktiestørrelse = kr. 100,00**

  $$\text{aktiestørrelse retter} = \frac{100}{1} = \text{kr. 100,00 (som moderaktie)}$$

Tegningsbeløb og afregningsbeløb, se "Effektuering af tegning". Tegningsperioden (tegningsstartdato - tegningsslutdato) skal fastsættes i samråd med VP. Det samme gælder dato for fjernelse af overskydende tegningsretter.

**Bemærk**
Den udstedelsesansvarlige skal først indsende blanket, når ISIN for såvel moderaktie/r samt tegningsaktie (eventuel Midlertidig) er etableret med status Registreret i VP Fondsregister - den Midlertidige normalt registreret med "fremtidig" offentliggørelsesdato svarende til rettes.

Aktie-/tegningsretten "arver" papiroplysninger og noteringssteder fra tegningsaktien, hvorfor disse **skal** være korrekte på rettens etableringstidspunkt - og kan ikke senere rettes.

Det er p.t. ikke muligt at etablere tegningsretter til en obligationsfondskode (konvertible obligationer).

**Behandling i VP**
VP opdaterer tegningsoplysningerne i tildelings-/tegningssystemet, hvilket ved samme lejlighed etablerer Aktie-/tegningsretten i VP-fondsregister. En bruger hos dstedelsesansvarlig kan straks efter etablering se den pågældende aktie-/tegningsret i VP Fondsregister, og brugeren skal dér kontrollere, at oplysningerne svarer til det ønskede/forventede. Eventuelt kan udstedelsesansvarlig tage PDF print af det opdaterede værdipapir til intern arkivering.

| Kontrol af registrering | Kontrolleres af |
|---|---|
| Check i VP Fondsregister | Den udstedelsesansvarlige |

**Offentliggørelse af A-ret/T-ret**
Om morgenen på offentliggørelsesdatoen for retten udsender VP nedenstående uddata (Retter til offentliggørelse straks bliver først udsendt den følgende morgen, men kan straks ses af alle i VP Fondsregister):

| Uddata | | Modtager |
|---|---|---|
| TI20722v | Udsteder stamdata | Datacentre |
| TI20720v | Aktie stamdata | Datacentre |
| TI20721v | Markedsplads information 5 | Datacentre |
| TI20723v | ISIN til fondskode map. | Datacentre |

SYSTEMVEJLEDNING

---

## Etablering/ændring af fondskodeoplysninger for fysiske aktier

Fondsdataansvarlig kan etablere oplysninger om fysiske aktier via VPonline.

Oplysningerne i registret kan kun bruges til forespørgsler.

VP vedligeholder ikke oplysningerne i registret.

Registeransvarlig for oplysningerne er den Fondsdataansvarlige, der har oprettet papiret.

**Behandling hos Fondsdataansvarlig**
Opdatering af oplysninger i registret sker ved, at den kontoansvarlige anvender ISIN tildeling i VPonline.

**Behandling i VP**
Transaktionens oplysninger opdaterer registret i VP.

| Uddata | Modtager |
|---|---|
| Fondskodeoplysninger - fysiske aktier | Registeransvarlig |

## Ændring af årsultimokurs

**Aktier indskrevet i VP**
Årsultimokursen for aktier indskrevet i VP bruges ved udskrivning af årsopgørelser til investorer og indberetning til SKAT.

**Behandling hos registeransvarlig**
Den registeransvarlige kan med transaktionen "D280 - Vedligehold årsultimokurs" indrapportere årsultimokursen på papirer, der ikke er på et reguleret marked.
Anvendelse af transaktionen

**Forespørgsel:**
Ved en forespørgsel vil det altid være den senest registrerede forekomst, der vises.

**Etablering:**
Det aktuelle registreringstidspunkt bliver automatisk registreret som noteringstidspunkt.

**Sletning:**
Start med en forespørgsel, der vil vise den senest registrerede forekomst.
Ønskes den slettet, tastes slet og bekræft.

**Behandling i VP**
Årsultimokurserne opdateres i VP.
Der leveres ingen uddata. Registrerede oplysninger kontrolleres ved anvendelse af forespørgselsfunktionen i skærmbilledet D280 "Vedligehold årsultimokurs". Endvidere fremgår kurserne af liste "Årsultimokursoplysninger – aktier (NK78L01)", der dannes i forbindelse med årsultimo.

Registrerede kurser vises tillige i VP Fondsregister.
For beskrivelse af indberetning/ændring af årsultimokurs på aktier indskrevet i VP se sfsnittet Aktiviteter ved årsultimo.

 SYSTEMVEJLEDNING

## Forespørgsel på aktier m.v. i VP Fondsregister

Forespørgsel på aktier m.v. i VP Fondsregister foretages via www.vponline.dk . Adgangen til www.vponline.dk og VP Fondsregister kræver særlig autorisation.

Ved visning af aktier og investeringsbeviser er der tillige mulighed for at få vist:
- offentliggjorte udbytter på viste ISIN,
- gennemførte ombytninger til viste ISIN
- seneste registrerede dagskurser samt ultimokurser på viste ISIN,
- danske skatteklassifikationer på viste ISIN (investeringsforeningsklassifikationer).

Den tidligere forespørgsel D144 i VP-standardsystemet på VP udbytter er lukket.



SYSTEMVEJLEDNING

# 08 Emission af aktier

En af forudsætningerne for udstedelse af aktier gennem VP er, at der gælder ensartede betingelser for samtlige aktier i den pågældende ISIN, og at der ikke er sådanne begrænsninger i omsætteligheden, som ikke kan håndteres i VP-systemet, se https://www.vp.dk/VP_regler "regelsæt A". For udstedelse af værdipapirer med omsætningsbegrænsning gælder særlige regler, jf. Registreringsvejledning. VP Fondsregister understøtter aktuelt alene omsætningsbegrænsning for investeringsbeviser.

