**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to:

18-cv-07828; 19-cv-01785; 19-cv-01867;
19-cv-01893; 19-cv-01781; 19-cv-01783;
19-cv-01866; 19-cv-01895; 19-cv-01794;
19-cv-01865; 19-cv-01904; 19-cv-01798;
19-cv-01869; 19-cv-01922; 19-cv-01800;
19-cv-01788; 19-cv-01870; 18-cv-07827;
19-cv-01791; 19-cv-01792; 19-cv-01928;
19-cv-01926; 19-cv-01868; 18-cv-07824;
19-cv-01929; 19-cv-01803; 19-cv-01806;
19-cv-01906; 19-cv-01801; 19-cv-01894;
19-cv-01808; 19-cv-01810; 19-cv-01809;
18-cv-04833; 19-cv-01911; 19-cv-01898;
19-cv-01812; 19-cv-01896; 19-cv-01871;
19-cv-01813; 19-cv-01930; 18-cv-07829;
18-cv-04434; 19-cv-01815; 19-cv-01818;
19-cv-01931; 19-cv-01918; 19-cv-01873;
19-cv-01924; 19-cv-10713; 21-cv-05339.

MASTER DOCKET
18-md-2865 (LAK)

**DEFENDANTS' NOTICE OF MOTION IN LIMINE TO EXCLUDE**
**UNAUTHENTICATED HEARSAY DOCUMENTS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated

August 15, 2024, Defendants, by their undersigned attorneys, will move the Court before the

Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court,

for an order excluding the unauthenticated hearsay documents Bates-stamped with the prefix

1

ELYSIUM (the "Elysium Documents"), and for such other and further relief as the Court deems

just and proper.


Dated: New York, NY                                        Respectfully submitted,
      August 15, 2024




                                               /s/ Peter Neiman
                                             Boyd M. Johnson
Peter G. Neiman
Alan E. Schoenfeld
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Boyd.Johnson@wilmerhale.com
Peter.Neiman@wilmerhale.com
Alan.Schoenfeld@wilmerhale.com

Andrew S. Dulberg
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6352
Andrew.Dulberg@wilmerhale.com

*Attorneys for Richard Markowitz,*
*Jocelyn Markowitz, Avanix*
*Management LLC Roth 401(K) Plan,*
*Batavia Capital Pension Plan,*
*Calypso Investments Pension Plan,*
*Cavus Systems LLC Roth 401(K)*
*Plan, Hadron Industries LLC Roth*
*401(K) Plan, RJM Capital Pension*
*Plan, RJM Capital Pension Plan*
*Trust, Routt Capital Pension Plan,*
*Routt Capital Trust*

/s/ Sharon L. McCarthy
Sharon L. McCarthy
KOSTELANETZ LLP
7 World Trade Center
250 Greenwich Street
34th Floor
New York, NY 10007
(212) 808-8100
smccarthy@kostelanetz.com

Nicholas S. Bahnsen
Daniel C. Davidson
KOSTELANETZ LLP
601 New Jersey Avenue, NW
Suite 260
Washington, DC 20001
(202) 875-8000
nbahnsen@kostelanetz.com
ddavidson@kostelanetz.com

*Attorneys for Defendants John van
Merkensteijn, III, Elizabeth van
Merkensteijn, Azalea Pensión Plan,
Basalt Ventures LLC Roth 401(K)
Plan, Bernina Pension Plan, Bernina
Pension Plan Trust, Michelle
Investments Pension Plan, Omineca
Pension Plan, Omineca Trust,
Remece Investments LLC Pension
Plan, Starfish Capital Management
LLC Roth 401(K) Plan, Tarvos
Pension Plan, Voojo Productions
LLC Roth 401(K) Plan, Xiphias LLC
Pension Plan*

3

/s/ David L. Goldberg

David L. Goldberg
Michael M. Rosensaft
KATTEN MUCHIN ROSENMAN
LLP
50 Rockefeller Plaza
New York, NY 10020
(212) 940-8800
david.goldberg@katten.com
michael.rosensaft@katten.com

*Attorneys for Defendants Robert
Klugman, RAK Investment Trust,
Aerovane Logistics LLC Roth 401K
Plan, Edgepoint Capital LLC Roth
401K Plan, Headsail Manufacturing
LLC Roth 401K Plan, The Random
Holdings 401K Plan, The Stor
Capital Consulting LLC 401K Plan*

/s/ Thomas E.L. Dewey

Thomas E.L. Dewey
Sean K. Mullen
DEWEY PEGNO & KRAMARSKY
LLP
777 Third Avenue
37th Floor
New York, New York 10017
(212) 943-9000
tdewey@dpklaw.com
smullen@dpklaw.com

/s/ Elliot R. Peters

Elliot R. Peters
Julia L. Allen
KEKER, VAN NEST & PETERS
LLP
633 Battery Street
San Francisco, CA 94111
(415) 962-7188
epeters@keker.com
jallen@keker.com

*Attorneys for Defendant Michael
Ben-Jacob*