# Exhibit 37



**WEST POINT**

Level 11, 10 Exchange Square, Primrose Street, London - EC2A 2EN
GSS@tradewestpoint.com - Tel: +44(0)207-292-6389

Edgepoint Capital LLC Roth 401(K) Plan
EDG01
425 Park Avenue,
New York, NY 10022,
United States of America,

EDG01 - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Jan-15 | Cash | Opening Balance | | | 0.00 |
| 29-Apr-15 | Cash | Syntax reclaim AP MOELLER-MAERSK A/S-A | 4,175,781.00 | | 4,175,781.00 |
| 29-Apr-15 | Invoice | Invoice 00640 paid on behalf | | -3,155,502.02 | 1,020,278.98 |
| 18-May-15 | FX | FX USDDKK @ 6.5687 | | -1,020,278.98 | 0.00 |
| 03-Jun-15 | Invoice | Invoice 00836 paid on behalf | | -17,544,835.43 | -17,544,835.43 |
| 03-Jun-15 | Cash | Syntax reclaim NOVOZYMES A/S-B | 619,375.98 | | -16,925,459.45 |
| 03-Jun-15 | Cash | Syntax reclaim TDC A/S | 730,006.24 | | -16,195,453.21 |
| 03-Jun-15 | Cash | Syntax reclaim DSV A/S | 348,408.23 | | -15,847,044.98 |
| 03-Jun-15 | Cash | Syntax reclaim PANDORA A/S | 1,177,447.85 | | -14,669,597.13 |
| 03-Jun-15 | Cash | Syntax reclaim Danske Bank A/S | 5,224,071.74 | | -9,445,525.39 |
| 03-Jun-15 | Cash | Syntax reclaim NOVO NORDISK A/S-B | 9,393,532.68 | | -51,992.71 |
| 03-Jun-15 | Cash | Syntax reclaim TRYG A/S | 269,717.64 | | 217,724.93 |
| 03-Jun-15 | Cash | Syntax reclaim GN STORE NORD A/S | 158,718.43 | | 376,443.36 |
| 03-Jun-15 | Cash | Syntax reclaim CARLSBERG AS-B | 428,577.24 | | 805,020.60 |
| 03-Jun-15 | Cash | Syntax reclaim FLSMIDTH & CO A/S | 193,026.41 | | 998,047.01 |
| 03-Jun-15 | Cash | Syntax reclaim VESTAS WIND SYSTEMS A/S | 394,422.73 | | 1,392,469.74 |
| 03-Jun-15 | Cash | Syntax reclaim AP MOELLER-MAERSK A/S-B | 4,280,360.39 | | 5,672,830.13 |
| 08-Jun-15 | FX | FX USDDKK @ 6.7075 | | -5,672,830.13 | 0.00 |
| | | Balance on 30/06/2015 | | | 0.00 |

EDG01 - EUR Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Jan-15 | Cash | Opening Balance | | | 0.00 |
| | | Balance on 30/06/2015 | | | 0.00 |

EDG01 - USD Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Jan-15 | Cash | Opening Balance | | | 0.00 |
| 27-Apr-15 | Invoice | Clearing and Custody Fee Feb. 2015(Feb FX toUSD@ 1.1196) | | -11,196.00 | -11,196.00 |
| 27-Apr-15 | Invoice | Clearing and Custody Fee Mar. 2015(Mar FX toUSD@ 1.0728) | | -10,728.00 | -21,924.00 |
| 30-Apr-15 | Accrual | Clearing and Custody Fee Apr. 2015(Apr FX toUSD@ 1.1224) | | -11,224.00 | -33,148.00 |
| 18-May-15 | FX | FX USDDKK @ 6.5687 | 155,324.34 | | 122,176.34 |
| 29-May-15 | Cash | Invoice 6116 from Bastion paid on behalf | | -876.52 | 121,299.82 |
| 29-May-15 | Accrual | Clearing and Custody Fee May. 2015(May FX to USD@ 1.0986) | | -10,986.00 | 110,313.82 |
| 08-Jun-15 | FX | FX USDDKK @ 6.7075 | 845,744.36 | | 956,058.18 |
| 09-Jun-15 | Cash | Transfer EDG01 | 79,191.85 | | 1,035,250.03 |
| 18-Jun-15 | Cash | Cash transfer to Edgepoint Capital LLC Roth 401(K) Plan | | -850,000.00 | 185,250.03 |
| | | Balance on 30/06/2015 | | | 185,250.03 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is
71-75 Shelton Street, Covent garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04548866