# Exhibit 51

| From: | RICHARD MARKOWITZ <rmarkowitz@argremgt.com> |
|---|---|
| To: | Rosenberg, Todd |
| Sent: | 9/2/2010 11:33:16 AM |
| Subject: | FW: Memorandum of Understanding - Draft 5 |
| Attachments: | MEMORANDUM OF UNDERSTANDING DRAFT 6.docx |

We will discuss...(One other email will follow)


--

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
New York, NY 10019


Email:    Rmarkowitz@Argremgt.com
Tel:       (212) 247-2600
Fax:       (212) 247-2753
Mobile:  (917) 848-5675

------ Forwarded Message
**From:** Raj Shah <Raj.shah@solo-capital.com>
**Date:** Wed, 25 Aug 2010 22:58:12 -0700
**To:** Robert Klugman <rklugman@storcapital.com>, RICHARD MARKOWITZ <rmarkowitz@argremgt.com>
**Cc:** Sanjay Shah <sanjay.shah@solo-capital.com>
**Subject:** RE: Memorandum of Understanding - Draft 5

Dear Richard and Rob,

Please find attached an amended MOU reflecting the changes referred to below.

Kind regards,
Raj


_____

From: Robert Klugman [rklugman@storcapital.com]
Sent: 19 August 2010 14:37
To: Raj Shah
Cc: Richard Markowitz; Sanjay Shah
Subject: Re: Memorandum of Understanding - Draft 5

Thanks for this Raj.  A couple of clarifying points:

3.2 - I may be missing something but the language keeping STOR informed of details of transactions closing etc seems to have been dropped?

4.6 - Change "the defined"

6.2 - I get the concept here that STOR doesn't get a fee on STORs investment.  I would suggest either adding a carve out to 6.1 or if you wanted to have a 6.2, I think you need to change "Investor" to STOR

In a few spots Equity Arbitrage Transaction needs to be modified by the proviso of developed by Solo since the term Equity Arbitrage Transaction is broad enough to cover transactions with other parties.  So for example, if a

CONFIDENTIAL / PRIVILEGED - SUBJECT
TO 502(d) ORDER

WH_MDL_00454233

Co-Investor entered into a transaction prior to investing with SOLO, it would be caught up in this agreement. See the confidentiality provisions in particular. Also, on the confidentiality provisions, presumably the final document will have the customary outs for information in the public domain etc.

Thanks again

On Aug 18, 2010, at 11:02 AM, Raj Shah wrote:

Dear Richard and Rob,

Further to our call yesterday, please find attached a revised MOU reflecting the changes agreed.

For ease of reference the only changes I have made relate to paragraphs 4.1, 6.1 and 6.2. All other paragraphs remain unchanged.

Kind regards,
Raj

Raj Shah
Solo Capital Limited
Level 3
4 Broadgate
London
EC2M 2QY

T : +44 20 7330 1854
M: + 44 7765 444148
E: raj.shah@solo-capital.com<mailto:raj.shah@solo-capital.com>
www.solo-capital.com<http://www.solo-capital.com>

Solo Capital Limited is a company registered in England & Wales and is regulated by the FSA in the UK.

IMPORTANT - PLEASE NOTE
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error please contact the sender and destroy this email.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

<MEMORANDUM OF UNDERSTANDING DRAFT 5.docx>

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

CONFIDENTIAL / PRIVILEGED - SUBJECT
TO 502(d) ORDER

WH_MDL_00454234

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

------ End of Forwarded Message

CONFIDENTIAL / PRIVILEGED - SUBJECT
TO 502(d) ORDER

WH_MDL_00454235