# Exhibit 131

**From:** Ben-Jacob, Michael
**Sent:** Monday, June 18, 2012 2:41 PM
**To:** Jérôme  LHOTE; Richard Markowitz; Wells, Peter
**Cc:** John H. van Merkensteijn, III; Matthew Stein; Adam Larosa
**Subject:** RE:

Jerome and Rich,

Yes, I agree.  Let's go forward with this.  We will re-execute the documents and circulate on behalf of Ezra.

Rich, I am a bit under the gun today but have your voicemail message.  Let me know if we need to talk further.

Best,

mbj


***

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Michael Ben-Jacob
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8310) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Jérôme LHOTE [mailto:jlhote@argremgt.com]
**Sent:** Monday, June 18, 2012 10:04 AM
**To:** Richard Markowitz; Wells, Peter; Ben-Jacob, Michael
**Cc:** John H. van Merkensteijn, III; Matthew Stein; Adam Larosa
**Subject:** RE:

I believe that this fine. we should probably execute as is for the 2 IRA's. there is only so much flexibility we can expect from an organization like Globetax that is more rubber stamping than thinking.


Jerome

**From:** Richard Markowitz
**Sent:** Monday, June 18, 2012 9:21 AM
**To:** Peter Wells; Michael Ben-Jacob
**Cc:** Jérôme LHOTE; John H. van Merkensteijn, III; Matthew Stein; Adam Larosa
**Subject:** Fwd:

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00285751

Michael and Peter:

Please see the attached. I think this is what we were looking for (if the actual POA stays as us).  No?


Richard Markowitz
Argre Management LLC

Begin forwarded message:

> **From:** Raj Shah <Raj.Shah@solo.com>
> **Date:** June 18, 2012 8:16:00 AM EDT
> **To:** Richard Markowitz <rmarkowitz@argremgt.com>
>
> Hi Richard,
>
> GlobeTax are unable to change the PoA as this is an agreed form with the IRS. However, GlobeTax have agreed to provide the attached. Is this acceptable?
>
> Kind regards,
> Raj
>
> ...................................................................................................
> This email message has been delivered safely and archived online by Mimecast.
> For more information please visit http://www.mimecast.com
> ...................................................................................................

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER    WH_MDL_00285752