# Exhibit 133

| | |
|---|---|
| **From:** | Ben-Jacob, Michael |
| **Sent:** | Wednesday, May 02, 2012 4:40 PM |
| **To:** | 'Richard Markowitz' |
| **Subject:** | RE: Ezra -- Partial Responses |

Sorry about that. I will resend to Raj and Sanjay.

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Michael Ben-Jacob
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8310) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
**Sent:** Wednesday, May 02, 2012 4:24 PM
**To:** Ben-Jacob, Michael
**Subject:** Re: Ezra -- Partial Responses

Not for last year's trades. They were the Investment Manager and not custodian back then.

Richard Markowitz
Argre Management LLC

On May 2, 2012, at 4:11 PM, "Ben-Jacob, Michael" <Michael.Ben-Jacob@kayescholer.com> wrote:

> Sorry, I thought all related email corres was to go to the "custody" address.
>
> Mbj
>
> **From:** Richard Markowitz <rmarkowitz@argremgt.com>
> **To:** Ben-Jacob, Michael
> **Sent:** Wed May 02 15:48:35 2012
> **Subject:** Re: Ezra -- Partial Responses
>
> You emailed this to Dipti at Solo. Was that your intention? Rather then to Raj Shah or Sanjay Shah?
>
> Richard Markowitz
> Argre Management LLC

1

On May 2, 2012, at 2:41 PM, "Ben-Jacob, Michael" <Michael.Ben-Jacob@kayescholer.com> wrote:

All,

Further to our conversation this morning, the following are the responses from Ezra that I can provide at the moment.   Let me know if these should be modified in any way.

1. Gründungsdatum sowie Satzung der Organisation
   Organisation's founding date as well as statutes

   Response: *Ezra Academy of Queens was founded pursuant to a duly executed certificate of formation dated July 28, 1969.*

2. Zu welchem Zweck wurde die Organisation gegründet?
   For what purpose was the organization founded?

   Response: *Ezra Academy of Queens was founded to provide and does provide a 7th through 12th grade junior and senior high school level education, which serves students with limited or no Judaic studies background by offering an entrance level program in Hebrew, biblical studies and Jewish law and customs, while providing a New York State accredited program of Regents level secular courses.  The school attracts students from all five boroughs of New York City, Long Island, and Westchester.  The faculty consists of 28 teachers, a full time social worker, part time college counselor and part time librarian.*

3. Jahresabschlusse der Jahre 2011 (Zuflussjahr) und 2010 sowie entsprechende Geschäftsberichte
   **Annual financial statements for years 2011 and 2010 as well as the corresponding audit reports**

   Response: *Ezra Academy of Queens is not required to, and therefore does not, prepare annual financial statements or audited reports.*

Regards.

mbj

\*\*\*
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER          WH_MDL_00283760

Michael Ben-Jacob
<image001.png>
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8310) and delete the message, along with any attachments, from your computer. Thank you.

\*   \*   \*   \*

```
IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance
with Treasury
Department regulations, we inform you that any U.S.
federal tax advice
contained in this correspondence (including any
attachments) is not
intended or written to be used, and cannot be used for
the purpose of (i)
avoiding penalties that may be imposed under the U.S.
Internal
Revenue Code or (ii) promoting, marketing or
recommending to another
party any transaction or matter addressed herein.
```

\*   \*   \*   \*

```
IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice
contained in this correspondence (including any attachments) is
not
intended or written to be used, and cannot be used for the
purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to
another
party any transaction or matter addressed herein.
```

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                    WH_MDL_00283761