# Exhibit 136

| | |
|---|---|
| **Message** | |
| From: | Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WELLS_P] |
| Sent: | 1/21/2015 9:42:27 PM |
| To: | 'Richard Markowitz' [rmarkowitz@argremgt.com]; Veillette, Rebecca [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Veillette_r]; Gregory, Amy [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gregory_a] |
| CC: | John H. van Merkensteijn, III [jhvm@argremgt.com]; Robert Klugman [rklugman@storcapital.com] |
| Subject: | RE: New Custodians for Existing Plans |

Richard,

I have spoken with Jessica a few times over last week and earlier this week. Jessica confirmed that there should not be any new paper work for the new custodians – the email that you sent requesting on-boarding is sufficient for each relevant custodian and the KYC that is on file with OPL will be "AML certified" over to the new custodians and will not need to be re-supplied.

She indicated that some of the brokers might have some additional paperwork and she is tracking down whether that is in fact the case and to the extent there is additional documents for the brokers is working on getting that in process.

Regards,
Peter

Peter Wells
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: (212) 836-8662 | F: (212) 836-6447
peter.wells@kayescholer.com | www.kayescholer.com

Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212) 836-8662 and delete the message, along with any attachments, from your computer. Thank you.

**From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
**Sent:** Wednesday, January 21, 2015 4:17 PM
**To:** Wells, Peter; Veillette, Rebecca; Gregory, Amy
**Cc:** John H. van Merkensteijn, III; Robert Klugman
**Subject:** New Custodians for Existing Plans

Peter:

Have we received any paperwork from the custodians that some of the accounts will be moving to?

What follow up with Jessica have we had (other then each Plan sending out an email requesting to be on boarded)?

Thanks,

Richard

Richard Markowitz
Managing Director
Argre Management LLC

CONFIDENTIAL

WH_MDL_00317984

1345 Avenue of the Americas
27th Floor
New York, NY 10105

Office:
(212) 231-3923
Main:
(212) 247-2600
Fax:
(212) 247-2753
Mobile:
(917) 848-5675

RMarkowitz@Argremgt.com

CONFIDENTIAL                                                                                                                                    WH_MDL_00317985