Nærværende afsnit beskriver de handlinger, den udstedelsesansvarlige (UA) skal foretage ved emission eller indfrielse af aktier m.v. Afsnittet indeholder også beskrivelse af de handlinger, de kontoansvarlige (KA) kan/skal foretage ved gennemførelse af tegning.

Transaktionerne, der bruges ved gennemførelse af tegning, beskrives detaljeret i efterfølgende afsnit 09, Tegningsadministration.

### Registrering af ISIN i forbindelse med kapitalbevægelser
Nye ISIN rekvireres og registreres af den udstedelsesansvarlige i VP Fondsregister via www.vponline.dk. Der kræves særlig autorisation til at foretage opdateringer i VP Fondsregister.

### Kapitalbevægelser
I afsnittet behandles følgende typer af kapitalbevægelser:
- tegning med fortegningsret for nuværende aktionærer
- Skift af ISIN
- udstedelse af fondsaktier
- tegning i teknisk ISIN (i tilknytning til tegning med fortegningsret)
- tegning med fortegningsret for fysisk aktieklasse
- tegning uden fortegningsret
- løbende emission
- kapitaludvidelse i udenlandsk selskab med en delmængde i VP
- indfrielse af aktiekapital
- udstedelse af konvertible obligationer
- konvertering af konvertible obligationer til aktier (pt. ikke muligt)

## Registrering i VP

Når en udsteder af aktier samt investeringsbeviser skal udstede sine værdipapirer gennem VP, skal udstederen vælge:
- udstedelsesansvarlig
- ejerbogsfører
- aftaleinstitut

### Udstedelsesansvarlig (UA)
Selskabet skal vælge en udstedelsesansvarlig blandt de institutter, der er tilsluttet VP som udstedelsesansvarlig for aktier m.v.

Den udstedelsesansvarlige er bindeled mellem udsteder og VP og skal varetage udstederens interesser i relation til:
- oprettelse og ajourføring af oplysninger om udsteder og dets værdipapirer/ISIN's
- levering af udbytteoplysninger til VP
- administration af kapitaludvidelser



SYSTEMVEJLEDNING

---

Det er endvidere den udstedelsesansvarliges ansvar at sikre, at udstederens værdipapirer opfylder VP's betingelser for registrering i VP, se 09 Tegningsadministration.

### Ejerbogsfører
Udsteder skal vælge en ejerbogsfører. Ejerbogsfører kan vælges frit af udsteder og kan være udsteder selv, den udstedelsesansvarlige, en advokat mv. Ejerbogsfører skal sørge for at vedligeholde og ajourføre ejerbogen. Ajourføring af ejerbogen sker på baggrund af materiale leveret af VP. Materialet kan enten leveres på papir eller via en fast datalinie.

### Aftaleinstitut
Ifølge loven skal investorer gratis kunne få registreret deres VP-registrerede aktier hos mindst én kontoansvarlig.
Aftaleinstituttet er en kontoansvarlig, der har indgået aftale med selskabet om gratis registrering af selskabets aktier. Aftalen om gratis registrering er udelukkende mellem selskabet og aftaleinstituttet. VP har imidlertid udviklet et serviceregister i form af Aktiegebyrsystemet til beregning af gebyr for gratis registrering og skal derfor have oplysninger om aftaleinstitut og aftalepriser.

### Tilslutningsaftale
Når udsteder har valgt sin udstedelsesansvarlige, skal der oprettes en tilslutningsaftale mellem udstederen, den udstedelsesansvarlige og VP. Af tilslutningsaftalen skal bl.a. fremgå, hvem der er ejerbogsfører, hvorimod aftaleinstituttet er aftalen med VP uvedkommende.

Tilslutningsaftalen er en forudsætning for at kunne udstede aktier og investeringsbeviser gennem VP.

Se endvidere Forretningsmæssigvejledning, Forretningsvejledning "Aftalehaver".


## Tegning med fortegningsret for nuværende aktionærer

I dette afsnit beskrives, hvad der skal foretages i forbindelse med tegning med fortegningsret for de nuværende aktionærer. (Beskrivelsen og eksemplerne nedenfor tager udgangspunkt i aktier, men funktionaliteten er forberedt til også at kunne anvendes for investeringsbeviser.)
Til illustration af, hvad der foregår ved tegning for nuværende aktionærer, bruges et gennemgående eksempel.


### Eksempel på tegningsforløb
a. Hvad sker der ved starten på en tegningsperiode:

Tildeling af retter sker efter sidste afviklingskørsel på dag 0



Fra offentliggørelsesdatoen (ca. -15), hvor de indlagte tegningsoplysninger publiceres til markedet, kan der indtil afviklingsdag 0 rekvireres tegningsindbydelser.

Der kan desuden fra "Ordreregistrering fra dato" (tidligst = offentliggørelsesdatoen) rekvireres maksimal og/eller samlet tegning, og for tegningsønsker gælder, at de kan indlægges/ændres/nulstilles.

 b. Hvad sker der i tegningsperioden:

1.Tegningsdag
Sidste tegningsdag
0 1 2 3 4 5 6 7 8 9 10 11 12 13
Foreløbig dækningskontrol
Endelig dækningskontrol

Der er mulighed for at rekvirere maksimal og/eller samlet tegning samt indlægge/ændre/nulstille tegningsønsker til gennemførelse indenfor tegningsperioden.

Hvad sker der ved afslutningen af en tegningsperiode.

VP igangsætter afsluttende samlet tegning på sidste tegningsdag
3 4 5 6 7 8 9 10 11 12 13 14 15
Foreløbig dækningskontrol
Endelig dækningskontrol
Opdatering af afsluttende samlet tegning
Fjernelse af ubenyttede

Inden tegningsperiodens start

Opdatering af VP Fondsregistret

Før tegning af ny aktiekapital med fortegningsret, skal VP Fondsregisteret opdateres. Den udstedelsesansvarlige skal til udstederen få tildelt en ISIN til tegningsretten, og UA skal i VP Fondsregisteret have registreret det værdipapir, som tegningsretten giver adgang til at erhverve (måske ny ISIN, hvis der er tale om en midlertidig aktie med særlige betingelser),

**SYSTEMVEJLEDNING**

For etablering af aktie-/tegningsretten skal den udstedelsesansvarlige indsende underskrevet bilag med oplysninger om kapitaludvidelsen. Inden bilag indsendes til VP, skal tegningsperioden fastlægges af selskabet og den udstedelsesansvarlige i samråd med VP. Bilag om tegningsbetingelser skal være VP i hænde senest 4 uger, før tegningsperioden starter, og med en offentliggørelsesdato, der ligger i passende god tid før første tegningsdato, gerne ca. 15 dage jf. eksemplet ovenfor.

Sammen med offentliggørelsesdatoen skal angives en "Ordreregistrering fra dato", som er den tidligste dato for registrering i VP af ordrer om at tegne. De 2 datoer skal være sammenfaldende, for at det bliver muligt at registrere ordrer om tegning allerede på offentliggørelsestidspunktet.

Fra offentliggørelsesdatoen vil aktie-/tegningsretten med tegningsvilkår være tilgængelige for alle med adgang til VP Fondsregister (via www.vponline.dk).

### Tegningsmateriale
Når VP Fondsregistret er opdateret med betingelserne for tegningen, og offentliggørelsesdatoen er nået, kan aftalehavere:

- rekvirere tegningsmateriale, der består af tegningsindbydelser til kunderne og tegningsindbydelsesoversigt
- rekvirere samlet og maksimal tegning fra "Ordreregistrering fra dato"

Tegningsmateriale og samlet/maksimal tegning kan rekvireres både på kontoansvarligniveau og på aftalehaverniveau.

### Tegningsønsker
Kontoansvarlige kan:
indlægge, ændre og nulstille tegningsønsker fra "Ordreregistrering fra dato".

Tegningsønsker indrapporteres som det antal retter, der ønskes tegnet på.

### Emissionskalender
Datacentre kan skabe en aktuel emissionskalender for deres brugere ved at abonnere på skyggetransaktioner på aktiefondsregistret.

## Tildeling af retter

VP beregner og tildeler aktieretter og tegningsretter på grundlag af beholdningen i moderaktien på tildelingsdagen, se Eksempel på tegningsforløb. Tildelingsdagen er som hovedregel afviklingsdagen før 1. tegningsdag. Det kan imidlertid forekomme for udenlandske selskaber, at tildelingsdagen ligger et antal afviklingsdage før første tegningsdag.
Antal tegningsretter, der tildeles den enkelte VP-konto, beregnes ud fra antal moderaktier på VP-kontoen og tegningsforhold ny.
Antal retter beregnes efter følgende formel:
Antal retter = antal moderaktier x tegningsforhold ny

**Eksempel:**
Beholdning af aktier:        12 stk
Aktiestørrelse:        100 kr.

**a. Tegningsforhold 8 : 1**
Da tegningsforhold ny er lig med 1, bliver antal retter lig med antal moderaktier.

Antal retter:        12 stk. x 1 = 12 retter

SYSTEMVEJLEDNING

---

**b. Tegningsforhold 8 : 3**
Da tegningsforhold ny er lig med 3, bliver antal retter lig med antal moderaktier x 3.

Antal retter:                    12 stk. x 3 = 36 retter

| Uddata | Modtager |
|---|---|
| Hovedbogsjournal tildelte retter | Udstedelsesansvarlig |
| Tegningsretsoversigt | Kontoansvarlig |
| Meddelelse om tildelte retter | Kontohaver - evt. rettighedshaver(e) |

## Tegningsønsker

Den kontoansvarlige kan, fra "Ordreregistrering fra dato" (normalt ca. 3 uger før 1. tegningsdag) og indtil dagen efter sidste tegningsdag, indlægge tegningsønsker på kundernes VP-konti. Tegningsønskerne udtrykkes i det antal retter, der ønskes tegnet på.
**Bemærk**
Indlæggelse af tegningsønsker i forbindelse med kapitaludvidelser kan kun ske, når aftalehaver for den kontoansvarlige har en handelsafviklingskonto i tegningsvalutaen.
**Tegningsønske med dato**
Ønsker kunden at tegne på en bestemt dag i tegningsperioden, kan tegningsønsket indlægges med en tegningsdato.
**Tegningsønske uden dato**
Har kunden ikke specielle ønsker med hensyn til tidspunktet for tegning, kan tegningsønsket indlægges uden tegningsdato. Tegningsønsket vil blive gennemført i forbindelse med rekvisition af samlet eller maksimal tegning.
**Navnenotering af nytegnede aktier**
Ønsker kunden, at de nye aktier skal navnenoteres, kan dette angives i tegningsønsket.
**Ændring/nulstilling af tegningsønske**
Et tegningsønske kan ændres eller nulstilles senest afviklingsdagen før tegningsdagen. Nulstilles et tegningsønske, betyder det, at kunden ikke deltager i tegningen (heller ikke maksimal tegning).
**Fjernelse af ubenyttede tegningsønsker**
Et tegningsønske, der ikke er effektueret ved tegningsperiodens afslutning, vil først blive fjernet i forbindelse med oprydningen, hvor ubenyttede retter slettes.

## Dækningskontrol af tegningsønsker

I forbindelse med gennemførelse af tegning foretager VP dækningskontrol af de registrerede tegningsønsker. Der foretages 2 former for dækningskontrol:
foreløbig dækningskontrol, der foretages efter blok 10 afviklingsdagen før datoen i tegningsønsket
endelig dækningskontrol, der foretages efter blok 10 på afviklingsdagen lig med datoen i tegningsønsket

**Eksempel:**



SYSTEMVEJLEDNING

Foreløbig og endelig dækningskontrol foretages således i forhold til tegningsdatoen:

Blok 10                Blok 10

18.00                  18.00                               Afviklingsdage

foreløbig              endelig
dækningskontrol        dækningskontrol        tegningsdato

Foreløbig dækningskontrol foretages dagligt fra afviklingsdagen før første tegningsdag og indtil afviklingsdagen efter sidste tegningsdag. Endelig dækningskontrol foretages dagligt fra 1. tegningsdag og indtil 2 afviklingsdage efter sidste tegningsdag.

**Foreløbig dækningskontrol**
For tegningsønsker indlagt med dato mindst 2 afviklingsdage frem og tegningsønsker, der opdateres af samlet og maksimal tegning, foretager VP en foreløbig dækningskontrol, jf. ovennævnte eksempel.
Ved foreløbig dækningskontrol dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over manglende retter | Kontoansvarlig |
| Oversigt over overskydende retter | Kontoansvarlig |
| Oversigt over tegninger i foreløbig dækningskontrol | Kontoansvarlig |
| (samtlige, der forsøges gennemført) | |

Listerne, der modtages afviklingsdagen før tegningsdagen, anvendes til undersøgelse af årsagen til manglende eller overskydende retter og til en eventuel rettelse af tegningsønskerne i den forbindelse.
**Endelig dækningskontrol**
For tegningsønsker indlagt med tegningsdato lig med næste afviklingsdag og tegningsønsker, som har gennemløbet foreløbig dækningskontrol, foretages endelig dækningskontrol efter blok 10 på tegningsdagen, Dækningskontrol af tegningsønsker.

VP afviser tegninger, hvor der ikke er dækning for ønsket, og sletter datoen i tegningsønsket. Tegningsønsket bliver stående, men uden tegningsdato.

Ved endelig dækningskontrol dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over tegninger i endelig dækningskontrol | Kontoansvarlig |
| Oversigt over fjernede tegningsdatoer | Kontoansvarlig |

### Effektuering af tegning
Godkendte tegninger opdateres på VP-kontiene umiddelbart efter dagens første afviklingskørsel (blok 10) på tegningsdagen.

Opdatering medfører, at:
- ønsket tegning - beholdning nulstilles
- beholdning af retter reduceres med tegningsønsket
- beholdning af nye aktier eller konvertible obligationer opdateres med den nytegnede beholdning



SYSTEMVEJLEDNING

---

## Afregning af tegning

Ved tegning på baggrund af tegningsretter betalingsformidler VP tegningen fra de kontoansvarlige til den udstedelsesansvarlige via aftalehavernes handelsafviklingskonti i Danmarks Nationalbank. Ved afregningen anvendes det afregningsbeløb, der fremgår af aktiefondsregistret. Afregning mellem kontohaverne og de kontoansvarlige skal ske uden om VP-systemet ved anvendelse af det tegningsbeløb, der er registreret i aktiefondsregistret.

Betalingsformidlingsgrundlaget dannes ud fra godkendte tegninger umiddelbart efter blok 10 på tegningsdagen.

Afregning af tegning i fremmed valuta sker som ovenfor beskrevet, dog foregår betalingsformidlingen via aftalehavernes valutakonti i Danmarks Nationalbank.

### Bemærk

Afregningsbeløb for tegning og konvertering af konvertible obligationer dækningskontrolleres på aftalehavers handelsafviklingskonto mod det rådighedsbeløb, der resterer efter gennemførelse af godkendte handler i blok 10. I rådighedsbeløbet indgår den disponible værdi af en sikkerhedsretsaftale.

Ved opdateringen af tegninger dannes:

| Uddata | Modtager |
|---|---|
| Hovedbogsjournal - tegninger | Udstedelsesansvarlig |
| Ændringsmeddelelse | Kontohaver - evt. rettighedshaver |
| Ejerbogsændringer | Ejerbogsfører |
| TI200691 Status på beholdning | Kontoansvarlig |
| TI200821 Bogføringsgrundlag - tegning/konvertering af konvertible obligationer - indirekte clearingdeltager | Betalingsstiller |

## Rekvisition af samlet og maksimal tegning

Aftalehavere kan rekvirere samlet og maksimal tegning. Samlet og maksimal tegning kan rekvireres på både aftalehaver og kontoansvarlig niveau. Aftalehaver fastlægger selv, på hvilke tegningsdage instituttet ønsker samlet eller maksimal tegning gennemført.

Rekvisitionen kan indrapporteres fra ca. 3 uger før 1. tegningsdag og til og med sidste tegningsdag til effektuering i hele tegningsperioden + 2 afviklingsdage. Rekvisitionen skal indrapporteres senest 2 afviklingsdage før den anførte tegningsdato.

### Samlet tegning

Ved samlet tegning opdaterer VP tegningsdato på alle registrerede tegningsønsker uden tegningsdato. Tegningsdatoen opdateres på VP-kontiene 2 afviklingsdage før tegningsdatoen.

### Maksimal tegning

Maksimal tegning er en samlet tegning i luksusudgave. For det første danner VP størst muligt tegningsønske ud fra tegningsforholdet og beholdningen af retter på de VP-konti, hvor der ikke er registreret et tegningsønske, og hvor der ikke tidligere er gennemført tegning. Derefter opdateres tegningsdatoer på alle tegningsønsker uden dato (som samlet tegning). Tegningsønsker og tegningsdato opdateres 2 afviklingsdage før tegningsdatoen i rekvisitionen.
Såfremt tegningsdatoen i rekvisitionen er første tegningsdag, bevirker dette, at der alene opdateres tegningsdatoer på de ønsker, som er indrapporteret indtil 2 afviklingsdage før første tegningsdag. Da der endnu ikke er tildelt retter, vil rekvisitionen virke som en samlet tegning.
I rekvisitionen angives, om samtlige nytegnede aktiebeholdninger skal navnenoteres eller ej.
Skal nogle VP-konti behandles anderledes end angivet i rekvisitionen, skal der manuelt indlægges tegningsønsker på disse konti.



SYSTEMVEJLEDNING

**Eksempel:**

- Er der i rekvisitionen angivet, at samtlige aktier skal navnenoteres, skal der manuelt indlægges tegningsønsker på de konti, hvor kontohaver ikke ønsker de nye aktier navnenoteret.
- Er der kontohavere, der ikke ønsker at få tegnet nye aktier, skal der manuelt indlægges tegningsønsker på nul.

**Eksempel på tegning i VP-systemet**

|     | MANDAG | TIRSDAG | ONSDAG | kalenderdage |
|-----|--------|---------|--------|--------------|
| KA  | Start samlet tegning onsdag | Korrektioner<br><br>Indrapportering af tegningsønsker til onsdag |  |  |

kl. 18.00 skift til nyt afviklingsdøgn

|     | MANDAG | TIRSDAG | ONSDAG |  |
|-----|--------|---------|--------|--|
| VP  | Opdatering af teg-ningsønsker (dato)<br><br>Dækningskontrol af tegningsønsker | Dækningskontrol af tegningsønsker<br><br>Dannelse af clearingsgrundlag<br><br>Opdatering af teg-ninger |  |  |

**Rekvisition af oversigt over ubenyttede retter**

Aftalehavere og de kontoansvarlige kan på et hvilket som helst tidspunkt i tegningsperioden rekvirere en oversigt over ubenyttede retter. Oversigten bruges til opfølgning på de VP-konti, hvor der er registreret en beholdning af retter.

**Afsluttende samlet tegning**

VP igangsætter automatisk en samlet tegning på sidste tegningsdag i tegningsperioden, dvs. på dag 10 i Eksempel på tegningsforløb eksempel med tegningsdag på dag 12.
Denne afsluttende tegning bruges til at opsamle tegningsønsker, som endnu ikke er effektueret.
Den afsluttende samlede tegning gennemføres 2 afviklingsdage efter tegningsperiodens ophør. Den kontoansvarlige modtager de sædvanlige lister fra foreløbig dækningskontrol. Listerne modtages dagen efter sidste tegningsdag (dag 11 Eksempel på tegningsforløb). Den kontoansvarlige har så en sidste mulighed for at rette tegningsønskerne på de VP-konti, der har overskydende eller manglende retter.



SYSTEMVEJLEDNING

---

## Fjernelse af ubenyttede retter (oprydning)

Efter tegningsperiodens ophør fjernes ubenyttede tegningsretter fra VP-kontiene.
Tidspunkt og betingelser for oprydningen fastlægges af den udstedelsesansvarlige i samråd med VP.

| | |
|---|---|
| A | For tegningsretter kan datoen for oprydning tidligst være 5 afviklingsdage efter sidste tegningsdato, og den skal være sidste afviklingsdag i en uge. |
| B | Aktieretter vil forblive registreret på VP-kontiene mindst 5 år, før de eventuelt bliver slettet. |

Ved fjernelse af retter dannes:

| Uddata | Modtager |
|---|---|
| Fjernede retter - AI | Udstedelsesansvarlig |
| Fjernede retter - KI | Kontoansvarlig |

## Handel i forbindelse med tegning

I forbindelse med tegning kan der handles med:

- moderaktierne inkl. og ekskl. retter
- tegningsretter/aktieretter
- nytegnede aktier
- nytegnede konvertible obligationer

### Moderaktier inkl. og ekskl. retter

Moderaktierne kan handles/overføres inkl. retter til og med kl. 12.30 på tildelingsdagen. Handler til afvikling og overførsler efter kl. 12.30 på tildelingsdagen er eksklusiv tegningsretter.

### Tegningsretter og aktieretter

Handel med retter indrapporteres til VP på samme måde som øvrige handler.
Første mulige afvikling af handler med retter er blok 10 på første tegningsdag.
Sidste dag for handel med retter via fondsbørsen er 3 børsdage før sidste tegningsdag med afviklingsdag på sidste tegningsdag.
I VP-systemet er der imidlertid intet til hinder for, at handler kan indrapporteres senere.
Hvis der handles med kontantforbehold, kan der først disponeres over retterne ved udgangen af den efterfølgende afviklingsdag, med mindre kontantforbeholdet i mellemtiden ophæves.
NB! Ved handel med retter udskrives **ikke** ændringsmeddelelse til kontohaver eller rettighedshaver.

### Nytegnede aktier og nytegnede konvertible obligationer

Handel med nytegnede aktier og nytegnede konvertible obligationer kan indrapporteres på en hvilken som helst afviklingsdag før tegningsperiodens start til tidligste afvikling i blok 20 på 1. tegningsdag.

## Skift af ISIN

Når afvigende betingelser for en midlertidig ISIN (tegnings ISIN) ophører, overføres beholdningerne fra den midlertidige ISIN til den fortsættende ISIN.

Skift af ISIN kan rent teknisk foretages på en hvilken som helst børsdag. Hvis der ikke er afvigende betingelser på 2 ISINs, kan de sammenlægges, når godkendelse fra Erhvervs- og Selskabsstyrelsen foreligger.

For børsnoterede selskaber skal den udstedelsesansvarlige aftale med Københavns Fondsbørs, hvornår skift af ISIN skal foretages. For unoterede VP-registrerede ISINs aftales skift af ISIN med VP's Clearing & Custody Services.

VP gennemfører skift af ISIN på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.



SYSTEMVEJLEDNING

---

På dagen for skift af ISIN er kørselsrækkefølgen:
- evt. udbytteberegning i den fortsættende ISIN
- evt. udbytteberegning i den midlertidige ISIN
- overførsel af beholdninger i den midlertidige ISIN til beholdninger i den fortsættende ISIN
- uafviklede preadvice i den ophørende ISIN vil blive ændret til den fortsættende ISIN. Tidligste afvikling for handler i den fortsættende ISIN er i afviklingsblok 20 på skiftedagen, da de involverede ISINs vil være udelukket fra afvikling i blok 10.

Handler skal altid - uanset om afviklingsdagen er før eller efter dagen for skift af ISIN, indrapporteres i den ISIN, der er registreret på indrapporteringstidspunktet.

Se afsnit om Skift af ISIN.

## Fondsaktieemission

Fondsaktieemission behandles som tegning med fortegningsret. Den eneste forskel er, at tegningskursen er 0,00, og at en evt. oprydning af aktieretter tidligst finder sted 5 år efter tegningsperiodens afslutning.

Fondsaktieemissionen følger forløbet, der er beskrevet i afsnittet om tegning med fortegningsret for nuværende aktionærer.

Hvis en fondsaktieemission skal foregå direkte i den eksisterende fondskode/ISIN, skal emissionen være forhåndsgodkendt af Erhvervs- og Selskabsstyrelsen.

Det er den udstedelsesansvarliges ansvar, at forhåndsgodkendelsen foreligger.

Ved tegning af fondsaktier kan aftalehavere med fordel anvende rekvisition af maksimal tegning, idet der ved denne rekvisition automatisk dannes tegningsønsker på de konti, der har en beholdning af aktieretter.

## Tegning med fortegningsret i teknisk fondskode/ISIN

Hvis en del af et selskabs aktiekapital er udstedt i en teknisk fondskode/ISIN, skal tegning i denne fondskode/ISIN foretages på samme måde som tegning i den generelle fondskode/ISIN. Denne tegning kan køres enten i forbindelse med tegning i den generelle fondskode/ISIN eller som en særskilt tegning. Tegningen i den tekniske fondskode/ISIN behandles på samme måde som tegningen i den generelle fondskode/ISIN. Tegningsforhold mv. fastsættes særskilt for den tekniske fondskode/ISIN.

Selskabet kan kun give den tekniske fondskode/ISIN ret til at tegne i den generelle fondskode/ISIN.

## Tegning med fortegningsret for fysiske aktieklasse

Når et aktieselskab med en VP-registreret og en fysisk aktieklasse ønsker at udvide aktiekapitalen i den VP-registrerede aktieklasse, og begge aktieklasser giver ret til tegning i den VP-registrerede aktieklasse, skal følgende fremgangsmåde benyttes:

- Den VP-registrerede aktieklasse følger normalt forløb for tegning med fortegningsret for nuværende aktionærer, hvor tegningsretterne bliver tildelt afviklingsdagen før 1. tegningsdag.



SYSTEMVEJLEDNING

- For den fysiske aktieklasse gælder:

  Den udstedelsesansvarlige registrerer tegningsretter svarende til aktieudvidelsen i den fysiske aktieklasse på en særskilt VP-konto med en hovedbogsbevægelse (emission).

  Retterne overføres herefter ved hjælp af en overførsel til ejerens, respektive dennes kontoansvarliges VP-konto, i takt med aflevering af kuponerne eller anden dokumentation krævet af den udstedelsesansvarlige.

Har ejerne af de fysiske aktier ikke i forvejen en VP-konto, skal der oprettes en ny til registrering af retterne.

Herefter forløber tegningen som tegning med fortegningsret for nuværende aktionærer.

Der dannes ikke ændringsmeddelelse til kontohaver eller rettighedshaver ved overførsel af tegningsretterne. Den kontoansvarlige skal derfor være opmærksom på, at der skal indlægges et tegningsønske på den modtagende VP-konto.

## Tegning uden fortegningsret

Ved tegning uden fortegningsret for nuværende aktionærer, f.eks. tegning til markedskurs, tegning til fast kurs eller tegning efter tendersystemet, deltager VP ikke aktivt i tegningsforløbet. Den udstedelsesansvarlige fastlægger og styrer selv emissionen.

### Metode til gennemførelse af tegning uden fortegningsret
Efterfølgende er beskrevet en metode, der i lighed med clearing- og afviklingssystemet sikrer samtidighed mellem fondsaktiver og penge mellem den udstedelsesansvarlige og den enkelte afviklingsansvarlige.

- Den udstedelsesansvarlige indrapporterer en hovedbogsbevægelse (emission) på aktieudvidelsen. I transaktionen angives aktieudvidelsen i antal stk. nye aktier. Aktierne krediteres en VP-konto eventuelt oprettet specielt til formålet.
- Den udstedelsesansvarlige fastlægger - på baggrund af de modtagne tegningslister - hvor mange nye aktier hver enkelt afviklingsansvarlig (og dennes kunder) er berettiget til at tegne. Dette meddeles den enkelte afviklingsansvarlige samtidig med tegningsbeløbet for de nye aktier.
- Den udstedelsesansvarlige indrapporterer herefter et preadvice (fragang) til fordel for den enkelte afviklingsansvarlige. Den udstedelsesansvarlige kan aftale med Clearing & Custody Services, at de første handler i de nye aktier knyttes til den afviklingsblok, hvor afvikling efter emissionen tidligst kan finde sted, se omstående Bemærk.
- Den afviklingsansvarlige flytter aktierne ved at indrapportere et tilsvarende preadvice (tilgang). Hvis den udstedelsesansvarlige har aftalt tilknytning af handler til en bestemt afviklingsblok, som beskrevet ovenfor under 3, påføres den afviklingsansvarliges preadvice automatisk det pågældende bloknummer, se omstående Bemærk.
- Posteringer til de respektive aktionærers VP-konti påhviler det institut, som aktionæren har tegnet igennem.

Metoden sikrer den udstedelsesansvarlige, at afviklingsbeløbet krediteres afviklingskontoen.

Aktierne kan dog også flyttes ved hjælp af overførsler. Her skal pengene afvikles uden om VP-systemet.

Ved flytning af nye aktier som levering mod betaling dannes:

 **SYSTEMVEJLEDNING**

---

| | |
|---|---|
| **Uddata** | **Modtager** |
| vedr. preadvice og hovedbogsbevægelser | se systemvejledningen afsnit 3 |
| Ændringsmeddelelse | Kontohaver - evt. rettighedshaver |

**Bemærk**

Ved tegning uden fortegningsret for nuværende aktionærer må opdatering af hovedbogen først finde sted om morgenen på først mulige afviklingsdag for handler med de nye aktier. Sådanne handler mellem den udstedelsesansvarlige og afviklingsansvarlige deltagere og handler mellem disse og investorerne kan derfor tidligst afvikles i den førstkommende afviklingsblok efter opdateringen af hovedbogen.

For at sikre, at parterne i handlerne undgår at blive belastet med de omkostninger, der er forbundet med udskydelse af handler fra tidligere afviklingsblokke på først mulige afviklingsdag, kan den udstedelsesansvarlige ved skriftlig henvendelse til VP's Clearing & Custody Services opnå, at handlerne knyttes til den afviklingsblok, hvor handlerne tidligst vil kunne afvikles. Henvendelsen skal indeholde oplysning om de nye aktiers ISIN, første afviklingsdag og den afviklingsblok, hvortil handlerne ønskes knyttet. Clearing & Custody Services sørger herefter for den nødvendige opdatering af VP's aktiefondsregister.

Tilknytningen af handler i en given ISIN til en bestemt afviklingsblok på først mulige afviklingsdag for sådanne handler medfører, at alle preadvices, der indrapporteres i den pågældende ISIN til afvikling på først mulige afviklingsdag **uden** angivelse af afviklingsblok, automatisk påføres nummeret på den med Clearing & Custody Services aftalte blok. Preadvices, der har fundet makker, vil blive forsøgt afviklet som handler i denne afviklingsblok. Handler, der ikke afvikles heri, udskydes efter gældende regler for udskydelse af handler. Preadvices, der **ikke** har fundet makker inden den påførte afviklingsblok, vil blive afvist ved denne bloks afslutning.

## Løbende emission

Løbende emission håndteres og styres - i lighed med tegning uden fortegningsret - af den udstedelsesansvarlige uden VP's aktive medvirken.

Løbende emission benyttes kun af investeringsforeninger ved udvidelse af den cirkulerende mængde investeringsforeningsandele.

Den udstedelsesansvarlige foretager udvidelse af aktiekapitalen ved at indrapportere en hovedbogsbevægelse (emission) til VP. I transaktionen angives aktie-udvidelsen i antal stk. nye aktier.

De nye aktier kan indsættes på en af den udstedelsesansvarlige valgt VP-konto (egen VP-konto eller kundens VP-konto).

Ved indsættelse på egen VP-konto kan aktierne overføres til kundens konto ved at benytte en af de 3 metoder, der er beskrevet under tegning uden fortegningsret for nuværende aktionærer.

## Kapitaludvidelse i et udenlandsk selskab med en delmængde i VP

Når et udenlandsk selskab ønsker at foretage en kapitaludvidelse, og der alene er registreret en delmængde i VP, vil tegningen i praksis skulle ske enten via VP's fortegningssystem eller manuelt i form af en tegning uden fortegningsret.

Det forudsættes i registreringsbekendtgørelsen, at det særligt sikrede depot i udsteders hjemland til enhver tid afspejler den cirkulerende mængde i VP-systemet. Denne afspejling vil ikke kunne opnås i en

 SYSTEMVEJLEDNING

periode, idet opskrivningen af det særligt sikrede depot først sker efter, at aktionærens forudbetalte beløb for de nytegnede aktier er kommet udstederen/selskabet i hænde.

Hvis det klart fremgår af det danske prospekt, at fondsaktiverne i en periode - indtil opskrivningen af det særligt sikrede depot finder sted - er udtryk for aktionærens forudbetaling for tegningen samtidig med, at det i denne periode af fondskode/ISIN-betingelserne i aktiefondsregisteret fremgår, at det er en forudbetaling, vil det være muligt at benytte VP's fortegningssystem.

Når det udenlandske selskabs kapitalforhøjelse efter hjemlandets regler slår igennem som en opskrivning af depotet i udlandet, skifter værdierne i den midlertidige fondskode/ISIN karakter fra forudbetaling til fondsaktiver. Fondskode/ISIN-betingelserne i aktiefondsregistret skifter tilsvarende. Fondsaktiverne har nu samme status, som hjemlandets lovgivning angiver, måske fortsat som midler-tidig fondskode/ISIN, indtil nytegningen opnår samme betingelser som moderaktiefondskoden/ISIN'en.

En følge af ovennævnte er, at udstedelsen af aktier på det særligt sikrede depot **skal** ske i en samtidig udstedelse, som modsvarer hele den nytegnede beholdning i VP, da tegningsfondskodens/ISIN'ens status skifter fra forudbetaling til fondsaktiv for alle tegnede beholdninger samtidig.

## Indfrielse af aktiekapital

Indfrielse af aktiekapital benyttes udelukkende af investeringsforeninger ved tilbagekøb af investeringsforeningsandele.

Ved reducering af den cirkulerende aktiekapital skal den udstedelsesansvarlige benytte en hovedbogsbevægelse (indfrielse).

I transaktionen angives, hvilken VP-konto aktierne skal debiteres.

## Emission af papirer med omsætningsbegrænsning

Der er i VP-systemet mulighed for at registrere visse værdipapirer, som er omfattet af omsætningsbegrænsning. Muligheden kan for tiden kun anvendes for investeringsforeningsbeviser.

**Funktionalitet**
Håndtering af en omsætningsbegrænsning fungerer på baggrund af oplysninger registreret af den udstedelsesansvarlige på udstederens vegne.

Den udstedelsesansvarlige registrerer omsætningsbegrænsningen på de værdipapirer, der skal være omfattet se "™, hvortil henvises.
Omsætningsbegrænsning".

Endvidere registrerer den udstedelsesansvarlige de depoter, der tilhører den tilladte ejerkreds, og som ønskes anvendt til det pågældende værdipapir. Det omsætningsbegrænsede værdipapir kan kun placeres på de udpegede depoter, der findes på denne liste.

Da opsætningsbegrænsningen skal være registreret, er det vigtigt, at omsætningsbegrænsningen fremgår af papirnavnet, hvilket sker automatisk efter check i "Omsætningsbegrænsning" for den berørte ISIN i VP Fondsregister. Den udstedelsesansvarlige skal derfor sikre, at aktiebetingelserne indeholder denne oplysning. Se "™, hvortil henvises.
Omsætningsbegrænsning".



SYSTEMVEJLEDNING

---

# 09 Tegningsadministration

I dette afsnit beskrives de **transaktioner**, der bruges i forbindelse med tegning med fortegningsret for nuværende aktionærer.

Med hensyn til gennemførelse af selve tegningen henvises til se "08 Emission af aktier".

## Rekvisition af tegningsindbydelse

Tegningsindbydelsen indeholder orientering til konto- og rettighedshavere om den tegningsretsgivende beholdning i moderaktien, tegningsbetingelser m.v.

### Indrapportering hos kontoansvarlig/aftalehaver
Rekvisition af tegningsindbydelser kan foretages af den enkelte kontoansvarlige eller af et opdateringsrelateret institut. Aftalehaveren kan rekvirere indbydelser til hele filialnettet.

Dato for kørsel i rekvisitionen skal være en fremtidig dato.

Indbydelserne kan rekvireres, fra tegningsoplysningerne er opdateret i aktiefondsregisteret, hvilket normalt sker ca. tre uger, før tegningsperioden begynder.

Tegningsindbydelserne kan rekvireres til afvikling til og med tildelingsdagen for retter.

Rekvisitionen kan annulleres til og med afviklingsdagen inden kørselsdatoen.

### Særlige forhold
Kontoansvarlige med aftale om fravalg af meddelelse om tildelte retter har pligt til selv at udsende tegningsindbydelser til konto- og dispositionsbegrænsende rettighedshavere.

### Behandling i VP
VP kvitterer for modtagelse af rekvisitionen ved at danne "Oversigt over rekvisitioner", der leveres til aftalehaveren.

På dato for kørsel af rekvisitionen dannes:

| Uddata | Modtager |
|---|---|
| Tegningsindbydelse | Konto- og rettighedshaver |
| Tegningsindbydelse - KI | Kontoansvarlig |

## Indlæggelse af tegningsønske

Grundlaget for tegning af aktier er VP-kontohavernes tegningsønsker, som indlægges på den enkelte VP-konto.

Tegningsønsker kan indlægges på VP-kontiene fra det tidspunkt, hvor aktiefondsregistret er opdateret med betingelserne for tegningen (normalt ca. 3 uger før tegningsperiodens start) og til og med afviklingsdagen efter sidste tegningsdag.

### Indrapportering hos kontoansvarlig
Der kan indlægges tegningsønsker på VP-konti, hvor de generelle aktieoplysninger (PI-kontonummer for udbytte, betalingsmåde udbytte og kode for udbytteerklæring) er opdateret. Et tegningsønske angives i

 **S**YSTEMVEJLEDNING

---

det antal retter, der ønskes tegnet på. Samtidig kan det angives, om de nytegnede aktier ønskes navnenoteret.

Hvis tegningsdato udfyldes, effektueres tegningsønsket på den angivne tegningsdato.

Hvis tegningsdato ikke udfyldes, effektueres tegningsønsket enten ved rekvisition af samlet tegning, maksimal tegning eller i forbindelse med afsluttende samlet tegning.

Et tegningsønske kan ændres eller nulstilles.

**Bemærk**
I tegningsønsker, der indlægges afviklingsdagen efter sidste tegningsdag, skal tegningsdato udfyldes med dato = 2. afviklingsdag efter sidste tegningsdag for at opnå effektuering.

**Behandling i VP**
Tegningsønsket opdateres på VP-kontoen umiddelbart før afviklingsblok 10 på indrapporteringsdagen.

Tegningsønsker indgår i VP's dækningskontrol fra afviklingsdagen før tegningsdatoen.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoansvarlig |
| Skyggetransaktion | Datacenter |

## Ændring/nulstilling af tegningsønske

Et tegningsønske kan ændres eller nulstilles af den kontoansvarlige senest afviklingsdagen før tegningsdagen.

Hvis et tegningsønske nulstilles, vil eventuelle retter på kontoen fremgå ved rekvisition af "Liste over ubenyttede retter".

**Indrapportering hos kontoansvarlig**
Ved ændring/nulstilling af et tegningsønske anvendes samme transaktion som ved etablering af tegningsønske.

De nye oplysninger indtastes i transaktionen, hvorved det eksisterende tegningsønske overskrives.

**Behandling i VP**
Det ændrede tegningsønske opdateres på VP-kontoen umiddelbart før afviklingsblok 10 på indrapporteringsdagen.

Ved opdateringen dannes:
| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoansvarlig |
| Skyggetransaktion | Datacenter |

## Annullering af tegningsønske